| District | Population | Deviation | Deviation % | White | White % | Black | Black % | 18+ Pop | 18+ Pop % | 18+ Wht | 18+ Wht % | 18+ Blk | 18+ Blk % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 788,095 | 46,271 | 6.2% | 543,846 | 69.0% | 215,873 | 27.4% | 587,761 | 74.6% | 420,176 | 71.5% | 150,474 | 25.6% |
| 2 | 668,263 | -73,561 | -9.9% | 207,275 | 31.0% | 444,269 | 66.5% | 489,701 | 73.3% | 168,181 | 34.3% | 310,007 | 63.3% |
| 3 | 756,924 | 15,100 | 2.0% | 462,792 | 61.1% | 263,523 | 34.8% | 567,779 | 75.0% | 362,693 | 63.9% | 185,273 | 32.6% |
| 4 | 754,015 | 12,191 | 1.6% | 540,771 | 71.7% | 174,720 | 23.2% | 566,501 | 75.1% | 419,591 | 74.1% | 121,745 | 21.5% |



EXHIBIT A