

**Arnie Hederman**
**Chairman**

www.msgop.org

Secretary of State Delbert Hosemann
401 Mississippi Street
Jackson, MS 39201-1004

June 27, 2011

Secretary Hosemann,

In my capacity as Chairman of the Mississippi Republican Party Executive Committee and pursuant to Mississippi Code Section 23-15-1085, I hereby notify the Secretary of State of the Republican Party's intention to hold a presidential preference primary in 2012.

Respectfully,

*[signature]*

Arnie Hederman
Chairman
Mississippi Republican Executive Committee



EXHIBIT B

415 Yazoo Street • Post Office Box 60 • Jackson, MS 39205
Phone: 601.948.5191 • Fax: 601.354.0972