IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
and GENE WALKER                                                                      PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:01-CV-855WS

ERIC CLARK, Secretary of State of Mississippi;
MIKE MOORE, Attorney General for the State
of Mississippi; RONNIE MUSGROVE, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                                           DEFENDANTS

**PLAINTIFF'S RESPONSE TO MOTION TO AMEND FINAL JUDGMENT**

Comes Now the Plaintiffs and file herewith their Response to Motion To Amend Final Judgment filed by the Mississippi Republican Executive Committee pursuant to Fed.R.C.P. 60(b)(5), and in response thereto would show the following:

1. The Plaintiffs have no objection to the relief requested by the Movant and hereby join in said Motion To Amend the Final Judgment and incorporate and adopt the Motion as filed by the Republican Executive Committee.

2. The Plaintiffs also request that this Court appoint its own expert to assist the Court in the redistricting process pursuant to Fed.R.Evid. 706 as set forth in said Motion.

This the  28th  day of September, 2011.

Respectfully submitted,

**JOHN ROBERT SMITH, SHIRLEY HALL
and GENE WALKER**

BY: /s/ Arthur F. Jernigan, Jr.
_____
Arthur F. Jernigan, Jr.
Their Attorney

OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB #3092)
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, Mississippi 39158
Telephone:   (601) 427-0048
Facsimile:   (601) 427-0051

CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the clerk of the Court using the ECF system which sent such notification of such filing to the following:

        Hon. Jim Hood
        Attorney General
        Post Office Box 220
        Jackson, MS 39305-0246

        Robert Bruce McDuff, Esq.
        Robert McDuff Law Office
        767 N. Congress Street
        Jackson, MS 39202-3009

        John Griffin Jones
        Jones Funderburg Sessums
        Post Office Box 13960
        Jackson, MS 39286-3960

        Herbert Lee, Jr.
        Lee & Assoc.
        2311 W. Capitol Street
        Jackson, MS 39209-4220

    This the __28th__ day of September, 2011.

                                              /s/ Arthur F. Jernigan, Jr.
                                              _____
                                              Arthur F. Jernigan, Jr.