IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **JOHN ROBERT SMITH, SHIRLEY HALL and GENE WALKER** | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:01-CV-855WS** |
| **ERIC CLARK, Secretary of State of Mississippi; MIKE MOORE, Attorney General for the State of Mississippi; RONNIE MUSGROVE, Governor of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE** | **DEFENDANTS** |
| V. | |
| **BEATRICE BRANCH; RIMS BARBER; L. C. DORSEY; DAVID RULE; JAMES WOODARD; JOSEPH P. HUDSON; and ROBERT NORVEL** | **INTERVENORS** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Delbert Hosemann, the present Secretary of State of the State of Mississippi ("the Secretary"), files this Unopposed Motion for Extension of Time to file a response to the Motion of the Mississippi Republican Party Executive Committee ("Republican Party") to Amend Final Judgment (Docket No. 92) and in support of the motion states as follows:

1. Because of scheduling and other issues, the Secretary needs additional time to prepare a response to the motion.

2. The Secretary has conferred with counsel for the Republican Party, and the Republican Party is not opposed to the Motion for Extension of Time.

3. The Secretary respectfully requests an additional fourteen (14) days to respond to the Republican Party's Motion to Amend Final Judgment. This extension of time is not being sought for improper delay or any other improper purpose.

ACCORDINGLY, the Secretary respectfully requests that the Court enter an order granting the Secretary an additional fourteen (14) days, until October 13, 2011, to file its response to the Republican Party's Motion to Amend Final Judgment.

Dated: September 28, 2011.

                 Respectfully submitted,

                 DELBERT HOSEMANN, Secretary of State of Mississippi

            By: /s/ William Trey Jones, III
                 One of His Attorneys

OF COUNSEL:

William Trey Jones, III (MSB No. 99185)
Joseph A. Sclafani (MSB No. 99670)
Matthew W. Allen (MSB No. 101605)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39205
Phone: (601) 948-3101
Facsimile: (601) 960-6902
jsclafani@brunini.com
tjones@brunini.com
mwallen@brunini.com
*Counsel for Delbert Hosemann, Secretary of State of Mississippi*

01256704

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all registered users and/or served by U.S. Mail:

Hon. Jim Hood
Attorney General
Post Office Box 220
Jackson, MS 39205-0246

Robert Bruce McDuff
Robert McDuff Law Office
767 N. Congress Street
Jackson, MS 39202-3960

John Griffin Jones
Jones Funderburg Sessums
Post Office Box 13960
Jackson, MS 39286-3960

Herbert Lee, Jr.
Lee & Associates
2311 W. Capitol Street
Jackson, MS 39209-4220

Arthur F. Jernigan, Jr.
Harris Jernigan & Geno
Post Office Box 3380
Ridgeland, MS 39158-3380

Michael B. Wallace
Wise Carter Child & Caraway
Post Office Box 651
Jackson, MS 39201-0651

Dated: September 28, 2011.

    /s/ William Trey Jones, III
   William Trey Jones, III

01256704