IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| v. | Civil Action No. 3:01-cv-00855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| v. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

**MOTION FOR SUBSTITUTION OF PUBLIC OFFICERS**

Haley Barbour, in his official capacity as Governor of the State of Mississippi, moves this Court for an order directing that the caption of this action be corrected, as set forth above, to substitute: (1) Haley Barbour, in his official capacity as Governor of the State of Mississippi, for his predecessor in office, Ronnie Musgrove; (2) Jim Hood, in his official capacity as Attorney General for the State of Mississippi, for his predecessor in office, Mike Moore; and (3) Delbert Hosemann, in his official capacity as Secretary of State of Mississippi, for his predecessor in office, Eric Clark.

Pursuant to Fed. R. Civ. P. 25(d), "when a public officer who is a party in an official capacity … ceases to hold office while the action is pending," "[t]he officer's successor is automatically substituted as a party," "[l]ater proceedings should be in the substituted party's

1

name," and "[t]he court may order substitution at any time." Governor Musgrove, General Moore, and Secretary Clark were named as defendants in this action in their official capacities. Since that time, Governor Barbour, General Hood, and Secretary Hosemann have succeeded them in office and, therefore, are automatically substituted as parties.

Respectfully submitted,

Dated: September 29, 2011                    s/Jack L. Wilson
                                             Stephen L. Thomas (Miss. Bar No. 8309)
                                             sthomas@babc.com
                                             Jack L. Wilson (Miss. Bar No. 101482)
                                             jwilson@babc.com
                                             BRADLEY ARANT BOULT CUMMINGS LLP
                                             188 East Capitol Street
                                             Jackson, MS 39201
                                             PO Box 1789
                                             Jackson, MS 39215-1789
                                             Telephone: (601) 948-8000
                                             Facsimile: (601) 948-3000

                                             *Attorneys for Governor Haley Barbour,
                                             in his official capacity as Governor of
                                             the State of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that the same day I sent notice to the following by First-Class U.S. Mail:

Attorney General Jim Hood
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

 

s/Jack L. Wilson
Stephen L. Thomas (Miss. Bar No. 8309)
sthomas@babc.com
Jack L. Wilson (Miss. Bar No. 101482)
jwilson@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street
Jackson, MS 39201
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000