IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| v. | Civil Action No. 3:01-cv-00855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| v. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

## JOINDER OF GOVERNOR HALEY BARBOUR IN MOTION TO AMEND FINAL JUDGMENT

Haley Barbour, in his official capacity as Governor of the State of Mississippi, joins in the September 12, 2011 Motion to Amend Final Judgment filed by the Mississippi Republican Executive Committee.  Governor Barbour agrees that this Court's February 26, 2002 final judgment should be amended to take into account population shifts reflected in the 2010 Census data and to provide for congressional districts that comply with the United States Constitution, the Voting Rights Act, and, to the greatest extent possible, Mississippi's districting policies.

                                Respectfully submitted,

Dated: September 29, 2011            s/Jack L. Wilson
                                     Stephen L. Thomas (Miss. Bar No. 8309)
                                     sthomas@babc.com
                                     Jack L. Wilson (Miss. Bar No. 101482)
                                     jwilson@babc.com
                                     BRADLEY ARANT BOULT CUMMINGS LLP
                                     188 East Capitol Street
                                     Jackson, MS 39201
                                     PO Box 1789
                                     Jackson, MS 39215-1789
                                     Telephone: (601) 948-8000
                                     Facsimile: (601) 948-3000

                                     *Attorneys for Governor Haley Barbour,*
                                     *in his official capacity as Governor of*
                                     *the State of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that the same day I sent notice to the following by First-Class U.S. Mail:

Attorney General Jim Hood
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

                                        s/Jack L. Wilson
                                        Stephen L. Thomas (Miss. Bar No. 8309)
                                        sthomas@babc.com
                                        Jack L. Wilson (Miss. Bar No. 101482)
                                        jwilson@babc.com
                                        BRADLEY ARANT BOULT CUMMINGS LLP
                                        188 East Capitol Street
                                        Jackson, MS 39201
                                        PO Box 1789
                                        Jackson, MS 39215-1789
                                        Telephone: (601) 948-8000
                                        Facsimile: (601) 948-3000