IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHN ROBERT SMITH, ET AL.**

      **Plaintiffs,**

vs.                                 No. 3:01cv855 EGJ-HTW-DCB

**ERIC CLARK, ET AL.,**

      **Defendants,**

**and**

**BEATRICE BRANCH, ET AL,**

      **Intervenors**

### UNOPPOSED MOTION OF INTERVENORS TO EXTEND TIME TO RESPOND TO MOTION TO AMEND FINAL JUDGMENT

The Intervenors, Beatrice Branch, et al, move to extend until October 13, or such other date as the Court deems appropriate, the time to respond to the motion of the Mississippi Republican Executive Committee to amend the final judgment in this case. Secretary of State Hosemann has already filed a similar motion for extension of time. The movant does not oppose either motion.

                                            Respectfully submitted,

                                            s/Robert B. McDuff
                                            ROBERT B. MCDUFF
                                            Miss. Bar No. 2532
                                            767 North Congress Street
                                            Jackson, Mississippi 39202
                                            (601) 969-0802
                                            rbm@mcdufflaw.com

                                            Counsel for Intervenor

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel:

<u>s/Robert B. McDuff</u>
Counsel for Intervenors