IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL,
and GENE WALKER                                                                           PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 3:01CV855-HTW-DCB

ERIC CLARK, Secretary of State of Mississippi;
MIKE MOORE, Attorney General for the State
of Mississippi; RONNIE MUSGROVE, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                                    DEFENDANTS

AND

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE, JAMES
WOODARD, JOSEPH P. HUDSON, and
ROBERT NORVEL                                                                          INTERVENORS

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Justin L. Matheny hereby enters his appearance in this action on behalf of defendant Jim Hood, Attorney General for the State of Mississippi,[1] and requests that all future notices, pleadings, correspondence and other documents be served on him in accordance with Fed. R. Civ. P. 5.

THIS the 29th day of September, 2011.

---

[1] Hon. Mike Moore was the Mississippi Attorney General at the time of the Court's final judgment in this action but no longer holds that office.  Current Attorney General Jim Hood should automatically be substituted as a party to the instant proceedings pursuant to FED. R. CIV. P. 25(d).

        Respectfully submitted,

        JIM HOOD, ATTORNEY GENERAL
        FOR THE STATE OF MISSISSIPPI


By:    S/Justin L. Matheny
        Harold E. Pizzetta, III (Bar No. 99867)
        Justin L. Matheny (Bar No. 100754)
        Office of the Attorney General
        P.O. Box 550
        Jackson, MS 39205
        Telephone: (601) 359-3680
        Facsimile: (601) 359-2003
        *hpizz@ago.state.ms.us*
        *jmath@ago.state.ms.us*

        *Attorneys for Jim Hood, Attorney General*
        *for the State of Mississippi*


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been filed using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action.

    THIS the 29th day of September, 2011.

        S/Justin L. Matheny
        Justin L. Matheny