IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| | Civil Action No.3:01-cv-00855-HTW-DCB |
| v. | |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| v. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stephen L. Thomas of the law firm of Bradley Arant Boult Cummings LLP enters her appearance on behalf of Governor Haley Barbour, in his official capacity as Governor of the State of Mississippi in the above-captioned action.

RESPECTFULLY SUBMITTED, this 10th day of October, 2011.

    Respectfully submitted,

    s/Stephen L. Thomas
    Stephen L. Thomas (Miss. Bar No. 8309)
    sthomas@babc.com
    Jack L. Wilson (Miss. Bar No. 101482)
    jwilson@babc.com

2

BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street
Jackson, MS 39201
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000

*Attorneys for Governor Haley Barbour,
in his official capacity as Governor of
the State of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I further certify that the same day I sent notice to the following by First-Class U.S. Mail:

Attorney General Jim Hood
Walter Sillers Building
550 High Street, Suite 1200
Jackson, MS 39201

s/Stephen L. Thomas
STEPHEN L. THOMAS

4/275106.1