IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| v. | Civil Action No. 3:01-cv-00855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| v. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

**JOINDER OF GOVERNOR HALEY BARBOUR IN THE MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE'S REPLY MEMORANDUM IN SUPPORT OF MOTION TO AMEND FINAL JUDGMENT**

Haley Barbour, in his official capacity as Governor of the State of Mississippi, joins in the Mississippi Republican Party Executive Committee's Reply Memorandum in Support of Motion to Amend Final Judgment (Doc. 103). Governor Barbour agrees that plaintiffs have standing and that the Republican Party has standing and appropriately sought relief from this Court's judgment pursuant to Fed. R. Civ. P. 60(b)(5). Governor Barbour also agrees that the Court should establish a schedule permitting trial at an early date.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 19, 2011 | s/Jack L. Wilson<br>Stephen L. Thomas (Miss. Bar No. 8309)<br>sthomas@babc.com<br>Jack L. Wilson (Miss. Bar No. 101482)<br>jwilson@babc.com<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>188 East Capitol Street<br>Jackson, MS 39201<br>PO Box 1789<br>Jackson, MS 39215-1789<br>Telephone: (601) 948-8000<br>Facsimile: (601) 948-3000<br><br>*Attorneys for Governor Haley Barbour,*<br>*in his official capacity as Governor of*<br>*the State of Mississippi* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                s/Jack L. Wilson
                                                Stephen L. Thomas (Miss. Bar No. 8309)
                                                sthomas@babc.com
                                                Jack L. Wilson (Miss. Bar No. 101482)
                                                jwilson@babc.com
                                                BRADLEY ARANT BOULT CUMMINGS LLP
                                                188 East Capitol Street
                                                Jackson, MS 39201
                                                PO Box 1789
                                                Jackson, MS 39215-1789
                                                Telephone: (601) 948-8000
                                                Facsimile: (601) 948-3000