IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL,
and GENE WALKER                                                                                          PLAINTIFFS

VS.                                                                      CIVIL ACTION NO. 3:01-cv-855-HTW-DCB

ERIC CLARK, Secretary of State of Mississippi;
MIKE MOORE, Attorney General for the State
of Mississippi; RONNIE MUSGROVE, Governor
of Mississippi; MISSISSIPPI REPUBLICAN PARTY
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC PARTY EXECUTIVE COMMITTEE

and

BEATRICE BRANCH, RIMS BARBER,
L. C. DORSEY, DAVID RULE, JAMES
WOODARD, JOSEPH P. HUDSON, and
ROBERT NORVEL                                                                                            DEFENDANTS

ORDER

A status conference will be conducted on Tuesday, November 22, 2011, at 9:00 a.m. in Courtroom 6A on the Sixth Floor of the United States Courthouse, 501 East Court Street, Jackson, Mississippi.  The parties should be prepared to present their positions with arguments on the question of whether it is appropriate for this panel to hear and determine the redistricting claims for the congressional seats in the State of Mississippi and, if appropriate, to outline generally the redistricting problems that are presented by the 2010 Census and, to the extent now possible, the respective

positions of the parties.

    SO ORDERED, this the 8th day of November, 2011.

                              E. GRADY JOLLY
                              UNITED STATES CIRCUIT JUDGE

                              HENRY T. WINGATE
                              UNITED STATES DISTRICT JUDGE

                              DAVID C. BRAMLETTE
                              UNITED STATES DISTRICT JUDGE