IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHN ROBERT SMITH, ET AL.**

      **Plaintiffs,**

vs.                                                                  No.  3:01cv885 HTW-DCB

**ERIC CLARK, ET AL.,**

      **Defendants,**

**and**

**BEATRICE BRANCH, ET AL,**

      **Intervenors**

**SUPPLEMENT TO THE RESPONSE OF
INTERVENORS TO MOTION TO AMEND FINAL JUDGMENT**

The undersigned has learned that on November 21, 2011, several plaintiffs filed an action in this Court seeking a court-ordered congressional redistricting plan for the 2012 election in Mississippi. *Kelvin Buck, et al., v. Haley Barbour, et al*, No. 3:11-cv-717 HTW-LRA.  Those plaintiffs are represented by attorneys Carroll Rhodes, Deborah McDonald, John Walker, Phillip Brookins, Ellis Turnage, Willie Griffin, Precious Martin, and Letitia Johnson.

      Respectfully submitted,

      s/Robert B. McDuff
      ROBERT B. MCDUFF
      Miss. Bar No. 2532
      MCDUFF & BYRD
      767 North Congress Street
      Jackson, Mississippi  39202
      (601) 969-0802
      rbm@mcdufflaw.com

      Counsel for Intervenors

2

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel:

                                          s/Robert B. McDuff
                                          Counsel for Intervenors