**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JOHN ROBERT SMITH, SHIRLEY HALL,
AND GENE WALKER**                                                                 **PLAINTIFFS**


**VS.**                                                          **NO. 3:01-CV-855-HTW-DCB**


**ERIC CLARK, MIKE MOORE, RONNIE MUSGROVE,
MISSISSIPPI REPUBLICAN PARY EXECUTIVE COMMITTEE,
MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE
COMMITTEE, BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P.
HUDSON, and ROBERT NORVEL**                                **DEFENDANTS**

---

**ENTRY OF APPEARANCE ON BEHALF OF THE MISSISSIPPI
DEMOCRATIC PARTY EXECUTIVE COMMITTEE**

---

PLEASE TAKE NOTICE that Samuel L. Begley of The Begley Law Firm, PLLC hereby

enters his appearance as counsel for the Defendant, The Mississippi Democratic Party Executive

Committee, in the above styled action.

This the 29th day of November, 2011.

RESPECTFULLY SUBMITTED,

By: /s/ Samuel L. Begley _____
     Samuel L. Begley (MSB No. 2315)
     sbegley1@bellsouth.net
     BEGLEY LAW FIRM, PLLC
     P. O. Box 287
     Jackson, MS 39205
     (601)969-5545 (Telephone)
     (601)969-5547 (Facsimile)

*Attorney for The Mississippi Democratic
Party Executive Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Samuel L. Begley

Samuel L. Begley (MSB No. 2315)
sbegley1@bellsouth.net
BEGLEY LAW FIRM, PLLC
P. O. Box 287
Jackson, MS 39205
(601)969-5545 (Telephone)
(601)969-5547 (Facsimile)
