IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


JOHN ROBERT SMITH, SHIRLEY HALL,
and GENE WALKER                                                                                    PLAINTIFFS

VS.                                       CIVIL ACTION NO. 3:01-cv-855-HTW-DCB

DELBERT HOSEMANN, Secretary of State of Mississippi;
JIM HOOD, Attorney General for the State
of Mississippi; HALEY BARBOUR, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE

and

BEATRICE BRANCH, RIMS BARBER,
L. C. DORSEY, DAVID RULE, JAMES
WOODARD, JOSEPH P. HUDSON, and
ROBERT NORVEL
                                                                                                   DEFENDANTS


ORDER


At a status conference on Tuesday, November 22, 2011, this court announced that if the Mississippi Legislature did not have a congressional redistricting plan in place by December 4, 2011, the court would proceed to draw its own plan, so that the election schedule established by Mississippi law can be followed.  The qualifying deadline for congressional candidates is January 13, 2012.  In order for this court timely to draw its own plan, it must have

redistricting software, which cannot be purchased with court funds. Accordingly, the movant, the Mississippi Republican Executive Committee, is hereby directed to purchase the Mississippi edition of Maptitude for Redistricting from Caliper Corporation, and have it delivered to the Chambers of Judge E. Grady Jolly by the close of business on Thursday, December 8, 2011. In the event that the movant is the prevailing party, the cost of the software shall be recoverable pursuant to the terms of Federal Rule of Civil Procedure 54.

SO ORDERED, this the 6th day of December, 2011.

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE