# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JOHN ROBERT SMITH, ET AL.**                                                        **Plaintiffs**

**vs.**                                                                          **No.  3:01cv855 HTW-DCB**

**ERIC CLARK, ET AL.**                                                                **Defendants**

**and**

**BEATRICE BRANCH, ET AL**                                                           **Intervenors**

## ENTRY OF APPEARANCE

    Carroll Rhodes hereby enters his appearance as co-counsel for the Branch Intervenors in the above captioned matter.

                                              Respectfully submitted,

                                              <u>s/Robert B. McDuff</u>
                                              MCDUFF & BYRD
                                              Miss. Bar No. 2532
                                              767 North Congress Street
                                              Jackson, Mississippi  39202
                                              (601) 969-0802
                                              rbm@mcdufflaw.com

                                              Carroll Rhodes
                                              Miss. Bar No. 5314
                                              LAW OFFICES OF CARROLL RHODES
                                              P.O. Box 588
                                              Hazlehurst, Mississippi 39083
                                              (601) 894-4323
                                              crhode@bellsouth.net

                                              *Counsel for Intervenors*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel.

                                            s/Robert B. McDuff
                                            Counsel for Intervenors