IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **JOHN ROBERT SMITH, SHIRLEY HALL** <br> **and GENE WALKER** | **PLAINTIFFS** |
| **V.** | **CIVIL ACTION NO. 3:01-CV-855WS** |
| **ERIC CLARK, Secretary of State of Mississippi;** <br> **MIKE MOORE, Attorney General for the State** <br> **of Mississippi; RONNIE MUSGROVE, Governor** <br> **of Mississippi; MISSISSIPPI REPUBLICAN** <br> **EXECUTIVE COMMITTEE; and MISSISSIPPI** <br> **DEMOCRATIC EXECUTIVE COMMITTEE** | **DEFENDANTS** |
| **V.** | |
| **BEATRICE BRANCH; RIMS BARBER;** <br> **L. C. DORSEY; DAVID RULE; JAMES** <br> **WOODARD; JOSEPH P. HUDSON; and** <br> **ROBERT NORVEL** | **INTERVENORS** |

---

**NOTICE OF COMPLIANCE**

---

COMES NOW the Mississippi Republican Party Executive Committee, one of the defendants in this action, and hereby gives notice that it has complied with this Court's order of December 6, 2011, by delivering this day to the Court the software specified in that order.

This the 8th day of December, 2011.

        Respectfully submitted,

        **MISSISSIPPI REPUBLICAN PARTY**
        **EXECUTIVE COMMITTEE**

    By:    s/Michael B. Wallace
             MICHAEL B. WALLACE (MSB No. 6904)
             C. STEVENS SEALE (MSB No. 6688)
             JAMES D. FINDLEY (MSB No. 103649)
             WISE CARTER CHILD & CARAWAY
             Post Office Box 651
             Jackson MS  39201-0651
             (601) 968-5534

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent such notification of such filing to the following:

Hon. Jim Hood
Attorney General
Post Office Box 220
Jackson, MS  39205-0246

Robert Bruce McDuff
Robert McDuff Law Office
767 N. Congress Street
Jackson, MS  39202-3009

John Griffin Jones
Jones Funderburg Sessums
Post Office Box 13960
Jackson, MS  39286-3960

Herbert Lee, Jr.
Lee & Assoc.
2311 W. Capitol Street
Jackson, MS  39209-4220

Arthur F. Jernigan, Jr.
Harris Jernigan & Geno
Post Office Box 3380
Ridgeland, MS  39158-3380

Carroll Rhodes
Law Offices of Carroll Rhodes
Post Office Box 588
Hazlehurst, MS  39083-0588

Stephen L. Thomas
Bradley Arant Boult Cummings LLP
Post Office Box 1789
Jackson, MS  39215-1789

    Samuel L. Begley
    Begley Law Firm
    Post Office Box 287
    Jackson, MS  39205

    William Trey Jones, III
    Joseph Anthony Sclafani
    Matthew W. Allen
    Brunini, Grantham, Grower & Hewes, PLLC
    Post Office Drawer 119
    Jackson, MS  39205

This, the 8th day of December, 2011.

                                         s/Michael B. Wallace
                                         MICHAEL B. WALLACE