## APPENDIX

COURT-ORDERED INTERIM CONGRESSIONAL REDISTRICTING PLAN



EXHIBIT 1