**820**          **604 FEDERAL SUPPLEMENT**

APPENDIX—Continued

