## Current Congressional Districts



EXHIBIT 3