

Congressional Redistricting Plan
Smith v. Clark
United States District Court
Southern District of Mississippi
February 4, 2002

EXHIBIT 4