IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| v. | Civil Action No. 3:01-cv-00855-HTW-DCB |
| ERIC CLARK, Secretary of State of Mississippi; MIKE MOORE, Attorney General for the State of Mississippi; RONNIE MUSGROVE, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| v. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

## JOINDER IN SUBMISSION OF MISSISSIPPI REPUBLICAN PARTY REGARDING AMENDMENT OF JUDGMENT

Governor Haley Barbour joins in the filing of the Mississippi Republican Party regarding considerations applicable to the amendment of this Court's February 26, 2002 judgment.

On November 22, the Court directed the parties to file, on or before December 12, comments on or objections to the proposed plan filed on November 21 by the plaintiffs in *Buck et al. v. Barbour et al.*, Civil Action No. 3:11-cv-00717-HTW-EGJ-DCB (S.D. Miss.). On December 7, the *Buck* plaintiffs filed an Amended Complaint that attaches a new proposed plan (entitled, "THOMPSON_MOD2_DEC2011") that differs from their earlier proposal. Counsel for Governor Barbour only recently became aware of the Amended Complaint and new proposed plan and have not yet had an opportunity to review its details. Accordingly, Governor Barbour reserves the right to file objections to the *Buck* plaintiffs' new plan upon review of the new plan.

1

                                  Respectfully submitted,

Dated: December 12, 2011         s/Jack L. Wilson
                                  Stephen L. Thomas (Miss. Bar No. 8309)
                                  sthomas@babc.com
                                  Jack L. Wilson (Miss. Bar No. 101482)
                                  jwilson@babc.com
                                  BRADLEY ARANT BOULT CUMMINGS LLP
                                  188 East Capitol Street
                                  Jackson, MS 39201
                                  PO Box 1789
                                  Jackson, MS 39215-1789
                                  Telephone: (601) 948-8000
                                  Facsimile: (601) 948-3000

                                  *Attorneys for Governor Haley Barbour,*
                                  *in his official capacity as Governor of*
                                  *the State of Mississippi*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                         s/Jack L. Wilson
Stephen L. Thomas (Miss. Bar No. 8309)
sthomas@babc.com
Jack L. Wilson (Miss. Bar No. 101482)
jwilson@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street
Jackson, MS 39201
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000