IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
and GENE WALKER                                                                                    PLAINTIFFS

V.                                                                       CIVIL ACTION NO. 3:01-CV-855WS

ERIC CLARK, Secretary of State of Mississippi;
MIKE MOORE, Attorney General for the State
of Mississippi; RONNIE MUSGROVE, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                                                DEFENDANTS


**PLAINTIFF'S JOINDER IN SUBMISSION OF REPUBLICAN PARTY
REGARDING AMENDMENT OF JUDGMENT**

Comes Now the Plaintiffs and file herewith their Joinder in the Submission of the Republican Party Regarding Amendment of Judgment and in response thereto would show the following:

1. The Plaintiffs hereby join in the submission filed by the Republican Party and adopt and incorporate the facts and arguments regarding the *BUCK* plan as requested by the Court..

This the 12th day of December, 2011.

                              Respectfully submitted,

                              **JOHN ROBERT SMITH, SHIRLEY HALL
                              and GENE WALKER**

                                  /s/ Arthur F. Jernigan, Jr.
BY:_____
                              Arthur F. Jernigan, Jr.
                              Their Attorney

OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB #3092)
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, Mississippi 39158
Telephone:  (601) 427-0048
Facsimile:  (601) 427-0051

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the clerk of the Court using the ECF system which sent such notification of such filing to the following:

>Hon. Jim Hood
>Attorney General
>Post Office Box 220
>Jackson, MS 39305-0246

>Robert Bruce McDuff, Esq.
>Robert McDuff Law Office
>767 N. Congress Street
>Jackson, MS 39202-3009

>John Griffin Jones
>Jones Funderburg Sessums
>Post Office Box 13960
>Jackson, MS 39286-3960

>Herbert Lee, Jr.
>Lee & Assoc.
>2311 W. Capitol Street
>Jackson, MS 39209-4220

This the   12th   day of December, 2011.

/s/ Arthur F. Jernigan, Jr.
_____
Arthur F. Jernigan, Jr.