**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| vs. | Civil Action No. 3:01-cv-855 HTW |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| vs. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |
| **and** | |
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| vs. | Civil Action No. 3:11-cv-717 HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

## ORDER OF CONSOLIDATION

As a result of the 2010 census, the Mississippi Republican Executive Committee, joined by certain other defendants, has moved this court, pursuant to Federal Rule of Civil Procedure 60(b)(5) to amend its final judgment entered February 26, 2002, in the

lawsuit of *Smith, et al. v. Clark*, et al., (now, *Smith v. Hosemann),* Civil Action No. 3:01-cv-855 WS.  This motion to amend if carried to a resolution on the merits promises to overlap much of the same dispute which is presented by the recently-filed lawsuit of *Buck, et al. v. Barbour, et al.*, Civil Action No. 3:11-cv-717 HTW.

      Accordingly, pursuant to Local Rule 42, these two lawsuits of *Smith, et al. v. Hosemann*, *et al.*, and *Buck, et al. v. Barbour, et al.,* are hereby consolidated for all purposes in the interest of judicial economy and conflict preclusion.

      SO ORDERED, this the 19th day of December, 2011.

                                                E. GRADY JOLLY
                                                UNITED STATES CIRCUIT JUDGE

                                               HENRY T. WINGATE
                                                UNITED STATES DISTRICT JUDGE

                                               DAVID C. BRAMLETTE
                                               UNITED STATES DISTRICT JUDGE