IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| vs. | Civil Action No. 3:01-cv-855 HTW |
| ERIC CLARK, Secretary of State of Mississippi; MIKE MOORE, Attorney General for the State of Mississippi; RONNIE MUSGROVE, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | |
| vs. | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

### ORDER FOR SUBSTITUTION OF PUBLIC OFFICERS

Before this court is a motion for substitution of public officers. Haley Barbour, in his official capacity as Governor of the State of Mississippi, moves this court for an order directing that the caption of this action be corrected, as set forth above, to substitute: (1) Haley Barbour, in his official capacity as Governor of the State of Mississippi, for his predecessor in office, Ronnie Musgrove; (2) Jim Hood, in his official capacity as Attorney General for the State of Mississippi, for his predecessor in office, Mike Moore; and (3) Delbert Hosemann, in his official capacity as Secretary of State of Mississippi, for his predecessor in office, Eric Clark.

Pursuant to Fed.R.Civ.P. 25(d), "when a public officer who is a party in an official

capacity ... ceases to hold office while the action is pending," "[t]he officer's successor is automatically substituted as a party," "[l]ater proceedings should be in the substituted party's name," and "[t]he court may order substitution at any time."

Therefore, this court hereby grants the motion and directs that the caption of this action be corrected as follows:

JOHN ROBERT SMITH, SHIRLEY HALL,
and GENE WALKER                                                                                         PLAINTIFFS

vs.

DELBERT HOSEMANN, Secretary of State
of Mississippi; JIM HOOD, Attorney General
for the State of Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE                                                                                                  DEFENDANTS

vs.

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE, JAMES WOODARD,
JOSEPH P. HUDSON, and ROBERT NORVEL                                      INTERVENORS

SO ORDERED AND ADJUDGED, this the 19th day of December, 2011.

        E. GRADY JOLLY
        UNITED STATES CIRCUIT JUDGE

        HENRY T. WINGATE
        UNITED STATES DISTRICT JUDGE

        DAVID C. BRAMLETTE
        UNITED STATES DISTRICT JUDGE