IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


JOHN ROBERT SMITH, SHIRLEY HALL,
and GENE WALKER                                                    PLAINTIFFS


VS.                                        Civil Action No. 3:01-cv-855-HTW-DCB


DELBERT HOSEMANN, Secretary of State of Mississippi;
JIM HOOD, Attorney General for the State
of Mississippi; HALEY BARBOUR, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                      DEFENDANTS


and


BEATRICE BRANCH, RIMS BARBER,
L. C. DORSEY, DAVID RULE, JAMES
WOODARD, JOSEPH P. HUDSON, and
ROBERT NORVEL                                                      INTERVENORS

**CONSOLIDATED WITH**

KELVIN BUCK, ET AL.                                                PLAINTIFFS


vs.                                        Civil Action No. 3:11-cv-717 HTW-LRA


HALEY BARBOUR, ET AL.                                          DEFENDANTS


ORDER

Attached is the court's proposed congressional redistricting plan for the
State of Mississippi, along with an analysis thereof.

The parties are hereby directed to show cause by written objections, why
this court's redistricting plan, if implemented, would not satisfy all state and

federal statutory and constitutional requirements; and to make any other critical comments and suggestions with respect to the plan that the parties deem appropriate.  Such objections, comments, and suggestions must be filed with the Clerk of the United States District Court for the Southern District of Mississippi no later than 4:30 p.m. on Thursday, December 22, 2011.   Failure to object in accordance with this Order will be deemed a waiver of all further objections to this proposed plan.

A hearing will be held on Wednesday, December 28, 2011, at 9:30 a.m. in Courtroom 6A on the Sixth Floor of the United States Courthouse, 501 East Court Street, Jackson, Mississippi.

SO ORDERED, this the 19th day of December, 2011.


E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE

HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE