Mississippi Congressional Redistricting Plan
United States District Court
Southern District of Mississippi
December 19, 2011

