Plan Type
Plan Name    Mississippi Congressional
Date         Friday, December 16, 2011
Time         14:24
User:

# District Statistics Report

## District 1

| | | | | |
|---|---|---|---|---|
| Total Population | 741,837 | Total 18+ | 553,526 | |
| Deviation | 13 | | | |
| Dev Percentage | 0.00 | | | |

| | Deviation | White | Black |
|---|---|---|---|
| Total | 13 | 518,742 | 195,379 |
| Total % | 0.00 | 69.93 | 26.34 |
| Tot18+ | | 400,532 | 136,262 |
| Tot18+% | | 72.36 | 24.62 |

## District 2

| | | | | |
|---|---|---|---|---|
| Total Population | 741,862 | Total 18+ | 543,684 | |
| Deviation | 38 | | | |
| Dev Percentage | 0.01 | | | |

| | Deviation | White | Black |
|---|---|---|---|
| Total | 38 | 243,647 | 479,392 |
| Total % | 0.01 | 32.84 | 64.62 |
| Tot18+ | | 197,290 | 333,621 |
| Tot18+% | | 36.29 | 61.36 |

## District 3

| | | | | |
|---|---|---|---|---|
| Total Population | 741,822 | Total 18+ | 557,605 | |
| Deviation | -2 | | | |
| Dev Percentage | 0.00 | | | |

| | Deviation | White | Black |
|---|---|---|---|
| Total | -2 | 456,867 | 255,703 |
| Total % | 0.00 | 61.59 | 34.47 |
| Tot18+ | | 357,918 | 180,704 |
| Tot18+% | | 64.19 | 32.41 |

## District 4

| | | | | |
|---|---|---|---|---|
| Total Population | 741,776 | Total 18+ | 556,927 | |
| Deviation | -48 | | | |
| Dev Percentage | -0.01 | | | |

| | Deviation | White | Black |
|---|---|---|---|
| Total | -48 | 535,428 | 167,911 |
| Total % | -0.01 | 72.18 | 22.64 |
| Tot18+ | | 414,901 | 116,912 |
| Tot18+% | | 74.50 | 20.99 |