# Core Constituencies Report

Friday, December 16, 2011     Printed for     2:19PM

| Population | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---|---|---|
| **Mississippi Congressional Redistricting Plan District 1 is composed of:** | | | |
| 718,804 (96.90%) from district 1 in 2002 Court Plan | 536,227 (96.87%) | 128,983 (94.66%) | 390,795 (97.57%) |
| 23,033 (03.10%) from district 3 in 2002 Court Plan | 17,299 (03.13%) | 7,279 (05.34%) | 9,737 (02.43%) |
| **Mississippi Congressional Redistricting Plan, New District 1 Total is 741,837** | | | |
| Total, and % Population: | 553,526 (74.62%) | 136,262 (18.37%) | 400,532 (293.94%) |
| **Mississippi Congressional Redistricting Plan District 2 is composed of:** | | | |
| 69,291 (09.34%) from district 1 in 2002 Court Plan | 51,534 (09.48%) | 21,491 (06.44%) | 29,381 (14.89%) |
| 653,376 (88.07%) from district 2 in 2002 Court Plan | 478,680 (88.04%) | 306,792 (91.96%) | 160,721 (81.46%) |
| 19,195 (02.59%) from district 3 in 2002 Court Plan | 13,470 (02.48%) | 5,338 (01.60%) | 7,188 (03.64%) |
| **Mississippi Congressional Redistricting Plan, New District 2 Total is 741,862** | | | |
| Total, and % Population: | 543,684 (73.29%) | 333,621 (44.97%) | 197,290 (59.14%) |
| **Mississippi Congressional Redistricting Plan District 3 is composed of:** | | | |
| 14,887 (02.01%) from district 2 in 2002 Court Plan | 11,021 (01.98%) | 3,215 (01.78%) | 7,460 (02.08%) |
| 701,830 (94.61%) from district 3 in 2002 Court Plan | 527,556 (94.61%) | 170,464 (94.33%) | 338,615 (94.61%) |
| 25,105 (03.38%) from district 4 in 2002 Court Plan | 19,028 (03.41%) | 7,025 (03.89%) | 11,843 (03.31%) |
| **Mississippi Congressional Redistricting Plan, New District 3 Total is 741,822** | | | |
| Total, and % Population: | 557,605 (75.17%) | 180,704 (24.36%) | 357,918 (198.07%) |
| **Mississippi Congressional Redistricting Plan District 4 is composed of:** | | | |
| 12,866 (01.73%) from district 3 in 2002 Court Plan | 9,454 (01.70%) | 2,192 (01.87%) | 7,153 (01.72%) |
| 728,910 (98.27%) from district 4 in 2002 Court Plan | 547,473 (98.30%) | 114,720 (98.13%) | 407,748 (98.28%) |
| **Mississippi Congressional Redistricting Plan, New District 4 Total is 741,776** | | | |
| Total, and % Population: | 556,927 (75.08%) | 116,912 (15.76%) | 414,901 (354.88%) |