IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL                                         PLAINTIFFS
and GENE WALKER

vs.                                                      CIVIL ACTION NO. 3:01-CV-855HTW-DCB

DELBERT HOSEMANN, Secretary of State of Mississippi;
JIM HOOD, Attorney General for the State
of Mississippi; HALEY BARBOUR, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                                          DEFENDANTS

vs.

BEATRICE BRANCH; RIMS BARBER;
L. C. DORSEY; DAVID RULE; JAMES
WOODARD; JOSEPH P. HUDSON; and
ROBERT NORVEL                                                           INTERVENORS

CONSOLIDATED WITH

KELVIN BUCK, et al.                                                     PLAINTIFFS

vs.                                                      CIVIL ACTION NO. 3:11cv717HTW-LRA

HALEY BARBOUR, et al.                                                   DEFENDANTS

## RESPONSE TO PROPOSED REDISTRICTING PLAN

In accordance with the Court's Order dated December 19, 2011 [Docket No. 118], the Secretary of State of the State of Mississippi Delbert Hosemann ("Secretary") respectfully submits this response to the Panel's proposed redistricting plan [Docket No. 118-1]. The Secretary has no objection to the implementation of the Panel's proposed redistricting plan for the upcoming party primary elections and the November 2012 general election. The factors considered by the Panel in drawing the proposed redistricting plan satisfy Federal and State constitutional, statutory and secondary requirements, including minimizing split counties and

split precincts. Finalization and implementation of the proposed plan by the Panel on or before January 3, 2012 will enable the January 13, 2012 qualifying deadline to remain unchanged and allow the Secretary to conduct the upcoming elections in accordance with the schedule established by statute.

Dated: December 22, 2011.

Respectfully submitted,

By:   /s/ Delbert Hosemann
      Secretary of State of the State of Mississippi

-and-

By:   /s/ Joseph Anthony Sclafani
      One of His Attorneys

OF COUNSEL:

William Trey Jones, III (MSB No. 99185)
Joseph Anthony Sclafani (MSB No. 99670)
Matthew W. Allen (MSB No. 101605)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, MS 39205
Phone: (601) 948-3101
Facsimile: (601) 960-6902
jsclafani@brunini.com
tjones@brunini.com
mwallen@brunini.com
*Counsel for Delbert Hosemann,*
*Secretary of State of the State of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following registered users:

Arthur F. Jernigan, Jr., Esq. (ajernigan@harrisgeno.com);

Herbert Lee, Jr., Esq. (lass2311@aol.com);

Jack L. Wilson, Esq. (jwilson@babc.com);

John G. Jones, Esq. (johnjones@jfsplawfirm.com);

Justin L. Matheny, Esq. (jmath@ago.state.ms.us);

Michael B. Wallace, Esq. (mbw@wisecarter.com);

Robert B. McDuff, Esq. (RBM@McDuffLaw.com);

Samuel E. Scott, Esq. (sscott@msfb.com);

Samuel L. Begley, Esq. (sbegley1@bellsouth.net);

Stephen Lee Thomas, Esq. (sthomas@babc.com);

T. Hunt Cole, Jr., Esq. (coleh@fpwk.com); and

William Trey E. Jones, III, Esq. (tjones@brunini.com).

Dated: December 22, 2011.

/s/ Joseph Anthony Sclafani