IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| and | |
| BEATRICE BRANCH, RIMS BARBER, L. C. DORSEY, DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:11-cv-717-HTW-EGJ-DCB-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

PLAINTIFFS, KELVIN BUCK, ET AL.,
<u>COMMENT ON COURT PLAN</u>

The plaintiffs, Kelvin Buck, Thomas Plunkett, Jeanette Self, Christopher Taylor, James

Crowell, Clarence Magee, and Hollis Watkins, on behalf of themselves and all others similarly

1

situated,[1] do not object to the Court drawn plan attached as Documents 118-1 through 118-5 to the Order [Doc. 118] as that plan is drafted. However, the plaintiffs reserve the right to comment or object to any revisions to that plan.

    THIS, the 22nd day of December, 2011.

               Respectfully submitted,
                KELVIN BUCK, THOMAS M. PLUNKETT,
                JEANETTE SELF, CHRISTOPHER TAYLOR,
                JAMES CROWELL, CLARENCE MAGEE, and
                HOLLIS WATKINS, on behalf of themselves and
                all others similarly situated, PLAINTIFFS

BY:    */s/ Carroll Rhodes*
           CARROLL RHODES, ESQ. - MSB #5314
           LAW OFFICES OF CARROLL RHODES
           POST OFFICE BOX 588
           HAZLEHURST, MS 39083-0588
           TELEPHONE: (601) 894-4323
           FAX:  (601) 894-1464
           E-MAIL:  crhode@bellsouth.net

           DEBORAH McDONALD, ESQ. - MSB # 2384
           POST OFFICE BOX 2038
           NATCHEZ, MS 39120
           TELEPHONE: (601) 445-5577
           E-MAIL: attorneydmc@bellsouth.net

           JOHN L. WALKER, JR., ESQ. - MSB # 6883
           PHILLIP J. BROOKINS, ESQ. - MSB # 4568
           WALKER GROUP, PC
           POST OFFICE BOX 22849
           JACKSON, MS 39225-2849
           TELEPHONE: (601) 948-4589
           FAX: (601) 354-2507
           E-MAIL:  jwalker@walkergrouppc.com
           E-MAIL: jbrookins@walkergrouppc.com

---

[1] Plaintiffs filed the case as a class action. However, plaintiffs have not filed a formal motion for class certification yet.

ELLIS TURNAGE, ESQ. - MSB # 8131
TURNAGE LAW OFFICE
POST OFFICE BOX 216
CLEVELAND, MS 38732-0216
TELEPHONE: 9662) 843-2811
FAX: (662) 843-6133
E-MAIL: eturnage@techinfo.com

WILLIE GRIFFIN, ESQ. - MSB # 5022
BAILEY & GRIFFIN
POST OFFICE BOX 189
GREENVILLE, MS 38702-0189
TELEPHONE: (662) 335-1966
FAX: (662) 335-1959
E-MAIL:  wgriffinlawyer@aol.com

PRECIOUS MARTIN, ESQ. - MSB #10619
PRECIOUS MARTIN, SR. & ASSOC., PLLC
POST OFFICE BOX 373
JACKSON., MS 39205-0373
TELEPHONE: (601) 944-1447
FAX: (601) 944-1448
E-MAIL: pmartin@ptmandassoc.com

LETITIA JOHNSON, ESQ. - MSB # 102724
POST OFFICE BOX 588
HAZLEHURST, MS 39083
TELEPHONE: (601) 540-8495
FAX:   (601) 366-3982
E-MAIL: letitiajohnson2001@gmail.com

**CERTIFICATE OF SERVICE**

    I, Carroll Rhodes, one of the attorneys for the plaintiffs, do hereby certify that I have this date electronically filed the foregoing Comment  with the Clerk of Court using the ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Samuel L. Begley, Esq. | Michael B. Wallace, Esq. |
| BEGLEY LAW FIRM, PLLC | C. Strevens Seale, Esq. |
| P. O. Box 287 | James D. Findley, Esq. |
| Jackson, MS 39205 | Wise Carter Child & Caraway P. A. |
| sbegley1@bellsouth.net | Post Office Box 651 |
| | Jackson, MS 39201-0651 |

| | |
|---|---|
| Stephen Lee Thomas, Esq.<br>Jack L. Wilson, Esq.<br>Bradley Arant Boult Cummings, LLP<br>Post Office Box 1789<br>Jackson, MS 39215-1789 | Arthur F. Jernigan, Jr., Esq.<br>Harris, Jernigan & Geno, PLLC<br>Post Office Box 3380<br>Ridgeland, MS 39158 |
| John G. Jones, Esq.<br>Jones, Funderburg, Sess7ms, Peterson & Lee<br>Post Office Box 13960<br>Jackson, MS 39236-3960 | William Trey E. Jones, III, Esq.<br>Brunini, Grantham, Grower & Hewes, PLLC<br>Post Office Drawer 119<br>Jackson, MS 39205-0119 |
| Herbert Lee, Jr., Esq.<br>Lee & Associates<br>2311 West Capitol Street<br>Jackson, MS 39209 | Robert Bruce McDuff, Esq.<br>Robert McDuff Law Office<br>767 North Congress Street<br>Jackson, MS 39202-3009 |

This the 22nd day of December, 2011.

*/s/ Carroll Rhodes*
CARROLL RHODES