# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

| | |
|---|---|
| **JOHN ROBERT SMITH, SHIRLEY HALL, and GENE WALKER** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:01cv855-HTW-DCB** |
| **DELBERT HOSEMANN**, Secretary of State of Mississippi; **JIM HOOD**, Attorney General for the State of Mississippi; **HALEY BARBOUR**, Governor of Mississippi; **MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE**; and **MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE** | **DEFENDANTS** |
| **AND** | |
| **BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODARD, JOSEPH P. HUDSON, and ROBERT NORVEL** | **INTERVENORS** |

### CONSOLIDATED WITH

| | |
|---|---|
| **KELVIN BUCK, ET AL.** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:11cv717-HTW-LRA** |
| **HALEY BARBOUR, ET AL.** | **DEFENDANTS** |

---

### RESPONSE TO DECEMBER 19, 2011 COURT ORDER
---

Defendant Jim Hood, Attorney General for the State of Mississippi, submits this Response to the Court's Order of December 22, 2011, and states that he has no objection to the redistricting plan attached to this Court's December 19, 2011 Order [Docket No. 118].

THIS the 22nd day of December, 2011.

             Respectfully submitted,

             JIM HOOD, ATTORNEY GENERAL
             FOR THE STATE OF MISSISSIPPI

By:  S/Justin L. Matheny
    Harold E. Pizzetta, III (Bar No. 99867)
    Justin L. Matheny (Bar No. 100754)
    Office of the Attorney General
    P.O. Box 550
    Jackson, MS 39205
    Telephone: (601) 359-3680
    Facsimile: (601) 359-2003
    *hpizz@ago.state.ms.us*
    *jmath@ago.state.ms.us*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been filed using the Court's ECF system and thereby served on all counsel of record who have entered their appearance in this action.

  THIS the 22nd day of December, 2011.

             S/Justin L. Matheny
             Justin L. Matheny