IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KELVIN BUCK, THOMAS PLUNKETT,
JEANETTE SELF, CHRISTOPHER TAYLOR,
JAMES CROWELL, CLARENCE MAGEE, and
HOLLIS WATKINS, on behalf of themselves
and all others similarly situated                                                                                    PLAINTIFFS

v.                                                                                                NO. 3:11-cv-00717 HTW-LRA

HALEY BARBOUR, in his official capacity as
Governor of the State of Mississippi, JIM HOOD,
in his official capacity as Attorney General of the
State of Mississippi, and DELBERT HOSEMANN,
in his official capacity as Secretary of State of the
State of Mississippi, as members of the State Board
of Election Commissioners; THE MISSISSIPPI
REPUBLICAN PARTY EXECUTIVE COMMITTEE;
THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE
COMMITTEE; and CONNIE COCHRAN, in her official
Capacity as Chairman of the Hinds County, Mississippi
Board of Election Commissioners, on behalf of herself
and all others similarly situated                                                                                    DEFENDANTS

_____

**JOINDER OF GOVERNOR HALEY BARBOUR IN THE RESPONSE OF THE
MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE IN OPPOSITION TO
THE *BUCK* PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
_____

Governor Haley Barbour joins in the Mississippi Republican Party Executive Committee's response in opposition to the motion for a preliminary injunction filed by the *Buck* plaintiffs. Plaintiffs' motion should be denied because the Court's plan fully addresses plaintiffs' constitutional claims and is superior to the plan proposed by plaintiffs.

1

                                                                        Respectfully submitted,

Dated: December 22, 2011                s/Jack L. Wilson
                                                          Stephen L. Thomas (Miss. Bar No. 8309)
                                                          sthomas@babc.com
                                                          Jack L. Wilson (Miss. Bar No. 101482)
                                                          jwilson@babc.com
                                                          BRADLEY ARANT BOULT CUMMINGS LLP
                                                          188 East Capitol Street
                                                          Jackson, MS 39201
                                                          PO Box 1789
                                                          Jackson, MS 39215-1789
                                                          Telephone: (601) 948-8000
                                                          Facsimile: (601) 948-3000

                                                          *Attorneys for Governor Haley Barbour,*
                                                          *in his official capacity as Governor of*
                                                          *the State of Mississippi*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Jack L. Wilson
Stephen L. Thomas (Miss. Bar No. 8309)
sthomas@babc.com
Jack L. Wilson (Miss. Bar No. 101482)
jwilson@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
188 East Capitol Street
Jackson, MS 39201
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
