IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| KELVIN BUCK, THOMAS PLUNKETT, JEANETTE SELF, CHRISTOPHER TAYLOR, JAMES CROWELL, CLARENCE MAGEE, and HOLLIS WATKINS, on behalf of themselves and all others similarly situated | PLAINTIFFS |
| v. | NO. 3:11-cv-00717 HTW-LRA |
| HALEY BARBOUR, in his official capacity as Governor of the State of Mississippi, JIM HOOD, in his official capacity as Attorney General of the State of Mississippi, and DELBERT HOSEMANN, in his official capacity as Secretary of State of the State of Mississippi, as members of the State Board of Election Commissioners; THE MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE; THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE COMMITTEE; and CONNIE COCHRAN, in her official Capacity as Chairman of the Hinds County, Mississippi Board of Election Commissioners, on behalf of herself and all others similarly situated | DEFENDANTS |

_____

### JOINDER OF GOVERNOR HALEY BARBOUR IN THE RESPONSE OF THE MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE IN OPPOSITION TO THE *BUCK* PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
_____

Governor Haley Barbour joins in the Mississippi Republican Party Executive Committee's response in opposition to the motion for a preliminary injunction filed by the *Buck* plaintiffs.  Plaintiffs' motion should be denied because the Court's plan fully addresses plaintiffs' constitutional claims and is superior to the plan proposed by plaintiffs.

1

2

                                                      Respectfully submitted,

Dated: December 22, 2011                    s/Jack L. Wilson
                                                      Stephen L. Thomas (Miss. Bar No. 8309)
                                                      sthomas@babc.com
                                                      Jack L. Wilson (Miss. Bar No. 101482)
                                                      jwilson@babc.com
                                                      BRADLEY ARANT BOULT CUMMINGS LLP
                                                      188 East Capitol Street
                                                      Jackson, MS 39201
                                                      PO Box 1789
                                                      Jackson, MS 39215-1789
                                                      Telephone: (601) 948-8000
                                                      Facsimile: (601) 948-3000

                                                      *Attorneys for Governor Haley Barbour,*
                                                      *in his official capacity as Governor of*
                                                      *the State of Mississippi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/Jack L. Wilson
        Stephen L. Thomas (Miss. Bar No. 8309)
        sthomas@babc.com
        Jack L. Wilson (Miss. Bar No. 101482)
        jwilson@babc.com
        BRADLEY ARANT BOULT CUMMINGS LLP
        188 East Capitol Street
        Jackson, MS 39201
        PO Box 1789
        Jackson, MS 39215-1789
        Telephone: (601) 948-8000
        Facsimile: (601) 948-3000