IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
and GENE WALKER                                                                                           PLAINTIFFS

V.                                                                        CIVIL ACTION NO. 3:01-CV-855WS

ERIC CLARK, Secretary of State of Mississippi;
MIKE MOORE, Attorney General for the State
of Mississippi; RONNIE MUSGROVE, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                                                         DEFENDANTS

**PLAINTIFF'S JOINDER IN SUBMISSION OF REPUBLICAN PARTY
REGARDING ORDER OF DECEMBER 19, 2011**

Comes Now the Plaintiffs and file herewith their Joinder in the Submission of the Republican Party Regarding This Court's Order of December 19, 2011, as follows:

1. The Plaintiffs hereby join in the submission filed by the Republican Party in response to this Court's Order of December 19, 2011 regarding the redistricting plan proposed by this Court by Oder dated December 19, 2011. Having no objection to the Court's proposed redistricting plan the Plaintiff's request permission to be excused from the hearing set for December 28, 2011, at 9:30 a.m.

This the  26th  day of December,  2011.

Respectfully submitted,

**JOHN ROBERT SMITH, SHIRLEY HALL
and GENE WALKER**

BY:  /s/ Arthur F. Jernigan, Jr.
_____
Arthur F. Jernigan, Jr.
Their Attorney

OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB #3092)
HARRIS JERNIGAN & GENO, PLLC
587 Highland Colony Parkway (39157)
Post Office Box 3380
Ridgeland, Mississippi 39158
Telephone:  (601) 427-0048
Facsimile:  (601) 427-0051

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the clerk of the Court using the ECF system which sent such notification of such filing to the following:

        Hon. Jim Hood
        Attorney General
        Post Office Box 220
        Jackson, MS 39305-0246

        Robert Bruce McDuff, Esq.
        Robert McDuff Law Office
        767 N. Congress Street
        Jackson, MS 39202-3009

        John Griffin Jones
        Jones Funderburg Sessums
        Post Office Box 13960
        Jackson, MS 39286-3960

        Herbert Lee, Jr.
        Lee & Assoc.
        2311 W. Capitol Street
        Jackson, MS 39209-4220

    This the   26th   day of December, 2011.

                                                    /s/ Arthur F. Jernigan, Jr.
                                                    _____
                                                    Arthur F. Jernigan, Jr.