IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL,
and GENE WALKER                                                                    PLAINTIFFS

VS.                                             Civil Action No. 3:01-cv-855-HTW-DCB

DELBERT HOSEMANN, Secretary of State of Mississippi;
JIM HOOD, Attorney General for the State
of Mississippi; HALEY BARBOUR, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                               DEFENDANTS

and

BEATRICE BRANCH, RIMS BARBER,
L. C. DORSEY, DAVID RULE, JAMES
WOODARD, JOSEPH P. HUDSON, and
ROBERT NORVEL                                                                      INTERVENORS

**CONSOLIDATED WITH**

KELVIN BUCK, ET AL.                                                            PLAINTIFFS

vs.                                             Civil Action No. 3:11-cv-717 HTW-LRA

HALEY BARBOUR, ET AL.                                                      DEFENDANTS

FINAL JUDGMENT

For the reasons stated in this Court's Order of December 19, 2011, and Memorandum Opinion of December 30, 2011, this court's Final Judgment of February 26, 2002, is hereby amended.

It is ordered that the defendants implement the congressional redistricting plan adopted by this court in its order of December 19, 2011, and attached to this Final Judgment, for conducting congressional primary and general elections for the State of Mississippi in 2012.

It is further ordered that the defendants shall use the said congressional redistricting plan in all succeeding congressional primary and general elections for the State of Mississippi thereafter, until such time as the State of Mississippi produces a constitutional congressional redistricting plan that is precleared in accordance with the procedures in Section 5 of the Voting Rights Act of 1965.

This court shall retain jurisdiction to implement, enforce, and amend this judgment as shall be necessary and just.

SO ORDERED this 30th day of December, 2011.

                              E. GRADY JOLLY
                              UNITED STATES CIRCUIT JUDGE

                              HENRY T. WINGATE
                              UNITED STATES DISTRICT JUDGE

                              DAVID C. BRAMLETTE
                              UNITED STATES DISTRICT JUDGE