Plan: Mississippi Congressional Redistricting Plan
Plan Type:
Administrator
User:

# Plan Components Report

Friday, December 16, 2011                                                                                              2:30 PM

|  | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 1** | | | | |
| Alcorn MS County | 37,057 | 28,036 | 2,928 | 24,364 |
| Benton MS County | 8,729 | 6,572 | 2,322 | 4,134 |
| Calhoun MS County | 14,962 | 11,223 | 2,931 | 7,900 |
| Chickasaw MS County | 17,392 | 12,820 | 5,114 | 7,297 |
| Choctaw MS County | 8,547 | 6,470 | 1,867 | 4,529 |
| Clay MS County | 20,634 | 15,332 | 8,392 | 6,765 |
| DeSoto MS County | 161,252 | 115,627 | 23,002 | 86,955 |
| Itawamba MS County | 23,401 | 18,001 | 1,060 | 16,697 |
| Lafayette MS County | 47,351 | 38,591 | 8,346 | 28,577 |
| Lee MS County | 82,910 | 60,804 | 15,121 | 44,087 |
| Lowndes MS County | 59,779 | 44,724 | 18,167 | 25,553 |
| Marshall MS County | 37,144 | 28,441 | 12,909 | 14,877 |
| Monroe MS County | 36,989 | 27,907 | 8,185 | 19,402 |
| Oktibbeha MS County | | | | |
|   VTD: Bell Schoolhouse | 505 | 387 | 242 | 141 |
|   VTD: Bradley | 339 | 267 | 67 | 196 |
|   VTD: Center Grove | 440 | 329 | 166 | 162 |
|   VTD: Maben | 706 | 495 | 279 | 211 |
|   VTD: Sturgis | 1,171 | 934 | 214 | 712 |
| **Oktibbeha MS County Subtotal** | 3,161 | 2,412 | 968 | 1,422 |
| Pontotoc MS County | 29,957 | 21,877 | 2,902 | 17,872 |
| Prentiss MS County | 25,276 | 19,391 | 2,600 | 16,552 |
| Tate MS County | 28,886 | 21,427 | 6,194 | 14,777 |
| Tippah MS County | 22,232 | 16,589 | 2,490 | 13,635 |
| Tishomingo MS County | 19,593 | 15,055 | 398 | 14,317 |
| Union MS County | 27,134 | 20,144 | 2,777 | 16,672 |
| Webster MS County | 10,253 | 7,674 | 1,427 | 6,156 |
| Winston MS County | 19,198 | 14,409 | 6,162 | 7,992 |
| **District 1 Subtotal** | 741,837 | 553,526 | 136,262 | 400,532 |
| **District 2** | | | | |
| Attala MS County | 19,564 | 14,478 | 5,726 | 8,534 |
| Bolivar MS County | 34,145 | 25,502 | 15,556 | 9,417 |

Plan: Mississippi Congressional Redistricting Pla Administrator:
Type: User:

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 2 (continued)** | | | | |
| Carroll MS County | 10,597 | 8,314 | 2,600 | 5,603 |
| Claiborne MS County | 9,604 | 7,335 | 6,042 | 1,182 |
| Coahoma MS County | 26,151 | 18,487 | 13,264 | 4,956 |
| Copiah MS County | 29,449 | 22,065 | 10,600 | 10,899 |
| Grenada MS County | 21,906 | 16,515 | 6,612 | 9,720 |
| Hinds MS County | | | | |
| VTD: 10 | 679 | 492 | 489 | 1 |
| VTD: 11 | 659 | 508 | 498 | 2 |
| VTD: 12 | 798 | 591 | 580 | 4 |
| VTD: 13 | 1,044 | 807 | 790 | 5 |
| VTD: 16 | 1,744 | 1,338 | 917 | 397 |
| VTD: 18 | 927 | 697 | 677 | 16 |
| VTD: 19 | 1,023 | 730 | 714 | 12 |
| VTD: 2 | 461 | 389 | 371 | 10 |
| VTD: 20 | 1,047 | 798 | 784 | 6 |
| VTD: 21 | 811 | 587 | 557 | 21 |
| VTD: 22 | 2,096 | 1,491 | 1,463 | 17 |
| VTD: 23 | 2,125 | 1,417 | 1,399 | 6 |
| VTD: 24 | 1,236 | 829 | 774 | 32 |
| VTD: 25 | 2,128 | 1,478 | 1,428 | 35 |
| VTD: 26 | 1,077 | 774 | 690 | 50 |
| VTD: 27 | 1,713 | 1,368 | 1,349 | 9 |
| VTD: 28 | 1,861 | 1,535 | 1,514 | 16 |
| VTD: 29 | 976 | 764 | 741 | 12 |
| VTD: 30 | 1,003 | 745 | 735 | 2 |
| VTD: 31 | 1,474 | 1,140 | 1,112 | 10 |
| VTD: 38 | 1,476 | 1,013 | 808 | 190 |
| VTD: 39 | 1,628 | 1,163 | 1,137 | 20 |
| VTD: 4 | 861 | 643 | 639 | 0 |
| VTD: 40 | 2,103 | 1,620 | 1,559 | 44 |
| VTD: 41 | 2,537 | 1,872 | 1,842 | 20 |
| VTD: 42 | 2,849 | 2,065 | 1,859 | 163 |
| VTD: 43 | 3,838 | 2,551 | 2,252 | 204 |
| VTD: 46 | 2,247 | 1,746 | 841 | 811 |
| VTD: 50 | 752 | 571 | 498 | 63 |
| VTD: 51 | 614 | 465 | 452 | 12 |
| VTD: 52 | 1,724 | 1,243 | 1,190 | 44 |
| VTD: 53 | 309 | 235 | 231 | 2 |
| VTD: 54 | 1,280 | 969 | 905 | 40 |
| VTD: 55 | 1,388 | 979 | 946 | 23 |
| VTD: 56 | 589 | 444 | 422 | 16 |
| VTD: 57 | 1,154 | 828 | 809 | 19 |
| VTD: 58 | 1,671 | 1,322 | 1,287 | 22 |
| VTD: 59 | 2,300 | 1,531 | 1,486 | 28 |
| VTD: 6 | 1,916 | 1,594 | 844 | 706 |
| VTD: 60 | 816 | 599 | 473 | 122 |
| VTD: 61 | 1,634 | 1,137 | 1,096 | 26 |
| VTD: 62 | 2,518 | 1,686 | 1,576 | 87 |

Plan: Mississippi Congressional Redistricting Pla  Administrator:
Type:                                User:

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 2 (continued)** | | | | |
| Hinds MS County (continued) | | | | |
| VTD: 63 | 1,189 | 1,006 | 952 | 18 |
| VTD: 64 | 802 | 626 | 610 | 12 |
| VTD: 66 | 158 | 109 | 106 | 0 |
| VTD: 67 | 1,585 | 1,014 | 928 | 76 |
| VTD: 68 | 4,140 | 2,774 | 2,411 | 323 |
| VTD: 69 | 2,007 | 1,276 | 1,116 | 144 |
| VTD: 70 | 1,684 | 894 | 758 | 102 |
| VTD: 71 | 2,144 | 1,360 | 1,068 | 264 |
| VTD: 72 | 2,354 | 1,398 | 1,184 | 195 |
| VTD: 73 | 2,166 | 1,385 | 1,143 | 212 |
| VTD: 74 | 1,716 | 1,060 | 842 | 208 |
| VTD: 75 | 1,389 | 882 | 717 | 151 |
| VTD: 76 | 1,468 | 933 | 687 | 229 |
| VTD: 77 | 2,897 | 1,891 | 1,307 | 513 |
| VTD: 79 | 3,557 | 2,572 | 1,664 | 629 |
| VTD: 80 | 4,130 | 2,796 | 2,664 | 90 |
| VTD: 81 | 1,902 | 1,584 | 1,505 | 58 |
| VTD: 82 | 1,839 | 1,398 | 1,346 | 40 |
| VTD: 83 | 3,738 | 2,650 | 2,616 | 22 |
| VTD: 84 | 296 | 237 | 224 | 9 |
| VTD: 85 | 3,222 | 2,390 | 2,354 | 17 |
| VTD: 86 | 2,343 | 1,607 | 1,540 | 54 |
| VTD: 87 | 2,391 | 1,525 | 1,237 | 206 |
| VTD: 88 | 2,501 | 1,835 | 1,580 | 223 |
| VTD: 89 | 2,035 | 1,412 | 1,189 | 202 |
| VTD: 90 | 3,254 | 2,025 | 1,620 | 341 |
| VTD: 91 | 2,927 | 2,086 | 1,879 | 187 |
| VTD: 92 | 4,132 | 2,651 | 2,203 | 420 |
| VTD: 93 | 2,800 | 1,875 | 1,496 | 343 |
| VTD: 94 | 3,832 | 2,687 | 2,377 | 273 |
| VTD: 95 | 877 | 646 | 364 | 273 |
| VTD: 96 | 2,613 | 1,892 | 1,330 | 540 |
| VTD: 97 | 1,210 | 825 | 532 | 260 |
| VTD: Bolton | 1,650 | 1,272 | 854 | 411 |
| VTD: Brownsville | 783 | 597 | 313 | 278 |
| VTD: Byram 1 | 8,418 | 5,886 | 3,433 | 2,321 |
| VTD: Byram 2 | 3,123 | 2,359 | 712 | 1,619 |
| VTD: Cayuga | 494 | 375 | 232 | 141 |
| VTD: Chapel Hill | 1,384 | 1,068 | 452 | 602 |
| VTD: Clinton 1 | 2,873 | 2,208 | 589 | 1,518 |
| VTD: Clinton 2 | 6,645 | 4,888 | 1,172 | 3,434 |
| VTD: Clinton 3 | 3,915 | 3,128 | 1,021 | 2,055 |
| VTD: Clinton 4 | 2,090 | 1,514 | 519 | 938 |
| VTD: Clinton 5 | 1,441 | 1,089 | 189 | 875 |
| VTD: Clinton 6 | 4,137 | 3,127 | 1,302 | 1,445 |
| VTD: Cynthia | 1,104 | 817 | 560 | 249 |
| VTD: Dry Grove | 1,271 | 1,011 | 318 | 683 |
| VTD: Edwards | 3,406 | 2,522 | 1,824 | 648 |
| VTD: Jackson State | 2,210 | 2,181 | 2,109 | 21 |

Plan: Mississippi Congressional Redistricting Pla Administrator:
Type:   User:

### District 2 (continued)

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **Hinds MS County (continued)** | | | | |
| VTD: Learned | 999 | 750 | 304 | 440 |
| VTD: Old Byram | 3,959 | 2,936 | 989 | 1,905 |
| VTD: Pinehaven | 3,491 | 2,573 | 990 | 1,440 |
| VTD: Pocahontas | 648 | 534 | 334 | 195 |
| VTD: Raymond 1 | 3,305 | 2,448 | 1,054 | 1,375 |
| VTD: Raymond 2 | 5,417 | 4,619 | 2,332 | 2,224 |
| VTD: Spring Ridge | 4,616 | 3,442 | 1,838 | 1,554 |
| VTD: St. Thomas | 461 | 347 | 326 | 19 |
| VTD: Terry | 6,599 | 5,045 | 1,953 | 3,051 |
| VTD: Tinnin | 1,221 | 897 | 189 | 688 |
| VTD: Utica 1 | 1,294 | 1,003 | 446 | 534 |
| VTD: Utica 2 | 1,309 | 970 | 748 | 186 |
| **Hinds MS County Subtotal** | **214,647** | **155,661** | **111,385** | **40,808** |
| Holmes MS County | 19,198 | 13,621 | 10,926 | 2,582 |
| Humphreys MS County | 9,375 | 6,673 | 4,742 | 1,814 |
| Issaquena MS County | 1,406 | 1,125 | 702 | 412 |
| Jefferson MS County | 7,726 | 5,901 | 4,940 | 932 |
| Leake MS County | 23,805 | 16,443 | 6,058 | 8,935 |
| Leflore MS County | 32,317 | 23,566 | 16,240 | 6,667 |
| **Madison MS County** | | | | |
| VTD: Bible Church | 1,320 | 768 | 765 | 2 |
| VTD: Camden | 1,536 | 1,125 | 929 | 193 |
| VTD: Cameron | 162 | 133 | 75 | 58 |
| VTD: Canton Precinct 1 | 2,807 | 2,044 | 1,437 | 519 |
| VTD: Canton Precinct 2 | 2,656 | 1,981 | 1,047 | 830 |
| VTD: Canton Precinct 3 | 483 | 348 | 182 | 163 |
| VTD: Canton Precinct 4 | 2,863 | 1,984 | 1,742 | 197 |
| VTD: Canton Precinct 5 | 2,194 | 1,438 | 1,408 | 22 |
| VTD: Canton Precinct 7 | 475 | 383 | 354 | 27 |
| VTD: Cedar Grove | 296 | 239 | 27 | 210 |
| VTD: Couparle | 86 | 72 | 56 | 16 |
| VTD: Liberty | 2,259 | 1,762 | 1,171 | 169 |
| VTD: Luther Branson School | 1,302 | 928 | 754 | 169 |
| VTD: Mad. Co. Bap. Fam. Lf.Ct | 2,088 | 1,259 | 1,183 | 12 |
| VTD: Magnolia Heights | 2,261 | 1,539 | 1,204 | 327 |
| VTD: New Industrial Park | 617 | 444 | 310 | 127 |
| VTD: Ratliff Ferry | 1,359 | 1,042 | 522 | 512 |
| VTD: Sharon | 1,098 | 826 | 684 | 136 |
| VTD: Tougaloo | 671 | 657 | 631 | 7 |
| VTD: Virlilia | 409 | 342 | 79 | 254 |
| **Madison MS County Subtotal** | **26,942** | **19,314** | **14,560** | **3,950** |
| Montgomery MS County | 10,925 | 8,255 | 3,520 | 4,611 |
| Panola MS County | 34,707 | 25,363 | 11,430 | 13,557 |
| Quitman MS County | 8,223 | 6,070 | 4,000 | 1,989 |

Plan: Mississippi Congressional Redistricting Pla Administrator:
Type:   User:

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 2 (continued)** | | | | |
| Sharkey MS County | 4,916 | 3,660 | 2,501 | 1,123 |
| Sunflower MS County | 29,450 | 22,303 | 15,578 | 6,382 |
| Tallahatchie MS County | 15,378 | 11,893 | 6,209 | 5,012 |
| Tunica MS County | 10,778 | 7,561 | 5,186 | 2,154 |
| Warren MS County | 48,773 | 36,135 | 15,755 | 19,486 |
| Washington MS County | 51,137 | 36,800 | 24,851 | 11,356 |
| Yalobusha MS County | 12,678 | 9,656 | 3,449 | 6,104 |
| Yazoo MS County | 28,065 | 20,988 | 11,189 | 9,105 |
| **District 2 Subtotal** | **741,862** | **543,684** | **333,621** | **197,290** |
| **District 3** | | | | |
| Adams MS County | 32,297 | 25,102 | 12,446 | 11,661 |
| Amite MS County | 13,131 | 10,176 | 4,046 | 6,040 |
| Clarke MS County | | | | |
| VTD: Beaver Dam | 485 | 371 | 179 | 191 |
| VTD: Desoto | 457 | 350 | 164 | 181 |
| VTD: East Quitman | 1,821 | 1,446 | 101 | 1,322 |
| VTD: Energy | 417 | 317 | 24 | 293 |
| VTD: Enterprise | 2,063 | 1,529 | 303 | 1,214 |
| VTD: Harmony Beat 1 | 284 | 208 | 85 | 123 |
| VTD: Harmony Beat 2 | 626 | 466 | 198 | 267 |
| VTD: North Quitman | 1,313 | 988 | 168 | 805 |
| VTD: Oak Grove | 548 | 384 | 304 | 69 |
| VTD: Pachuta | 602 | 455 | 278 | 174 |
| VTD: Pineridge | 281 | 215 | 111 | 102 |
| VTD: Rolling Creek | 392 | 297 | 21 | 273 |
| VTD: Snell | 335 | 263 | 5 | 257 |
| VTD: Souinlovie | 384 | 296 | 43 | 252 |
| VTD: South Quitman | 1,642 | 1,178 | 713 | 455 |
| VTD: Stonewall Beat 1 | 776 | 553 | 325 | 224 |
| VTD: Stonewall Beat 3 | 1,143 | 881 | 149 | 724 |
| VTD: Union | 1,125 | 849 | 32 | 809 |
| **Clarke MS County Subtotal** | **14,694** | **11,046** | **3,203** | **7,735** |
| Covington MS County | 19,568 | 14,481 | 4,646 | 9,576 |
| Franklin MS County | 8,118 | 6,075 | 1,948 | 4,082 |
| Hinds MS County | | | | |
| VTD: 1 | 345 | 328 | 159 | 158 |
| VTD: 14 | 1,348 | 1,136 | 80 | 1,001 |
| VTD: 15 | 442 | 387 | 26 | 357 |
| VTD: 17 | 843 | 662 | 43 | 610 |
| VTD: 32 | 1,238 | 993 | 78 | 903 |
| VTD: 33 | 1,176 | 901 | 2 | 879 |
| VTD: 34 | 2,242 | 1,715 | 34 | 1,655 |
| VTD: 35 | 2,144 | 1,617 | 84 | 1,506 |
| VTD: 36 | 1,671 | 1,269 | 712 | 530 |
| VTD: 37 | 1,644 | 1,253 | 621 | 612 |

Plan: Mississippi Congressional Redistricting Pla Administrator:
Type: User:

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 3 (continued)** | | | | |
| Hinds MS County (continued) | | | | |
| VTD: 44 | 3,992 | 2,907 | 1,648 | 1,158 |
| VTD: 45 | 2,553 | 2,060 | 194 | 1,817 |
| VTD: 47 | 1,781 | 1,401 | 1,106 | 260 |
| VTD: 5 | 1,926 | 1,742 | 883 | 803 |
| VTD: 78 | 4,029 | 3,333 | 1,158 | 2,030 |
| VTD: 8 | 1,303 | 1,181 | 128 | 996 |
| VTD: 9 | 1,961 | 1,696 | 78 | 1,562 |
| **Hinds MS County Subtotal** | **30,638** | **24,581** | **7,034** | **16,837** |
| Jasper MS County | 17,062 | 12,939 | 6,439 | 6,378 |
| Jefferson Davis MS County | 12,487 | 9,539 | 5,367 | 4,063 |
| Kemper MS County | 10,456 | 8,015 | 4,604 | 3,111 |
| Lauderdale MS County | 80,261 | 60,181 | 23,860 | 35,041 |
| Lawrence MS County | 12,929 | 9,663 | 2,777 | 6,623 |
| Lincoln MS County | 34,869 | 25,766 | 7,398 | 18,050 |
| Madison MS County | | | | |
| VTD: Bear Creek | 3,703 | 2,702 | 1,222 | 1,407 |
| VTD: Cobblestone | 2,692 | 2,069 | 256 | 1,764 |
| VTD: Flora | 1,907 | 1,408 | 377 | 1,006 |
| VTD: Gluckstadt | 10,393 | 7,163 | 1,041 | 5,882 |
| VTD: Highland Colony Bap. Ch. | 3,851 | 2,798 | 501 | 2,078 |
| VTD: Lorman-Cavalier | 1,692 | 1,346 | 499 | 827 |
| VTD: Madison 1 | 2,818 | 1,964 | 157 | 1,737 |
| VTD: Madison 2 | 3,466 | 2,474 | 128 | 2,258 |
| VTD: Madison 3 | 4,683 | 3,269 | 398 | 2,775 |
| VTD: Main Harbor | 1,709 | 1,455 | 46 | 1,366 |
| VTD: NorthBay | 1,244 | 932 | 81 | 828 |
| VTD: Ridgeland 1 | 3,528 | 2,709 | 844 | 1,647 |
| VTD: Ridgeland 3 | 4,333 | 3,210 | 1,880 | 981 |
| VTD: Ridgeland 4 | 2,968 | 2,392 | 1,057 | 1,145 |
| VTD: Ridgeland First Meth. Ch. | 3,570 | 2,697 | 661 | 1,951 |
| VTD: Ridgeland Tennis Center | 5,659 | 4,377 | 931 | 3,133 |
| VTD: Smith School | 555 | 457 | 18 | 431 |
| VTD: SunnyBrook | 757 | 540 | 54 | 471 |
| VTD: Trace Harbor | 2,146 | 1,600 | 71 | 1,514 |
| VTD: Victory Baptist Church | 1,724 | 1,244 | 71 | 1,124 |
| VTD: Whispering Lake | 2,394 | 1,716 | 177 | 1,475 |
| VTD: Yandell Road | 2,469 | 1,719 | 205 | 1,467 |
| **Madison MS County Subtotal** | **68,261** | **50,241** | **10,675** | **37,267** |
| Neshoba MS County | 29,676 | 21,161 | 4,058 | 13,826 |
| Newton MS County | 21,720 | 16,067 | 4,663 | 10,626 |
| Noxubee MS County | 11,545 | 8,416 | 5,877 | 2,440 |
| Oktibbeha MS County | | | | |
| VTD: Central Starkville | 3,106 | 2,474 | 1,210 | 1,167 |
| VTD: Craig Springs | 256 | 205 | 6 | 199 |

Plan:   Mississippi Congressional Redistricting Pla   Administrator:
Type:                                                  User:

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 3 (continued)** | | | | |
| Oktibbeha MS County (continued) | | | | |
| VTD: Double Springs | 427 | 345 | 28 | 315 |
| VTD: East Starkville | 3,236 | 3,125 | 693 | 2,133 |
| VTD: Gillespie Street Center | 3,901 | 3,096 | 1,108 | 1,887 |
| VTD: Hickory Grove | 3,380 | 2,848 | 935 | 1,876 |
| VTD: North Adaton | 426 | 342 | 117 | 220 |
| VTD: North Longview | 1,085 | 826 | 135 | 673 |
| VTD: North Starkville 2 | 1,757 | 1,381 | 832 | 493 |
| VTD: North Starkville 3 | 3,250 | 2,517 | 776 | 1,688 |
| VTD: Northeast Starkville | 3,273 | 3,114 | 648 | 2,314 |
| VTD: Oktoc | 1,055 | 835 | 584 | 244 |
| VTD: Osborn | 1,450 | 1,084 | 690 | 379 |
| VTD: Self Creek | 577 | 451 | 63 | 379 |
| VTD: Sessums | 1,353 | 1,032 | 685 | 333 |
| VTD: South Adaton | 614 | 454 | 125 | 317 |
| VTD: South Longview | 362 | 289 | 73 | 214 |
| VTD: South Starkville | 6,669 | 5,325 | 1,201 | 3,790 |
| VTD: Southeast Oktibehha | 338 | 246 | 140 | 101 |
| VTD: West Starkville | 7,995 | 6,564 | 1,905 | 4,373 |
| **Oktibbeha MS County Subtotal** | **44,510** | **36,553** | **11,954** | **23,095** |
| Pike MS County | 40,404 | 29,433 | 14,251 | 14,641 |
| Rankin MS County | 141,617 | 106,083 | 19,062 | 83,566 |
| Scott MS County | 28,264 | 20,630 | 7,289 | 11,609 |
| Simpson MS County | 27,503 | 20,252 | 6,624 | 13,287 |
| Smith MS County | 16,491 | 12,230 | 2,582 | 9,526 |
| Walthall MS County | 15,443 | 11,368 | 4,701 | 6,470 |
| Wilkinson MS County | 9,878 | 7,607 | 5,200 | 2,368 |
| **District 3 Subtotal** | **741,822** | **557,605** | **180,704** | **357,918** |
| **District 4** | | | | |
| Clarke MS County | | | | |
| VTD: Carmichael | 500 | 405 | 129 | 273 |
| VTD: Langsdale | 304 | 224 | 178 | 45 |
| VTD: Manassa | 227 | 171 | 3 | 167 |
| VTD: Shubuta | 777 | 586 | 411 | 167 |
| VTD: Springs | 230 | 172 | 82 | 90 |
| **Clarke MS County Subtotal** | **2,038** | **1,558** | **803** | **742** |
| Forrest MS County | 74,934 | 57,231 | 19,152 | 35,983 |
| George MS County | 22,578 | 16,518 | 1,320 | 14,893 |
| Greene MS County | 14,400 | 11,244 | 3,191 | 7,930 |
| Hancock MS County | 43,929 | 33,431 | 2,214 | 29,982 |
| Harrison MS County | 187,105 | 141,252 | 28,512 | 102,343 |
| Jackson MS County | 139,668 | 104,068 | 20,774 | 77,612 |
| Jones MS County | 67,761 | 50,413 | 12,992 | 35,465 |

Plan:  Mississippi Congressional Redistricting Pla Administrator:
Type:                              User:

| | POPULATION | [18+_Pop] | [18+_Blk] | [18+_Wht] |
|---|---:|---:|---:|---:|
| **District 4 (continued)** | | | | |
| Lamar MS County | 55,658 | 41,050 | 7,312 | 32,627 |
| Marion MS County | 27,088 | 20,156 | 6,168 | 13,698 |
| Pearl River MS County | 55,834 | 42,102 | 4,830 | 35,976 |
| Perry MS County | 12,250 | 9,136 | 1,711 | 7,296 |
| Stone MS County | 17,786 | 13,455 | 2,446 | 10,760 |
| Wayne MS County | 20,747 | 15,313 | 5,487 | 9,594 |
| **District 4 Subtotal** | **741,776** | **556,927** | **116,912** | **414,901** |
| **State totals** | **2,967,297** | **2,211,742** | **767,499** | **1,370,641** |