IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER

        PLAINTIFFS

VS.        Civil Action No. 3:01-cv-855-HTW-DCB

DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE

        DEFENDANTS

and

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL

        INTERVENORS

**CONSOLIDATED WITH**

KELVIN BUCK, ET AL.

        PLAINTIFFS

VS.

        Civil Action No. 3:11-cv-717 HTW-LRA

HALEY BARBOUR, ET AL.        DEFENDANTS

VS.

1

HESTER JACKSON MCCRAY,
KELLY JACOBS, AND
MISSISSIPPI EARLY VOTING INITIATIVE 78,
A MISSISSIPPI
NON-PROFIT

                                                                         MEVI 78
                                                                        INTERVENORS

___

RULE 60(b)(6) MOTION TO AMEND THE FINAL JUDGMENT OF
FEBRUARY 26, 2002, AS AMENDED DECEMBER 30, 2011

___

      Initiative Intervenors, Hester J. McCrary, Kelly Jacobs and Mississippi Early Voting Initiative 78 (herein collectively called "MEVI 78"), move this Court to Amend the Final Judgment Order of December 30, 2011, to clarify:

      1)   That the Final Judgment Order only addressed the conduct of congressional elections to meet the requirements of federal law;

      2)   That the Judgment did not change the five congressional Districts for any purpose beyond the conduct of federal elections; specifically, the Order did not abolish the five districts existing on February 26, 2002, or on December 30, 2011;

      3)   That the Judgment did not void any provision of Mississippi Constitution Section 273.

      This Court has retained jurisdiction to "implement, enforce and amend this Judgment as shall be necessary and just". The MEVI 78 Intervenors move this Court to do so by making clear the limits of its prior Judgment.

      Respectfully Submitted, this the ___ day of _____, 2021.

By: /s/ Wilbur O. Colom
WILBUR O. COLOM (MSB #
COLOM AND BRANT LLC
Post Office Box 101
Columbus, MS 39703
662-327-0903


By: /s/ Aphrodite Kavyas McCarthy
APHRODITE KAVYAS MCCARTHY (MSB#100353)
Post Office Box 444
Pass Christian, MS 39571
228-452-9943

3