IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER

                PLAINTIFFS

VS.                Civil Action No. 3:01-cv-855-HTW-DCB

DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE

                DEFENDANTS

and

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL

                INTERVENORS

**CONSOLIDATED WITH**

KELVIN BUCK, ET AL.

                PLAINTIFFS

VS.                Civil Action No. 3:11-cv-717 HTW-LRA

HALEY BARBOUR, ET AL.

                DEFENDANTS

1

---
NOTICE OF APPEARANCE OF COUNSEL
---

**To: The clerk of court and all parties of record**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Hester Jackson McCray, Kelly Jacobs and Mississippi Early Voting Initiative 78, A Mississippi Non-Profit.

Respectfully Submitted, this the 5th day of November, 2021.

        By:    /s/ *Wilbur O. Colom*
                  WILBUR O. COLOM (MSB #6403)
                  COLOM AND BRANT LLC
                  Post Office Box 101
                  Columbus, MS 39703
                  662-327-0903

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following registered users:

Arthur F. Jernigan, Jr., Esq. (ajernigan@jcalawfirm.com)

Herbert Lee, Jr, Esq. (lass2311@aol.com)

Jack L. Wilson, Esq. (Ciwilson@babc.com)

John G. Jones, Esq. (john@griffinjoneslaw.com)

Justin L. Matheny, Esq. Cimath@ago.state.ms.us)

Michael B. Wallace, Esq. (mbw@wisecarter.com)

Robert B. McDuff, Esq. rbm@mcdufflaw.com)

Samuel E. Scott, Esq. (sscott@msfb.com)

Samuel L. Begley, Esq. (sbegley1@bellsouth.net)

Stephen Lee Thomas, Esq. (sthomas@bradley.com)

T. Hunt Cole, Jr, Esq. (hunt4246@att.net)

Willam Trey E. Jones, III, Esq. (tjones@bruini.com)

Ellie Turnage, Esq. (ellieft@hotmail.com)

John L. Walker, Jr., Esq. (jwalker@walkergrouppc.com)

Michael B. Wallace, Esq. (mbw@wisecarter.com)

Margaret Oertling Cupples, Esq. (mcupples@bradley.com)

*s/s Wilbur O Colom*
Wilbur O. Colom