IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER

                                                        PLAINTIFFS


VS.                                        Civil Action No. 3:01-cv-855-HTW-DCB


DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE

                                                        DEFENDANTS

and


BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL

                                                        INTERVENORS

**CONSOLIDATED WITH**

KELVIN BUCK, ET AL.

                                                        PLAINTIFFS

VS.
                                        Civil Action No. 3:11-cv-717 HTW-LRA


HALEY BARBOUR, ET AL.                                   DEFENDANTS


VS.

1

HESTER JACKSON MCCRAY,
KELLY JACOBS, AND
MISSISSIPPI EARLY VOTING INITIATIVE 78,
A MISSISSIPPI
NON-PROFIT

MEVI 78
INTERVENORS

---

### RULE 60(b)(6) MOTION TO AMEND THE FINAL JUDGMENT OF FEBRUARY 26, 2002, AS AMENDED DECEMBER 30, 2011

---

Initiative Intervenors, Hester J. McCrary, Kelly Jacobs and Mississippi Early Voting Initiative 78 (herein collectively called "MEVI 78"), move this Court to Amend the Final Judgment Order of December 30, 2011, to clarify:

1)   That the Final Judgment Order only addressed the conduct of congressional elections to meet the requirements of federal law;

2)      That the Judgment did not change the five congressional Districts for any purpose beyond the conduct of federal elections; specifically, the Order did not abolish the five districts existing on February 26, 2002, or on December 30, 2011;

3)      That the Judgment did not void any provision of Mississippi Constitution Section 273.

This Court has retained jurisdiction to "implement, enforce and amend this Judgment as shall be necessary and just". The MEVI 78 Intervenors move this Court to do so by making clear the limits of its prior Judgment.

Respectfully Submitted, this the ___ day of _____, 2021.

2

By:     /s/ Wilbur O. Colom
        WILBUR O. COLOM (MSB #
        COLOM AND BRANT LLC
        Post Office Box 101
        Columbus, MS 39703
        662-327-0903


By:     /s/ Aphrodite Kavyas McCarthy
        APHRODITE KAVYAS MCCARTHY (MSB#100353)
        Post Office Box 444
        Pass Christian, MS 39571
        228-452-9943