IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHN ROBERT SMITH, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 3:01cv855-HTW-EGJ-DCB**

**ERIC CLARK, Secretary of State of Mississippi;**
**ET AL.**                                                                                              **DEFENDANTS**

Consolidated with

**KELVIN BUCK, ET AL.**                                                                        **PLAINTIFFS**

**VS.**

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, ET AL.**                                **DEFENDANTS**

---

**THE GOVERNOR'S AND THE ATTORNEY GENERAL'S
RESPONSE TO MOTION TO INTERVENE**

---

The Governor and the Attorney General, sued here in their official capacities,[*] submit that this Court should deny the Motion to Intervene filed by the Mississippi Early Voting Initiative, Hester Jackson McCrary, and Kelly Jacobs [Dkt. 133] based upon the reasons set forth in the separately filed memorandum of authorities supporting this Response and the following exhibits affixed hereto: Motion to Intervene (Exhibit 1); Proposed Motion for Rehearing (Exhibit 2); Mississippi Supreme Court Order Denying Motion to Intervene (Exhibit 3).

Dated: November 22, 2021

---

[*] Governor Tate Reeves and Attorney General Lynn Fitch are automatically substituted for their predecessors-in-office as defendant parties. *See* Fed. R. Civ. P. 25(d).

1

       Respectfully submitted,

       LYNN FITCH
        Attorney General

By:  /s/ Justin L. Matheny
    Justin L. Matheny (Bar No. 100754)
     Deputy Solicitor General
    MISSISSIPPI ATTORNEY GENERAL'S OFFICE
    P.O. Box 220
    Jackson, MS 39205-0220
    Telephone: (601) 359-3680
    justin.matheny@ago.ms.gov

    *Counsel for Defendants*
    *Governor Tate Reeves and*
    *Attorney General Lynn Fitch*