Serial: **237328**

IN THE SUPREME COURT OF MISSISSIPPI

**FILED**

JUL 01 2021

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

No. 2020-IA-01199-SCT

*IN RE INITIATIVE MEASURE NO. 65:*  **Appellants**
*MAYOR MARY HAWKINS BUTLER, IN*
*HER INDIVIDUAL AND OFFICIAL*
*CAPACITIES AND THE CITY OF*
*MADISON*

*v.*

*MICHAEL WATSON, IN HIS OFFICIAL*  **Appellee**
*CAPACITY AS SECRETARY OF STATE*
*FOR THE STATE OF MISSISSIPPI*

## EN BANC ORDER

Before the en banc Court is the Motion of MEVI (Mississippi Early Voting Initiative) 78 and Dr. David Allen, Sponsor of Initiative 77, for Leave to Intervene as Respondents in this action. Mary Hawkins Butler, in her individual and official capacities, and the City of Madison filed a Response opposing the Motion to Intervene.

After due consideration, the Court finds that, by Order filed November 17, 2020, this Court provided a briefing schedule and directed that, "pursuant to M.R.A.P. 29, any non-party seeking to file a brief of amicus curiae shall do so no later than seven (7) days after filing of the initial brief of the party whose position the amicus brief will support." Order, ***Butler v. Watson (In re Initiative Measure No. 65)***, No. 2020-IA-01199 (Miss. Nov. 14, 2020). Accordingly, the Court finds the present Motion for Leave to Intervene is not well taken and should be denied.

EXHIBIT 3

The Court further finds that the Motion for Rehearing filed by MEVI 78 and Dr. David Allen and the Motion to Strike the Motion for Rehearing filed by Mary Hawkins Butler and the City of Madison should be dismissed as moot.

IT IS, THEREFORE, ORDERED that the Motion of MEVI 78 and Dr. David Allen, Sponsor of Initiative 77, for Leave to Intervene is hereby denied.

IT IS FURTHER ORDERED that the Motion for Rehearing filed by MEVI 78 and Dr. David Allen is hereby dismissed as moot.

IT IS FURTHER ORDERED that the Motion to Strike the Motion for Rehearing filed by Mary Hawkins Butler and the City of Madison is hereby dismissed as moot.

SO ORDERED, this the 30th day of June, 2021.

_____
DAWN H. BEAM, JUSTICE
FOR THE COURT