# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JOHN ROBERT SMITH, SHIRLEY HALL**
**AND GENE WALKER**                                                                                         **PLAINTIFFS**


**VS.**                                                           **Civil Action No. 3:01-cv-855-HTW-DCB**


**DELBERT HOSEMANN, Secretary of State of**
**Mississippi; JIM HOOD, Attorney General for the State of**
**Mississippi; HALEY BARBOUR,**
**Governor of the State of Mississippi; MISSISSIPPI**
**REPUBLICAN EXECUTIVE COMMITTEE; and**
**MISSISSIPPI DEMOCRATIC EXECUTIVE**
**COMMITTEE**                                                                                                 **DEFENDANTS**


**and**


**BEATRICE BRANCH, RIMS BARBER,**
**L.C. DORSEY, DAVID RULE,**
**JAMES WOODWARD, JOSEPH P. HUDSON,**
**and ROBERT NORVEL**
**INTERVENORS**

## CONSOLIDATED WITH

**KELVIN BUCK, ET AL.**                                                                                    **PLAINTIFFS**


**VS.**                                                           **Civil Action No. 3:11-cv-717-HTW-LRA**


**HALEY BARBOUR, ET AL.**                                                                             **DEFENDANTS**

1

### THE MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE'S RESPONSE IN OPPOSITION TO MOTION TO INTERVENE

For the reasons set forth in its separate memorandum brief being filed concurrently herewith, The Mississippi Republican Executive Committee opposes the motion to intervene filed by the group of proposed intervenors [Dkt. #133] and respectfully requests this Court deny that motion.

RESPECTFULLY SUBMITTED, this the 22nd day of November, 2021.

                                        **MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE**

                                        By:   */s/ Michael B. Wallace*
                                                    MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

## **CERTIFICATE OF SERVICE**

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 22nd day of November, 2021.

> */s/ Michael B. Wallace*
> MICHAEL B. WALLACE