MISSISSIPPI LEGISLATURE                                    REGULAR SESSION 2022

By: Representative Beckett                                 To: Rules

HOUSE BILL NO. 384

1  AN ACT TO AMEND SECTION 23-15-1037, MISSISSIPPI CODE OF 1972,
2  TO REAPPORTION THE CONGRESSIONAL DISTRICTS OF MISSISSIPPI; AND FOR
3  RELATED PURPOSES.

4     BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF MISSISSIPPI:

5     **SECTION 1.**  Section 23-15-1037, Mississippi Code of 1972, is

6  amended as follows:

7     23-15-1037.  (1)  The State of Mississippi is hereby divided

8  into * * * four (4) congressional districts below:

9     **FIRST DISTRICT.** — The First Congressional District shall be

10 composed of the following counties and portions of counties:

11    Alcorn, Benton, Calhoun, Chickasaw, Choctaw, Clay, DeSoto,

12 Itawamba, Lafayette, Lee, Lowndes, Marshall, Monroe, Pontotoc,

13 Prentiss, Tate, Tippah, Tishomingo, Union, Webster * * *; * * * in

14 Oktibbeha County, the precincts of Self Creek/Double Springs,

15 Maben and *Sturgis/North Bradley * * *.

16    **SECOND DISTRICT.** — The Second Congressional District shall

17 be composed of the following counties and portions of counties:


EXHIBIT 1

18      Adams, Amite, Attala, Bolivar, Carroll, Claiborne, Coahoma,
19 Copiah, Franklin, Grenada, Holmes, Humphreys, Issaquena,
20 Jefferson, Leake, Leflore, Montgomery, Panola, Quitman, Sharkey,
21 Sunflower, Tallahatchie, Tunica, Warren, Washington, Wilkinson,
22 Yalobusha, Yazoo; * * * in Hinds County Precincts 1, 2, 4, 6, 10,
23 11, 12, 13, *16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29,
24 30, 31, 37, 38, 39, 40, 41, 42, 43, 45, *46, 47, 49, 50, 51, 52,
25 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 67, 68, 69, 70, 71,
26 72, 73, 74, 75, 76, 77, 79, 80, 81, 82, 83, 84 * * *, 85, 86, 87,
27 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, and the precincts of
28 Bolton, Brownsville, Byram 1, Byram 2, Byram 3, Cayuga, Chapel
29 Hill, Clinton 1, Clinton 2, Clinton 3, Clinton 4, Clinton 5,
30 Clinton 6, Clinton 7, Cynthia, Dry Grove, Edwards, Learned, Old
31 Byram, Pine Haven, Pocahontas, Raymond 1, Raymond 2, Spring Ridge,
32 St. Thomas, Terry 1, Terry 2, Tinnin, Utica 1 and Utica 2; * * *
33 in Madison County the precincts of * * * Anderson Lodge, * * *
34 Camden, Cameron, Canton Bible Church, Canton Catholic Parish
35 Center, Canton Community Center, Canton Fire Station #4, *Canton
36 National Guard Armory, Canton South Liberty, Canton St. Paul
37 Methodist, Cedar Grove, *Colonial Heights, Couparle, Farmhaven
38 Fire Station, Greater Mt. Levi Church, Madison County Baptist
39 Family Life Center, Magnolia Heights, * * * Mount Hope, Pleasant
40 Gift Church, Pleasant Green, Tougaloo * * *.
41      **THIRD DISTRICT.** — The Third Congressional District shall be
42 composed of the following counties and portions of counties:

```
43          Clarke, Covington, * * * Jasper, Jefferson Davis, Kemper,
44     Lauderdale, * * * Lawrence, Lincoln, Marion, Neshoba, Newton,
45     Noxubee, * * * Pike, Rankin, Scott, Simpson, Smith, Walthall,
46     Winston; * * * in Hinds County the precincts of 8, 9, 14, *16, 17,
47     32, 33, 34, 35, 36, 44, *46 and 78; in Jones County the precincts
48     of * * * Matthews, Shady Grove, Sharon, * * * and Sandersville
49     Civic Center * * *; * * * in Madison County * * * the precincts of
50     First Presbyterian, *Canton National Guard Armory, China Grove,
51     *Colonial Heights, Fellowship Baptist Church, Ferns Chapel
52     Freewill, First Baptist, Franklin Bible Church, Gluckstadt, Grace
53     Crossing, Highland Colony Baptist Church, Lake Caroline Clubhouse,
54     Mark Apartments, New Life, NorthBay, Parkway Church, Ridgeland
55     First Methodist Church, Ridgeland Recreational Center, SunnyBrook,
56     Trace Ridge, Twin Lakes Baptist, Vertical Church, Victory Baptist
57     Church and Victory Christian; * * * in Oktibbeha County * * * the
58     precincts of Bell Schoolhouse, Center Grove/North Adaton, Central
59     Starkville, Craig Springs/South Bradley, East Starkville, Hickory
60     Grove/Southeast Oktibbeha, Needmore Voting District, North
61     Longview, North Starkville 2, North Starkville 3, Oktoc, Osborn,
62     Sessums, South Adaton, South Longview, South Starkville,
63     *Sturgis/North Bradley and West Starkville * * *.
64          **FOURTH DISTRICT.** — The Fourth Congressional District shall
65     be composed of the following counties and portions of counties:
66          * * * Forrest, George, Greene, Hancock, Harrison, Jackson,
67     Lamar, Pearl River, Perry, Stone, Wayne; * * * in Jones
```

68  County * * * <u>the precincts of Antioch, Blackwell, Bruce, Calhoun,</u>
69  <u>Centerville, County Barn, Currie, Erata, G.V. Harrison</u>
70  <u>Multipurpose Building, Gitano, Glade School, Hebron, Johnson,</u>
71  <u>Landrum Community Center, Lt. Ellis Center, Magnolia Center,</u>
72  <u>Mauldin Community Center, Moselle, Myrick, North Laurel, Oak Park</u>
73  <u>School, Ovett, Parkview Baptist Church, Pinegrove, Pleasant Ridge,</u>
74  <u>Powers Community Center, Rainey, Rustin, Sandhill, Shelton, Soso,</u>
75  <u>Tuckers, Union and West Ellisville</u>.
76  * * *
77       (2)  The boundaries of the congressional districts described
78  in subsection (1) of this section shall be the boundaries of the
79  counties * * * <u>along such congressional district boundaries as the</u>
80  <u>boundaries of such counties existed on January 1, 2022, and the</u>
81  <u>precinct boundaries along such congressional district boundaries</u>
82  <u>as such precinct boundaries are contained in Census Bureau's P.L.</u>
83  <u>94-171 geographic support products provided for use with the</u>
84  <u>September 16th data deliveries officially called the "2020 Census</u>
85  <u>State Redistricting Data (Public Law 94-171) Summary Files."</u>
86       **SECTION 2.**  Partial or split precincts contained in Section 1
87  are identified in Section 1 by an asterisk (*) which shall precede
88  its designation within the description of a district.  The Chair
89  and Vice Chair of the Standing Joint Congressional Redistricting
90  Committee shall file with the Secretary of State the Split
91  Precinct Block List developed in conjunction with the plan
92  contained in this House Bill No. 384, 2022 Regular Session, that

93  details the portions of the partial or split precincts that are
94  contained within a district by census block number, and such
95  document duly filed with the Secretary of State is hereby
96  incorporated into and shall be construed to be an integral part of
97  this House Bill No. 384, 2022 Regular Session.
98      **SECTION 3.**   (1)  This act shall be liberally construed to
99  effectuate the purposes thereof and to redistrict the
100 Congressional Districts of this state in compliance with
101 constitutional requirements.  It is the intent of the Legislature
102 that this act, and the districts described herein, completely
103 encompass all the area within the state. It is also intended that
104 such districts contain all the inhabitants in this state. It is
105 further intended that the redistricting provided for in this House
106 Bill No. 384, 2022 Regular Session, results in the creation of
107 districts which are as close to equal in population as
108 practicable.  It is also intended that no district shall include
109 any of the area included within the description of any other
110 district.
111     (2)  If the districts described in Section 1 do not carry out
112 the purposes thereof, because of unintentional omissions;
113 duplications; overlapping areas; erroneous nomenclature; lack of
114 adequate maps or descriptions of political subdivisions, wards or
115 other divisions thereof, or of their boundary lines, then the
116 Secretary of State, at the request of the Chair or Vice Chair of
117 the Standing Joint Congressional Redistricting Committee shall, by

118  order, correct such omissions, overlaps, erroneous nomenclature or
119  other defects in the description of districts so as to accomplish
120  the purposes and objectives of this House Bill No. 384, 2022
121  Regular Session.

122       (3)  In promulgating such orders, the Secretary of State, in
123  addition to achieving equality in the population of districts and
124  ensuring that all areas of the state are completely and accurately
125  encompassed in such districts, shall be guided by the following
126  standards:

127       (a)  In any instance in which there is a conflict
128  between the description of a district as set out in this House
129  Bill No. 384, 2022 Regular Session, and the map of the
130  Congressional Districts developed by the Standing Joint
131  Congressional Redistricting Committee in conjunction with the
132  adopted redistricting plan, the map shall control; however, in
133  instances in which the map is inconclusive, the criteria set out
134  in paragraphs (b) through (f) shall control House Bill No. 384,
135  2022 Regular Session, and any dispute or issue regarding the
136  composition of any Congressional District;

137       (b)  Gaps in the description of any district shall be
138  completed in a manner which results in a total description of that
139  district in a manner which is consonant with the description of
140  adjacent districts and results in complete contiguity of
141  districts;

142         (c)  Areas of the state included within the descriptions
143  of more than one (1) district shall be allocated to the district
144  having the lowest population;

145         (d)  Areas of the state not included within the
146  descriptions of any district shall be allocated to the adjacent
147  district having the lowest population;

148         (e)  In the event that the area subject to corrected
149  description or allocation as provided in paragraphs (b), (c) and
150  (d) of this subsection is of such size or contains such population
151  that its inclusion as a unit in any district would result in
152  substantial disparity in the size, shape or population of such
153  district, then the Secretary of State may allocate portions of
154  such area to two (2) or more districts; and

155         (f)  In any allocation of area or correction of
156  descriptions made pursuant to this House Bill No. 384, 2022
157  Regular Session, the Secretary of State shall, consistent with the
158  foregoing standards, preserve the contiguity and compactness of
159  districts and avoid the unnecessary division of political
160  subdivisions.

161    (4)  Copies of such orders shall be filed by the Secretary of
162  State in his or her own office and in the offices of the affected
163  election commissioners and registrars.  The Secretary of State may
164  adopt reasonable rules regulating the procedure for applications
165  for orders under this House Bill No. 384, 2022 Regular Session, in
166  the manner of serving and filing any notice or copy of orders

```
167  relating thereto.  Upon the filing of such an order, the
168  description of any affected district shall be deemed to have been
169  corrected in the manner provided in such order to the full extent
170  as if such correction had been contained in the original
171  description set forth in this House Bill No. 384, 2022 Regular
172  Session.
173       SECTION 4.  The Standing Joint Congressional Redistricting
174  Committee is directed to provide all information necessary to
175  assist the counties in identifying the boundaries of the districts
176  described in Section 1.
177       SECTION 5.  The redistricting contained in Section 1 shall
178  supersede any prior redistricting, and any prior redistricting
179  shall be null and void upon the date this House Bill No. 384, 2022
180  Regular Session, is effectuated.
181       SECTION 6.  If any paragraph, sentence, clause, phrase or any
182  part of this bill is declared to be unconstitutional or void or if
183  for any reason is declared to be invalid or of no effect, the
184  remaining paragraphs, sentences, clauses, phrases or parts thereof
185  shall be in no manner affected thereby but shall remain in full
186  force and effect.
187       SECTION 7.  This act shall take effect and be in force from
188  and after its passage.
```