

# U.S. Congressional Districts
## Population Change - 2010 vs 2020

Map prepared by MARIS - 8/13/2021

EXHIBIT 2