## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON, MISSISSIPPI

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HAYLEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and, MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| and | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON and ROBERT NORVEL | INTERVENORS |

**CONSOLIDATED WITH**

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

### NOTICE OF APPEARANCE AS COUNSEL

Please take notice that Matthew Wade Allen of Brunini, Grantham, Grower, & Hewes, PLLC, Post Office Drawer 119, Jackson, Mississippi 39205, this date enters his appearance as counsel for the Mississippi Secretary of State, Michael Watson, and therefore requests that all filings in this matter be served upon him.

Dated:  January 24, 2022.

04038501

        Respectfully submitted,

        **MICHAEL WATSON,**
          **Secretary of State of Mississippi**

        By: */s/ Matthew W. Allen*

OF COUNSEL:
William Trey Jones, III, MSB No. 99185
Matthew W. Allen, MSB No. 101605
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902
tjones@brunini.com
mwallen@brunini.com

*ATTORNEY FOR MICHAEL WATSON,*
 *SECRETARY OF STATE OF MISSISSIPPI*

## CERTIFICATE OF SERVICE

    I, Matthew W. Allen hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    Dated: January 24, 2022

        */s/ Matthew W. Allen*

04038501