# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JOHN ROBERT SMITH, ET AL.**                                                              **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 3:01cv855-HTW-EGJ-DCB**

**ERIC CLARK, Secretary of State of Mississippi;**
**ET AL.**                                                                                **DEFENDANTS**

Consolidated with

**KELVIN BUCK, ET AL.**                                                                    **PLAINTIFFS**

**VS.**

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, ET AL.**                                            **DEFENDANTS**

## THE GOVERNOR'S AND THE ATTORNEY GENERAL'S
## JOINDER IN MOTION TO VACATE AND FOR OTHER RELIEF

The Governor and the Attorney General, sued here in their official capacities,[*] hereby join in the Mississippi Republican Executive Committee's request that the Court establish an expedited schedule and procedure for determining whether to vacate its current injunction and whether 2022 House Bill 384 satisfies all state and federal statutory requirements, as set forth in the MREC's motion to vacate injunction and for other relief, [Dkt. 143]. The Governor and the Attorney General further hereby adopt and incorporate the arguments and grounds for that requested relief set forth in the MREC's motion and supporting memorandum, [Dkt 143, 144].

---

[*] Governor Tate Reeves and Attorney General Lynn Fitch are automatically substituted for their predecessors-in-office as defendant parties. *See* Fed. R. Civ. P. 25(d).

1

A true and correct copy of 2022 House Bill 384, as signed into law by the Governor on January 24, 2022, is affixed hereto as Exhibit "1."

Dated: January 24, 2022

                        Respectfully submitted,

                        LYNN FITCH
                          Attorney General

By:   /s/ Justin L. Matheny
       Justin L. Matheny (Bar No. 100754)
         Deputy Solicitor General
       MISSISSIPPI ATTORNEY GENERAL'S OFFICE
       P.O. Box 220
       Jackson, MS 39205-0220
       Telephone: (601) 359-3680
       justin.matheny@ago.ms.gov

*Counsel for Defendants*
*Governor Tate Reeves and*
*Attorney General Lynn Fitch*