IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHN ROBERT SMITH AND GENE WALKER**
                                       **PLAINTIFFS**

**VS.**                                       **Civil Action No. 3:01-cv-855-HTW-DCB**

**DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE**                                   **DEFENDANTS**

**and**

**BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS**

**CONSOLIDATED WITH**

**KELVIN BUCK, ET AL.**                                      **PLAINTIFFS**

**VS.**                                         **Civil Action No. 3:11-cv-717-HTW-LRA**

**HALEY BARBOUR, ET AL.**                                 **DEFENDANTS**

**PLAINTIFF'S JOINDER IN DEFENDANT'S MOTION TO VACATE INJUNCTION
AND FOR OTHER RELIEF**

COMES NOW, the Plaintiffs, John Robert Smith and Gene Walker ( Plaintiff, Shirley Hall, is now deceased) and file their Joinder to Motion To Vacate Injunction filed by the Mississippi Republican Executive Committee ("Republican Party"), one of the defendants in these

consolidated actions, and respectfully requests that the relief sought therein be granted by the Court and for any further relief as may be requested and granted herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs hereby join in the Motion To Vacate Injunction and For Other Relief filed by the Mississippi Republican Executive Committee and respectfully pray that this Court will establish a schedule and procedure for determining whether to vacate its current injunction and whether Miss. Gen. Laws Ch. ___ (H.B. 384) satisfies all state and federal statutory and constitutional requirements.

RESPECTFULLY SUBMITTED, this the 24th day of January, 2022.

                                                 **JOHN ROBERT SMITH AND GENE WALKER**

By:   */s/ Arthur F. Jernigan, Jr.*
      ARTHUR F. JERNIGAN, JR.

OF COUNSEL:

Arthur F. Jernigan, Jr. (MSB #3092)
JERNIGAN COPELAND PLLC
970 Ebenezer Blvd
Madison, Mississippi 39110
Ph: (601) 427-0021
Fax: (601) 427-0051
*ajernigan@jcalawfirm.com*

**CERTIFICATE OF SERVICE**

I, Arthur F. Jernigan, Jr., attorney for the Plaintiffs, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 24th day of January, 2022.

>    */s/ Arthur F. Jernigan, Jr.*
>    ARTHUR F. JERNIGAN, JR.