# Mississippi
## Congressional Districts
## Current Plan



User:
Plan Name: **MS CD 2020 Current Plan Report**
Plan Type: **Congress**

## Population Summary

Friday, January 28, 2022     2:45 PM

| District | Population | Deviation | % Devn. | [% H18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% LATCVAP19] | [% WHTCVAP19] | [% BLKCVAP19] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 758,233 | 17,913 | 2.42% | 3.06% | 66.57% | 26.68% | 1.76% | 69.44% | 27.61% |
| 2 | 674,491 | -65,829 | -8.89% | 2.05% | 33.15% | 62% | 1.19% | 33.17% | 64.75% |
| 3 | 751,039 | 10,719 | 1.45% | 2.41% | 60.31% | 33% | 1.05% | 61.88% | 35.24% |
| 4 | 777,516 | 37,196 | 5.02% | 4.39% | 68.06% | 21.97% | 2.69% | 72% | 22.97% |

Total Population:     2,961,279
Ideal District Population:     740,320

**Summary Statistics:**

Population Range:     674,491 to 777,516
Ratio Range:     0.15
Absolute Range:     -65,829 to 37,196
Absolute Overall Range:     103,025
Relative Range:     -8.00% to 5.02%
Relative Overall Range:     13.92%
Absolute Mean Deviation:     32,914.25
Relative Mean Deviation:     4.45%
Standard Deviation:     39,219.80

User:
Plan Name: **MS CD 2020 Current Plan Report**
Plan Type: **Congress**

# Population Summary

Tuesday, November 23, 2021                                                                                                       3:03 PM

| District | Population | Deviation | % Devn. | [Dist Area] |
|---|---|---|---|---|
| 1 | 758,233 | 17,913 | 2.42% | 10,732 |
| 2 | 674,491 | -65,829 | -8.89% | 15,926 |
| 3 | 751,039 | 10,719 | 1.45% | 12,896 |
| 4 | 777,516 | 37,196 | 5.02% | 8,909 |

Total Population:            2,961,279
Ideal District Population:   740,320

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 674,491 to 777,516 |
| Ratio Range: | 0.15 |
| Absolute Range: | -65,829 to 37,196 |
| Absolute Overall Range: | 103,025 |
| Relative Range: | -8.00% to 5.02% |
| Relative Overall Range: | 13.92% |
| Absolute Mean Deviation: | 32,914.25 |
| Relative Mean Deviation: | 4.45% |
| Standard Deviation: | 39,219.80 |

User:
Plan Name: **MS CD 2020 Current Plan**
Plan Type: **Congress**

# Measures of Compactness Report

Saturday, January 29, 2022                                                                                                                                    5:10 PM

|          | Reock | Polsby-Popper | Area/Convex Hull |
|----------|-------|---------------|------------------|
| Sum      | N/A   | N/A           | N/A              |
| Min      | 0.26  | 0.15          | 0.63             |
| Max      | 0.54  | 0.40          | 0.88             |
| Mean     | 0.41  | 0.26          | 0.78             |
| Std. Dev.| 0.12  | 0.13          | 0.11             |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|----------|-------|---------------|------------------|
| 1        | 0.47  | 0.34          | 0.81             |
| 2        | 0.38  | 0.15          | 0.78             |
| 3        | 0.26  | 0.16          | 0.63             |
| 4        | 0.54  | 0.40          | 0.88             |

# Measures of Compactness Report

MS CD 2020 Current Plan

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |

User:
Plan Name: **MS CD 2020 Current Plan**
Plan Type: **Congress**

# Political Subdivision Splits Between Districts

Tuesday, November 23, 2021                                                                                                               2:28 PM

Number of subdivisions not split:
County                                                      78
Voting District                                        1,825

Number of subdivisions split into more than one district:
County                                                       4
Voting District                                            9

Number of splits involving no population:
County                                                       0
Voting District                                            3

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 4
*Voting District*
  Cases where an area is split among 2 Districts: 9

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Clarke MS | | 3 | 13,740 |
| Clarke MS | | 4 | 1,875 |
| Hinds MS | | 2 | 196,592 |
| Hinds MS | | 3 | 31,150 |
| Madison MS | | 2 | 25,166 |
| Madison MS | | 3 | 83,979 |
| Oktibbeha MS | | 1 | 3,111 |
| Oktibbeha MS | | 3 | 48,677 |
| *Split VTDs:* | | | |
| Hinds MS | 16 | 2 | 1,864 |
| Hinds MS | 16 | 3 | 510 |
| Hinds MS | 46 | 2 | 2,306 |
| Hinds MS | 46 | 3 | 2,151 |
| Madison MS | Canton Fire Station #4 | 2 | 616 |
| Madison MS | Canton Fire Station #4 | 3 | 0 |
| Madison MS | Canton National Guard Armory | 2 | 473 |
| Madison MS | Canton National Guard Armory | 3 | 1,135 |
| Madison MS | Cedar Grove | 2 | 302 |
| Madison MS | Cedar Grove | 3 | 0 |
| Madison MS | Colonial Heights | 2 | 80 |
| Madison MS | Colonial Heights | 3 | 3,356 |
| Madison MS | Pleasant Gift Church | 2 | 1,414 |

**Political Subdivision Splits Between Districts**  MS CD 2020 Current Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Madison MS | Pleasant Gift Church | 3 | 0 |
| Oktibbeha MS | Center Grove/North Adaton | 1 | 563 |
| Oktibbeha MS | Center Grove/North Adaton | 3 | 408 |
| Oktibbeha MS | Craig Springs/South Bradley | 1 | 94 |
| Oktibbeha MS | Craig Springs/South Bradley | 3 | 278 |