# Mississippi
## Congressional Districts
## HB384 Plan



**Legend**

Current Plan
County

**DISTRICT**
01
02
03
04

EXHIBIT B

Source:
U.S. Census Bureau 2020 Census Data;
Mississippi Automated Resource Information System

Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 1/28/2023

User: **Tony Fairfax**
Plan Name: **MS CD HB384 Plan**
Plan Type: **Congressional Districts**

# Population Summary

Friday, January 28, 2022                                                                                                    2:14 PM

| District | Population | Deviation | % Devn. | [% H18+ _Pop] | [% NH18+ _Wht] | [% NH18+ _Blk] | [% LATCVAP19] | [% WHTCVAP19] | [% BLKCVAP19] |
|----------|-----------|-----------|---------|---------------|----------------|----------------|---------------|---------------|---------------|
| 01 | 740,319 | -1 | 0.00% | 3.11% | 66.94% | 26.23% | 1.78% | 69.92% | 27.13% |
| 02 | 740,319 | -1 | 0.00% | 2.09% | 34.35% | 60.78% | 1.17% | 34.24% | 63.74% |
| 03 | 740,320 | 0 | 0.00% | 2.38% | 61.62% | 31.67% | 1.06% | 63.47% | 33.57% |
| 04 | 740,321 | 1 | 0.00% | 4.48% | 68.24% | 21.57% | 2.78% | 72.19% | 22.6% |

| | |
|---|---|
| Total Population: | 2,961,279 |
| Ideal District Population: | 740,320 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 740,319 to 740,321 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.75 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |

User: **Tony Fairfax**
Plan Name: **MS CD HB384 Plan**
Plan Type: **Congressional Districts**

# Population Summary

Friday, January 28, 2022                                                              2:19 PM

| District | Population | Deviation | % Devn. | [Dist Area] |
|----------|-----------|-----------|---------|-------------|
| 01 | 740,319 | -1 | 0.00% | 10,097 |
| 02 | 740,319 | -1 | 0.00% | 18,414 |
| 03 | 740,320 | 0 | 0.00% | 11,831 |
| 04 | 740,321 | 1 | 0.00% | 8,122 |

| | |
|---|---|
| Total Population: | 2,961,279 |
| Ideal District Population: | 740,320 |

## Summary Statistics:

| | |
|---|---|
| Population Range: | 740,319 to 740,321 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.75 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |

**Maptitude**
For Redistricting

User: **Tony Fairfax**
Plan Name: **MS CD HB384 Plan**
Plan Type: **Congressional Districts**

# Measures of Compactness Report

Saturday, January 29, 2022 | 4:23 PM

|  | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| Sum | N/A | N/A | N/A |
| Min | 0.30 | 0.13 | 0.69 |
| Max | 0.57 | 0.46 | 0.93 |
| Mean | 0.42 | 0.30 | 0.79 |
| Std. Dev. | 0.12 | 0.15 | 0.11 |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| 01 | 0.47 | 0.38 | 0.82 |
| 02 | 0.30 | 0.13 | 0.73 |
| 03 | 0.35 | 0.24 | 0.69 |
| 04 | 0.57 | 0.46 | 0.93 |

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |

User: **Tony Fairfax**
Plan Name: **MS CD HB384 Plan**
Plan Type: **Congressional Districts**

# Political Subdivision Splits Between Districts

Friday, January 28, 2022                                                                2:07 PM

Number of subdivisions not split:
County                                    78
Voting District                        1,829

Number of subdivisions split into more than one district:
County                                     4
Voting District                            5

Number of splits involving no population:
County                                     0
Voting District                            0

## Split Counts

*County*
  Cases where an area is split among 2 Districts: 4
*Voting District*
  Cases where an area is split among 2 Districts: 5

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Hinds MS | | 02 | 203,900 |
| Hinds MS | | 03 | 23,842 |
| Jones MS | | 03 | 10,879 |
| Jones MS | | 04 | 56,367 |
| Madison MS | | 02 | 25,166 |
| Madison MS | | 03 | 83,979 |
| Oktibbeha MS | | 01 | 2,911 |
| Oktibbeha MS | | 03 | 48,877 |
| *Split  VTDs:* | | | |
| Hinds MS | 16 | 02 | 1,321 |
| Hinds MS | 16 | 03 | 1,053 |
| Hinds MS | 46 | 02 | 2,306 |
| Hinds MS | 46 | 03 | 2,151 |
| Madison MS | Canton National Guard Armory | 02 | 473 |
| Madison MS | Canton National Guard Armory | 03 | 1,135 |
| Madison MS | Colonial Heights | 02 | 80 |
| Madison MS | Colonial Heights | 03 | 3,356 |
| Oktibbeha MS | Sturgis/North Bradley | 01 | 1,353 |
| Oktibbeha MS | Sturgis/North Bradley | 03 | 21 |