

November 30, 2021

To:    Mississippi Joint Legislative Redistricting Committee

From:  Mississippi State Conference NAACP

Re: Congressional Reapportionment

Every ten years, the State of Mississippi begins the redistricting process.  Redistricting is one of the most critical aspects of our democracy.  It determines our power as voters to elect public officials that will represent the interests of our communities.  Therefore, it is important that the State of Mississippi engages in a redistricting process that is fair and transparent.

The Mississippi NAACP has been monitoring the redistricting process from the beginning to ensure fair and equitable representation for Mississippians. As the state faces structural challenges that could disproportionately affect marginalized communities, the Mississippi NAACP has developed a map proposal for considersaiton by the committee for Congressional lines.  The maps attached ensures all Mississippi voters are represented in the voting process, gives special consideration to compactness of congressional districts, and meets all federal and state laws including Section II of the Voting Rights Act and the U.S. Constitution.

Sincerely,

Cory Wggs

Dr. Corey Wiggins
Executive Director
Mississippi State Conference NAACP

EXHIBIT
C

# Mississippi
## Congressional Districts
## Plan A1 - Areas Added or Removed



**Legend**
- – – County
- Changes
- — Current Plan

**Plan A1 Final**
**DISTRICT**
- 1
- 2
- 3
- 4

Source:
U.S. Census Bureau 2020 Census Data

Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 11/17/2021

User: **Tony Fairfax**
Plan Name: **MS CD 2020 Plan A1 Final**
Plan Type: **Congressional Districts**

# Population Summary

Wednesday, November 17, 2021                                                                                          10:45 AM

| District | Population | Deviation | % Devn. | [% H18+_Pop] | [% NH18+_Wht] | [% NH18+_Blk] | [% LATCVAP19] | [% WHTCVAP19] | [% BLKCVAP19] |
|----------|-----------|-----------|---------|--------------|---------------|---------------|---------------|---------------|---------------|
| 1 | 740,319 | -1 | 0.00% | 3.11% | 66.74% | 26.42% | 1.78% | 69.74% | 27.34% |
| 2 | 740,319 | -1 | 0.00% | 2.19% | 35.37% | 59.42% | 1.22% | 35.71% | 62.11% |
| 3 | 740,320 | 0 | 0.00% | 2.26% | 60.75% | 32.92% | 1% | 62.12% | 35.08% |
| 4 | 740,321 | 1 | 0.00% | 4.49% | 68.28% | 21.5% | 2.79% | 72.21% | 22.56% |

Total Population:                      2,961,279
Ideal District Population:             740,320

## Summary Statistics:

Population Range:                      740,319 to 740,321
Ratio Range:                           0.00
Absolute Range:                        -1 to 1
Absolute Overall Range:                2
Relative Range:                        0.00% to 0.00%
Relative Overall Range:                0.00%
Absolute Mean Deviation:               0.75
Relative Mean Deviation:               0.00%
Standard Deviation:                    0.83

User:
Plan Name: **MS CD 2020 Current Plan**
Plan Type: **Congress**

# Population Summary

Tuesday, November 9, 2021                                                                 9:43 AM

| District | Population | Deviation | % Devn. | [% H18+ _Pop] | [% NH18+ _Wht] | [% 18+ _AP_Blk] | [% LATCVAP19] | [% WHTCVAP19] | [% BLKCVAP19] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 758,233 | 17,913 | 2.42% | 3.06% | 66.57% | 27.51% | 1.76% | 69.44% | 27.61% |
| 2 | 674,491 | -65,829 | -8.89% | 2.05% | 33.15% | 63.37% | 1.19% | 33.17% | 64.75% |
| 3 | 751,039 | 10,719 | 1.45% | 2.41% | 60.31% | 33.92% | 1.05% | 61.88% | 35.24% |
| 4 | 777,516 | 37,196 | 5.02% | 4.39% | 68.06% | 23.04% | 2.69% | 72% | 22.97% |

Total Population:                    2,961,279
Ideal District Population:           740,320

## Summary Statistics:

| | |
|---|---|
| Population Range: | 674,491 to 777,516 |
| Ratio Range: | 0.15 |
| Absolute Range: | -65,829 to 37,196 |
| Absolute Overall Range: | 103,025 |
| Relative Range: | -8.00% to 5.02% |
| Relative Overall Range: | 13.92% |
| Absolute Mean Deviation: | 32,914.25 |
| Relative Mean Deviation: | 4.45% |
| Standard Deviation: | 39,219.80 |

**Maptitude**
For Redistricting

# Mississippi
## Congressional Districts
## Hinds-Madison County Zoom
## Plan A1



# Mississippi
## Congressional Districts
## Hinds-Madison County Zoom
## Plan A1



Legend

- - - County
VTDs
Plan A1
New Areas

Source:
U.S. Census Bureau 2020 Census Data

Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 10/10/2021

# Mississippi
## Congressional Districts
## Fellowship Bible Church Precinct Madison Add-on Zoom
## Plan A1



Legend

- County
- VTDs
- Plan A1
- New Areas

Source:
U.S. Census Bureau 2020 Census Data
Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 11/9/2021

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community

# Mississippi
## Congressional Districts
## Fellowship Bible Church Precinct Madison Add-on Zoom
## Plan A1



# Mississippi
## Congressional Districts
## N. East Hinds-on Add-on Zoom
## Plan A1



### Legend

- - - - County
VTDs
Plan A1
New Areas

Source:
U.S. Census Bureau 2020 Census Data
Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 11/9/2021
Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan,
Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand),
NGCC, (c) OpenStreetMap contributors, and the GIS User Community

# Mississippi
## Congressional Districts
## N. East Hinds-on Add-on Zoom
## Current Plan A1



# Mississippi
## Congressional Districts
## S. West Madison County Add-on Zoom
## Plan A1



### Legend
- ⌐ ¬ County
- ☐ VTDs
- ▬ Plan A1
- 🟩 New Areas

Source:
U.S. Census Bureau 2020 Census Data
Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0  Date: 11/9/2021

# Mississippi
## Congressional Districts
## S. West Madison County Add-on Zoom
## Plan A1



# Mississippi
## Congressional Districts
## S. East Madison County Add-on Zoom
## Plan A1



### Legend

- **County** — red dashed line
- **VTDs** — white
- **Plan A1** — black line
- **New Areas** — green

Source:
U.S. Census Bureau 2020 Census Data
Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0 Date: 11/9/2021

# Mississippi
## Congressional Districts
## S. East Madison County Add-on Zoom
## Plan A1



# Mississippi

## Congressional Districts 1 & 3

## Plan A1 - Oktibbeha - Winston Zoom

Source:
U.S. Census Bureau 2020 Census Data

Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0, Date: 11/17/2021

Sources: Esri, HERE, Garmin, USGS, Intermap, INCREMENT P, NRCan, Esri Japan, METI, Esri China (Hong Kong), Esri Korea, Esri (Thailand), NGCC, (c) OpenStreetMap contributors, and the GIS User Community



# Mississippi
## Congressional Districts 3 & 4
## Plan A1 - Clarke Zoom



# Mississippi
## Congressional Districts 3 & 4
## Plan A1 - Jones Zoom

Legend
- Areas Changed
- Current Plan
- County

**Plan A1 Final**

**District**
- 1
- 2
- 3
- 4

Source:
U.S. Census Bureau 2020 Census Data

Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0 Date: 11/17/2021



# Mississippi
## Congressional Districts 3 & 4
## Plan A1 - Marion Zoom



Legend

- Areas Changed
- Current Plan
- County

Plan A1 Final
District
- 1
- 2
- 3
- 4

Source:
U.S. Census Bureau 2020 Census Data
Prepared by: Tony Fairfax, CensusChannel LLC
Map Version: 1.0 Date: 11/17/2021

User:
Plan Name: **MS CD 2020 Current Plan Report**
Plan Type: **Congress**

# Population Summary

Tuesday, November 23, 2021                                                                 3:03 PM

| District | Population | Deviation | % Devn. | [Dist Area] |
|----------|-----------|-----------|---------|-------------|
| 1 | 758,233 | 17,913 | 2.42% | 10,732 |
| 2 | 674,491 | -65,829 | -8.89% | 15,926 |
| 3 | 751,039 | 10,719 | 1.45% | 12,896 |
| 4 | 777,516 | 37,196 | 5.02% | 8,909 |

Total Population:           2,961,279
Ideal District Population:  740,320

## Summary Statistics:

| | |
|---|---|
| Population Range: | 674,491 to 777,516 |
| Ratio Range: | 0.15 |
| Absolute Range: | -65,829 to 37,196 |
| Absolute Overall Range: | 103,025 |
| Relative Range: | -8.00% to 5.02% |
| Relative Overall Range: | 13.92% |
| Absolute Mean Deviation: | 32,914.25 |
| Relative Mean Deviation: | 4.45% |
| Standard Deviation: | 39,219.80 |

User: **Tony Fairfax**
Plan Name: **MS CD 2020 Plan A1 Final Rpt**
Plan Type: **SC Congressional Districts**

# Population Summary

Tuesday, November 23, 2021                                                     3:08 PM

| District | Population | Deviation | % Devn. | [Dist Area] |
|----------|-----------|-----------|---------|-------------|
| 1 | 740,319 | -1 | 0.00% | 10,026 |
| 2 | 740,319 | -1 | 0.00% | 16,055 |
| 3 | 740,320 | 0 | 0.00% | 14,295 |
| 4 | 740,321 | 1 | 0.00% | 8,087 |

Total Population:            2,961,279
Ideal District Population:   740,320

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 740,319 to 740,321 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.75 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |

User:
Plan Name: **MS CD 2020 Current Plan**
Plan Type: **Congress**

# Political Subdivision Splits Between Districts

Tuesday, November 23, 2021                                                                2:28 PM

Number of subdivisions not split:
County                              78
Voting District                  1,825

Number of subdivisions split into more than one district:
County                               4
Voting District                      9

Number of splits involving no population:
County                               0
Voting District                      3

### Split Counts

*County*
    Cases where an area is split among 2 Districts: 4
*Voting District*
    Cases where an area is split among 2 Districts: 9

| County | Voting District | District | Population |
|--------|-----------------|----------|------------|
| *Split  Counties:* | | | |
| Clarke MS | | 3 | 13,740 |
| Clarke MS | | 4 | 1,875 |
| Hinds MS | | 2 | 196,592 |
| Hinds MS | | 3 | 31,150 |
| Madison MS | | 2 | 25,166 |
| Madison MS | | 3 | 83,979 |
| Oktibbeha MS | | 1 | 3,111 |
| Oktibbeha MS | | 3 | 48,677 |
| *Split  VTDs:* | | | |
| Hinds MS | 16 | 2 | 1,864 |
| Hinds MS | 16 | 3 | 510 |
| Hinds MS | 46 | 2 | 2,306 |
| Hinds MS | 46 | 3 | 2,151 |
| Madison MS | Canton Fire Station #4 | 2 | 616 |
| Madison MS | Canton Fire Station #4 | 3 | 0 |
| Madison MS | Canton National Guard Armory | 2 | 473 |
| Madison MS | Canton National Guard Armory | 3 | 1,135 |
| Madison MS | Cedar Grove | 2 | 302 |
| Madison MS | Cedar Grove | 3 | 0 |
| Madison MS | Colonial Heights | 2 | 80 |
| Madison MS | Colonial Heights | 3 | 3,356 |
| Madison MS | Pleasant Gift Church | 2 | 1,414 |

**Maptitude**
For Redistricting

## Political Subdivision Splits Between Districts

MS CD 2020 Current Plan

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| Madison MS | Pleasant Gift Church | 3 | 0 |
| Oktibbeha MS | Center Grove/North Adaton | 1 | 563 |
| Oktibbeha MS | Center Grove/North Adaton | 3 | 408 |
| Oktibbeha MS | Craig Springs/South Bradley | 1 | 94 |
| Oktibbeha MS | Craig Springs/South Bradley | 3 | 278 |

User: **Tony Fairfax**
Plan Name: **MS CD 2020 Plan A1 Final Rpt**
Plan Type: **SC Congressional Districts**

# Political Subdivision Splits Between Districts

Tuesday, November 23, 2021                                                                    3:08 PM

Number of subdivisions not split:
County                                          79
Voting District                              1,828

Number of subdivisions split into more than one district:
County                                           3
Voting District                                  6

Number of splits involving no population:
County                                           0
Voting District                                  3

### Split Counts

*County*
   Cases where an area is split among 2 Districts: 3
*Voting District*
   Cases where an area is split among 2 Districts: 6

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Jones MS | | 3 | 10,879 |
| Jones MS | | 4 | 56,367 |
| Madison MS | | 2 | 59,844 |
| Madison MS | | 3 | 49,301 |
| Winston MS | | 1 | 2,911 |
| Winston MS | | 3 | 14,803 |
| *Split  VTDs:* | | | |
| Jones MS | Blackwell | 3 | 66 |
| Jones MS | Blackwell | 4 | 49 |
| Madison MS | Canton Fire Station #4 | 2 | 616 |
| Madison MS | Canton Fire Station #4 | 3 | 0 |
| Madison MS | Cedar Grove | 2 | 302 |
| Madison MS | Cedar Grove | 3 | 0 |
| Madison MS | Grace Crossing | 2 | 2,767 |
| Madison MS | Grace Crossing | 3 | 3,655 |
| Madison MS | Pleasant Gift Church | 2 | 1,414 |
| Madison MS | Pleasant Gift Church | 3 | 0 |
| Winston MS | Shiloh | 1 | 64 |
| Winston MS | Shiloh | 3 | 571 |

User: **Tony Fairfax**
Plan Name: **MS CD 2020 Plan A1 Final Rpt**
Plan Type: **SC Congressional Districts**

# Political Subdivision Splits Between Districts

Tuesday, November 23, 2021                                                              3:20 PM

Number of subdivisions not split:
County                              79
Voting District                     1,831

Number of subdivisions split into more than one district:
County                              3
Voting District                     3

Number of splits involving no population:
County                              0
Voting District                     0

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 3
*Voting District*
  Cases where an area is split among 2 Districts: 3

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Jones MS | | 3 | 10,879 |
| Jones MS | | 4 | 56,367 |
| Madison MS | | 2 | 59,844 |
| Madison MS | | 3 | 49,301 |
| Winston MS | | 1 | 2,911 |
| Winston MS | | 3 | 14,803 |
| *Split VTDs:* | | | |
| Jones MS | Blackwell | 3 | 66 |
| Jones MS | Blackwell | 4 | 49 |
| Madison MS | Grace Crossing | 2 | 2,767 |
| Madison MS | Grace Crossing | 3 | 3,655 |
| Winston MS | Shilioh | 1 | 64 |
| Winston MS | Shilioh | 3 | 571 |