IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT

SMITH, et. al                                            PLAINTIFFS

vs

CLARK, et. al                                            DEFENDANT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 01 2022
BY ARTHUR JOHNSTON DEPUTY

3:01-cv-00855-HTW-EGJ-DCB

## NOTICE OF WITHDRAWAL

Now comes, Deborah McDonald and files this her Notice of Withdrawal pursuant to Federal and State of Mississippi Codes of Attorney and Judicial Codes of Conduct and would show in support of the Notice of Withdrawal the following to wit:

1. I am no longer able to serve as counsel for the Plaintiffs in this case because I was elected November 27, 2018 as judge of the Mississippi Court of Appeals and as such am not in the practice of law. I took office in January of 2019.

2. In addition, this matter was dismissed in 2011. I have had no further contact with my clients.

3. Under Federal and State Ethical Rules and Codes of Conduct, I herby request that this honorable Court accept my withdrawal.

This the 1st day of February, 2022.

Smith, et.al, Plaintiffs

Respectfully submitted

By: /s/ DEBORAH McDONALD   MSB 2384
FORMER ATTORNEY FOR THE PLAINTIFF
P.O. BOX 211
FAYETTE, MS 39069
attorneydmc@bellsouth.net

## CERTIFICATE OF SERVICE

I, have hereby hand delivered a copy of the Notice of Withdrawal to Mr. Arthur S. Johnston, III, Clerk of Courts for the United District Court for the Southern District of Mississippi for electronic filing to all counsel of record.

This the 1st day of February, 2022.

By: /s/ DEBORAH McDONALD   MSB 2384
FORMER ATTORNEY FOR THE PLAINTIFF
P.O. BOX 211
FAYETTE, MS 39069
attorneydmc@bellsouth.net