# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**JOHN ROBERT SMITH, SHIRLEY HALL**
**AND GENE WALKER**                                                  **PLAINTIFFS**

**v.**                           **CIVIL ACTION NO: 3:01-cv-855-HTW-DCB-EGJ**

**DELBERT HOSEMAN, Secretary of State of**
**Mississippi; JIM HOOD, Attorney General for the State of**
**Mississippi; HALEY BARBOUR,**
**Governor of the State of Mississippi; MISSISSIPPI**
**REPUBLICAN EXECUTIVE COMMITTEE; and**
**MISSISSIPPI DEMOCRATIC EXECUTIVE**
**COMMITTEE**                                                    **DEFENDANTS**

**and**

**BEATRICE BRANCH, RIMS BARBER,**
**L.C. DORSEY, DAVID RULE,**
**JAMES WOODWARD, JOSEPH P. HUDSON,**
**and ROBERRT NORVEL**
**INTERVENORS**

### CONSOLIDATED WITH

**KELVIN BUCK, ET AL.**                                           **PLAINTIFFS**

**v.**                           **CIVIL ACTION NO: 3:11-cv-717-HTW-LGI**

**HALEY BARBOUR, ET AL.**

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that E. Carlos Tanner, III, Esq. hereby enters his appearance as co-counsel for the above-named Plaintiffs in the above-styled and -numbered cause.

E. CARLOS TANNER, III, ESQ.
TANNER & ASSOCIATES, LLC
Post Office Box 3709
Jackson, Mississippi 39207
carlos.tanner@thetannerlawfirm.com
601.460.1745 (Telephone)
662.796.3509 (Facsimile)

Service of all pleadings, papers, documents, and evidence required to be served in this action should be served on the undersigned appearing co-counsel.

**RESPECTFULLY SUBMITTED**, on this, the 2nd day of February, 2022.

                                    *s/E. Carlos Tanner, III, Esq.*
                                    E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
                                    TANNER & ASSOCIATES, LLC
                                    263 East Pearl Street
                                    Jackson, Mississippi 39201
                                    carlos.tanner@thetannerlawfirm.com
                                    601.460.1745 (telephone)
                                    662.796.3509 (facsimile)

                                    FOR THE PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I, E. Carlos Tanner, III, do hereby certify that on this date, February 2, 2022, I have electronically filed the foregoing Entry of Appearance with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

ON THIS, the 2nd day of February, 2022.

> By: */s/ E. Carlos Tanner, III*
> E. Carlos Tanner, III, Esq. (MS Bar No. 102713)
> TANNER & ASSOCIATES, LLC
> Post Office Box 3709
> Jackson, Mississippi 39207
> carlos.tanner@thetannerlawfirm.com
> 601.460.1745 (telephone)
> 662.796.3509 (facsimile)