IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | PLAINTIFFS |
| VS. | Civil Action No. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |

and

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS

CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | Civil Action No. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

EXHIBIT 1

## DECLARATION OF TAYLOR LEWIS

1. My name is Taylor "Tate" Lewis. I am above the age of eighteen, of sound mind, and fully competent to make this declaration. I am a resident citizen of Hinds County, Mississippi.

2. I serve as the Executive Director of the Mississippi Republican Party. The Mississippi Republican Party has been registering individuals who have sought qualification to run as a Republican for any one of Mississippi's four congressional seats in advance of the March 1, 2022 qualifying deadline for such candidates.

3. As of February 14, 2022, ten individuals have registered to run as Republicans for election as one of Mississippi's four members of Congress. Those individuals and where they live are listed as follows:

   a. 1st Congressional District
      i. Trent Kelly of Saltillo, Mississippi
   b. 2nd Congressional District
      i. Michael Carson of Terry, Mississippi
      ii. Brian Flowers of Clinton, Mississippi
      iii. Ronald Eller of Raymond, Mississippi
   c. 3rd Congressional District
      i. Michael Guest of Brandon, Mississippi
   d. 4th Congressional District
      i. Brice Wiggins of Pascagoula, Mississippi
      ii. Raymond Brooks of Gulfport, Mississippi
      iii. Mike Ezell of Pascagoula, Mississippi

      iv. Clay Wagner of Kiln, Mississippi

      v. Steven Palazzo of Gulfport, Mississippi

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

*[signature]*
TAYLOR LEWIS