# FEC FORM 2
## STATEMENT OF CANDIDACY

| 1. (a) Name of Candidate (in full)<br>KELLY, JOHN TRENT, , , | | |
|---|---|---|
| (b) Address (number and street)<br>438 EAST MAIN STREET | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>H6MS01131 |
| (c) City, State, and ZIP Code<br>TUPELO                  MS      38804 | | 3. Is This<br>Statement   ☒ New<br>(N)   **OR**   ☐ Amended<br>(A) |
| 4. Party Affiliation<br>REPUBLICAN PARTY | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS        01 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the _____2022_____ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
### KELLY FOR CONGRESS

(b) Address (number and street)
5221-A CLIFF GOOKIN BLVD

**EXHIBIT**
**2**

(c) City, State, and ZIP Code

TUPELO                                    MS        38801

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)
### TRENT'S TROOPS PAC

(b) Address (number and street)
5221-A CLIFF GOOKIN BOULEVARD

(c) City, State, and ZIP Code

TUPELO                                    MS        38801

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate<br>*KELLY, JOHN TRENT, , ,*        *[Electronically Filed]* | Date<br>01/08/2021 |
|---|---|

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

**Optional Supplemental Page for Designation
of Additional Authorized Committees**

FEC **Form 2S** (Revised 02/2017)

Page ___2___ of _2_

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

GT FARM TEAM III

(b) Address (number and street)
PO BOX 30844
SUITE 401

(c) City, State, and ZIP Code

BETHESDA      MD      20824

---

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

KELLY JOINT FUNDRAISING COMMITTEE

(b) Address (number and street)
5221-A CLIFF GOOKIN BOULEVARD

(c) City, State, and ZIP Code

TUPELO      MS      38801

---

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

---

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1. (a) Name of Candidate (in full)<br>MCCAY, JAMES, Marion, Mr., Jr. | | |
| (b) Address (number and street)<br>326 Hwy 2 NE  ☐ Check if address changed | | 2. Candidate's FEC Identification Number<br>H2MS01122 |
| (c) City, State, and ZIP Code<br>Corinth                    MS     38834 | | 3.  Is This<br>Statement  ☒ New<br>(N)  **OR**  ☐ Amended<br>(A) |
| 4. Party Affiliation<br>OTHER | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS        01 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7.  I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

## Committee for NDA

(b) Address (number and street)
326 Hwy 2 NE

(c) City, State, and ZIP Code

Corinth                                        MS        38834

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8.  I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *McCay, James, Marion, Mr., Jr.*      *[Electronically Filed]* | 02/10/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202104039443060918

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1. (a) Name of Candidate (in full) | | |
| Avery, Hunter, Kyle, Mr., | | |

| (b) Address (number and street) | ☐ Check if address changed | 2. Candidate's FEC Identification Number |
|---|---|---|
| 329 2nd St, Apt. 9 P.O. Box 1477 | | H2MS01130 |

| (c) City, State, and ZIP Code | | | 3. Is This Statement | ☒ New (N) **OR** | ☐ Amended (A) |
|---|---|---|---|---|---|
| Belmont | MS | 38827 | | | |

| 4. Party Affiliation | 5. Office Sought | 6. State & District of Candidate |
|---|---|---|
| DEMOCRATIC PARTY | House | MS     01 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

### Hunter Avery Congressional Committee

(b) Address (number and street)
329 2nd St, Apt. 9
P.O. Box 1477

(c) City, State, and ZIP Code

Belmont                              MS          38827

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | | Date |
|---|---|---|
| *Avery, Hunter, Kyle, Mr.,* | *[Electronically Filed]* | 04/03/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2
## STATEMENT OF CANDIDACY

RECEIVED
FEC MAIL CENTER

2021 OCT 14  PM 12: 32

1. (a) Name of Candidate (in full)
   *Gerald M Kerner*

   (b) Address (number and street)   ☐ Check if address changed
   *201 West Main Street*

   (c) City, State, and ZIP Code
   *Clinton MS 39056*

2. FEC Candidate Identification Number
   *To be assigned*

3. Is This     ☒ New        OR  ☐ Amended
   Statement      (N)              (A)

4. Party Affiliation
   *Democrat*

5. Office Sought
   *House*

6. State & District of Candidate
   *MS - 02*

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the *2022* election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   *Kerner For Congress Committee*

   (b) Address (number and street)
   *201 West Main Street*

   (c) City, State, and ZIP Code
   *Clinton MS 39056*

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.
   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

Signature of Candidate
*Gerald M Kerner*

Date
*Oct 5, 2021*

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 52 U.S.C. §30109.

9-00068

**Optional Supplemental Page for Designation
of Additional Authorized Committees**

Page ___ of ___

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy. **NOTE**: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

202110-15 03:00388207

Form 2

**Kerner For Congress Committee**
**www.Kerner4Congress.com**
201 West Main Street
Clinton, MS  39056

20463-

Federal Election Commission
1050 First St   NE
Washington DC
20463

JACKSON MS  390
5 OCT 2021   PM 3

RECEIVED
DC MAIL CENTER
2021 OCT 14  PM12: 32

Federal Election Commission
**ENVELOPE REPLACEMENT PAGE FOR INCOMING DOCUMENTS**
The FEC added this page to the end of this filing to indicate how it was received.

| | | |
|---|---|---|
| ☐ Hand Delivered | | Date of Receipt |
| ☒ USPS First Class Mail | Postmarked  *10/5/21* | Date of Receipt  *10/14/21* |
| ☐ USPS Registered/Certified | | Postmarked (R/C) |
| ☐ USPS Priority Mail | | Postmarked |
| ☐ USPS Priority Mail Express | | Postmarked |
| ☐ Postmark Illegible | | |
| ☐ No Postmark | | |
| ☐ Overnight Delivery Service (Specify): | Next Business Day Delivery ☐ | Shipping Date |
| ☐ Received from House Records & Registration Office | | Date of Receipt |
| ☐ Received from Senate Public Records Office | | Date of Receipt |
| ☐ Received from Electronic Filing Office | | Date of Receipt |
| ☐ Other (Specify): | | Date of Receipt or Postmarked |

PREPARER

DATE PREPARED  *10/15/21*

(3/2015)

# FEC FORM 2
## STATEMENT OF CANDIDACY

| 1. (a) Name of Candidate (in full) <br> FLOWERS, BRIAN WESLEY, , , | | |
|---|---|---|
| (b) Address (number and street) <br> 127 MARION DR. | ☒ Check if address changed | 2. Candidate's FEC Identification Number <br> H0MS02082 |
| (c) City, State, and ZIP Code <br> CLINTON    MS    39056 | | 3.  Is This <br> Statement  ☒ New <br> (N)   **OR**   ☐ Amended <br> (A) |
| 4. Party Affiliation <br> Rep | 5. Office Sought <br> House | 6. State & District of Candidate <br> MS    02 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ____2022____ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

## FLOWERS FOR CONGRESS

(b) Address (number and street)
P.O. Box 607

(c) City, State, and ZIP Code

CLINTON                                          MS        39056

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate <br> *FLOWERS, BRIAN WESLEY, , ,*     *[Electronically Filed]* | Date <br> 04/21/2021 |
|---|---|

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | |
|---|---|
| 1. (a) Name of Candidate (in full)<br>Keuneke, Jeffrey, Lynn, Mr, | |

| (b) Address (number and street)<br>111 Suzanne Cove | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>H2MS02153 |
|---|---|---|

| (c) City, State, and ZIP Code<br>Clinton          MS      39056 | 3.  Is This<br>Statement | ☒ New<br>(N) | **OR** | ☐ Amended<br>(A) |
|---|---|---|---|---|

| 4. Party Affiliation<br>REPUBLICAN PARTY | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS        02 |
|---|---|---|

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7.  I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

### Keuneke for Congree

(b) Address (number and street)
111 Suzanne Cove

(c) City, State, and ZIP Code

Clinton                                        MS        39056

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8.  I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate<br>*Keuneke, Jeffrey, , Mr,*          *[Electronically Filed]* | Date<br>12/08/2020 |
|---|---|

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   Thompson, Bennie, G., ,

(b) Address (number and street)      ☒ Check if address changed
   103 L.C. Turner Circle

2. Candidate's FEC Identification Number
   H4MS02068

(c) City, State, and ZIP Code
   Bolton            MS      39041-9634

3. Is This Statement   ☒ New (N)   **OR**   ☐ Amended (A)

4. Party Affiliation
   DEMOCRATIC PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS      02

---

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the __2022__ election(s).
   (year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
   **Friends of Bennie Thompson**

(b) Address (number and street)
   PO Box 100

(c) City, State, and ZIP Code
   Bolton                    MS        39041-0100

---

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

Signature of Candidate
*Thompson, Bennie, G., ,*
*[Electronically Filed]*

Date
02/22/2021

---

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

: 97 A=G7 9 @@5 B9 CI G H9 L H F9 @5 H98 HC 5 F9 DCF H Z G7 < 98 I @9 CF =H9 A =N5 H=CB

**Form/Schedule:** F2N
**Transaction ID :**

**Form/Schedule:**
**Transaction ID:**

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   GUEST, MICHAEL PATRICK, , ,

| (b) Address (number and street)<br>POST OFFICE BOX 470 | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>H8MS03125 |
|---|---|---|

| (c) City, State, and ZIP Code<br>BRANDON          MS     39043 | 3. Is This<br>Statement | ☒ New<br>(N) | OR | ☐ Amended<br>(A) |
|---|---|---|---|---|

| 4. Party Affiliation<br>REPUBLICAN PARTY | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS     03 |
|---|---|---|

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2020___ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
### FRIENDS OF MICHAEL GUEST

(b) Address (number and street)
POST OFFICE BOX 470

(c) City, State, and ZIP Code

BRANDON                                          MS          39043

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)
### GUEST PAC

(b) Address (number and street)
POST OFFICE BOX 80

(c) City, State, and ZIP Code

JACKSON                                          MS          39205

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate<br>*GUEST, MICHAEL PATRICK, , ,*          *[Electronically Filed]* | Date<br>01/29/2019 |
|---|---|

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202108129466245135

# FEC FORM 2
## STATEMENT OF CANDIDACY

---

1. (a) Name of Candidate (in full)
   Young, Shuwaski, , ,

   (b) Address (number and street)        ☒ Check if address changed
   PO Box 151

   2. Candidate's FEC Identification Number
   H2MS03136

   (c) City, State, and ZIP Code
   Jackson                    MS      39205

   3. Is This Statement   ☐ New (N)   OR   ☒ Amended (A)

4. Party Affiliation
   DEMOCRATIC PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS       03

---

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   ## Shuwaski Young for Congress

   (b) Address (number and street)
   PO Box 151

   (c) City, State, and ZIP Code

   Jackson                              MS       39205

---

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Young, Shuwaski, , ,*   *[Electronically Filed]* | 08/12/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202108069466209486

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1. (a) Name of Candidate (in full)<br>Talley, Rahim, D, , | | |

| (b) Address (number and street)<br>711 LAKE HARBOUR DR<br>1214 | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>H2MS03144 |
|---|---|---|
| (c) City, State, and ZIP Code<br>RIDGELAND                          MS        39157 | | 3.  Is This<br>Statement     ☒ New<br>(N)    **OR**    ☐ Amended<br>(A) |

| 4. Party Affiliation<br>DEMOCRATIC PARTY | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS           03 |
|---|---|---|

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ____2022____ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

## Committee to Elect Rahim Talley

(b) Address (number and street)
711 LAKE HARBOUR DR
1214

(c) City, State, and ZIP Code

RIDGELAND                                        MS        39157

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
#### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Talley, Rahim, D, Mr,*                    *[Electronically Filed]* | 08/06/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1. (a) Name of Candidate (in full)<br>Lee, Aaron, Payton, , | | |
| (b) Address (number and street)<br>1955 Kornman Dr | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>H2MS04316 |
| (c) City, State, and ZIP Code<br>Biloxi    MS    39532 | | 3.  Is This   ☒ New     Amended<br>    Statement  (N)  **OR**  (A) |
| 4. Party Affiliation<br>INDEPENDENT | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS    04 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
   (year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

## Lee4Liberty

(b) Address (number and street)
1955 Kornman Dr

(c) City, State, and ZIP Code

Biloxi                                    MS        39532

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Lee, Aaron, Payton, ,*    **[Electronically Filed]** | 11/02/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   Johnson, Alden, Patrick, Mr.,

(b) Address (number and street)     ☐ Check if address changed
   803 Mildred Street

2. Candidate's FEC Identification Number
   H2MS04233

(c) City, State, and ZIP Code
   Petal                          MS      39465

3. Is This Statement   ☒ New (N)   **OR**   ☐ Amended (A)

4. Party Affiliation
   LIBERTARIAN

5. Office Sought
   House

6. State & District of Candidate
   MS      04

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ____2022____ election(s).
   (year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
   **Alden for Congress**

(b) Address (number and street)
   803 Mildred Street

(c) City, State, and ZIP Code
   Petal                          MS      39465

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Johnson, Alden, Patrick, Mr,*    **[Electronically Filed]** | 01/31/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202110249468348928

# FEC FORM 2
## STATEMENT OF CANDIDACY

| | | |
|---|---|---|
| 1. (a) Name of Candidate (in full)<br>    Wiggins, Christopher, Brice, , | | |
| (b) Address (number and street)<br>    P.O. Box 1611   ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>    H2MS04308 | |
| (c) City, State, and ZIP Code<br>    Ocean Springs          MS      39566 | 3.  Is This<br>    Statement   ☒ New (N)   **OR**   ☐ Amended (A) | |
| 4. Party Affiliation<br>    REPUBLICAN PARTY | 5. Office Sought<br>    House | 6. State & District of Candidate<br>    MS      04 |

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7.  I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
(year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

## Brice Wiggins for Congress

(b) Address (number and street)
    P.O. Box 1611

(c) City, State, and ZIP Code

    Ocean Springs                           MS      39566

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
(Including Joint Fundraising Representatives)

8.  I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate<br>*Wiggins, Christopher, Brice, ,*          *[Electronically Filed]* | Date<br>10/24/2021 |
|---|---|

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202103089440305651

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   Carl, Boyanton, , ,

   (b) Address (number and street)     ☐ Check if address changed
   11440 Haleiwa Place

   2. Candidate's FEC Identification Number
   H0MS04161

   (c) City, State, and ZIP Code
   Diamondhead                 MS      39525

   3.  Is This        ☐ New (N)   **OR**   ☒ Amended (A)
       Statement

4. Party Affiliation          5. Office Sought     6. State & District of Candidate
   REPUBLICAN PARTY              House               MS      04

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the _____2022_____ election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   ## CARL4CONGRESS, LLC

   (b) Address (number and street)
   11440 HALEIWA PLACE

   (c) City, State, and ZIP Code

   DIAMONDHEAD                              MS      39525

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

Signature of Candidate                                    Date

*Boyanton, Carl, , ,*              *[Electronically Filed]*    03/08/2021

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202109079466621953

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   Wagner, Clay, , ,

   (b) Address (number and street)        ☐ Check if address changed
   PO Box 70

   2. Candidate's FEC Identification Number
   H2MS04274

   (c) City, State, and ZIP Code
   Kiln                          MS        39556

   3.  Is This          ☒ New          Amended
       Statement      (N)    **OR**    ☐ (A)

4. Party Affiliation
   REPUBLICAN PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS        04

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   # Clay Wagner for Congress

   (b) Address (number and street)
   PO Box 70

   (c) City, State, and ZIP Code
   Kiln                                          MS        39556

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Wagner, Clay, , ,*  *[Electronically Filed]* | 09/07/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202109109466644999

# FEC FORM 2
## STATEMENT OF CANDIDACY

---

1. (a) Name of Candidate (in full)
   Sellers, David, , ,

   (b) Address (number and street)     ☐ Check if address changed
   PO Box 15561

   (c) City, State, and ZIP Code
   Hattiesburg                    MS    39404

2. Candidate's FEC Identification Number
   H2MS04282

3. Is This Statement   ☒ New (N)   **OR**   ☐ Amended (A)

4. Party Affiliation
   DEMOCRATIC PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS    04

---

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the _____2022_____ election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   ## FRIENDS OF DAVID SELLERS

   (b) Address (number and street)
   PO BOX 15561

   (c) City, State, and ZIP Code

   HATTIESBURG                    MS    39404

---

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Sellers, David, , ,*     *[Electronically Filed]* | 09/10/2021 |

---

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2

## STATEMENT OF CANDIDACY

---

1. (a) Name of Candidate (in full)

    Hudson, Jesse, Graham, ,

| (b) Address (number and street)<br>17 Chandeleur Pt | ☐ Check if address changed | 2. Candidate's FEC Identification Number<br>H2MS04241 |
|---|---|---|
| (c) City, State, and ZIP Code<br>hattiesburg      MS    39402 | | 3. Is This Statement   ☒ New (N)   **OR**   ☐ Amended (A) |

| 4. Party Affiliation<br>INDEPENDENT | 5. Office Sought<br>House | 6. State & District of Candidate<br>MS     04 |
|---|---|---|

---

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the   <u>2022</u>   election(s).

                                                                              (year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

## Graham Hudson for Congress

(b) Address (number and street)

    PO Box 17017

(c) City, State, and ZIP Code

    Hattiesburg                                                   MS      39404

---

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Hudson, Jesse, Graham, Mr.,*      *[Electronically Filed]* | 02/14/2021 |

---

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2

## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   Hook, Louis, Charles, Dr.,

(b) Address (number and street)
   1440 Beach Blvd. Suite 416

☐ Check if address changed

2. Candidate's FEC Identification Number
   H2MS04290

(c) City, State, and ZIP Code
   BILOXI          MS     39530

3. Is This Statement   ☒ New (N)   **OR**   ☐ Amended (A)

4. Party Affiliation
   REPUBLICAN PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS     04

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
   (year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

# MRGS

(b) Address (number and street)
   1440 Beach Blvd. Suite 416
   Suite 416

(c) City, State, and ZIP Code

   BILOXI                          MS     39530

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *Hook, Louis, Charles, Dr.,*  **[Electronically Filed]** | 10/07/2021 |

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202104079443074436

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   Ezell, Walter, Michael, ,

   (b) Address (number and street)       ☐ Check if address changed
   808 Grant Avenue

   **2. Candidate's FEC Identification Number**
   H2MS04258

   (c) City, State, and ZIP Code
   Pascagoula                MS        39567

   3. Is This        ☒ New           Amended
   Statement      (N)    **OR**      (A)

4. Party Affiliation          5. Office Sought          6. State & District of Candidate
   REPUBLICAN PARTY           House                     MS      04

### DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
   (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   ## Committee to Elect Mike Ezell

   (b) Address (number and street)
   P.O. Box 1842

   (c) City, State, and ZIP Code

   Gulfport                            MS        39502

### DESIGNATION OF OTHER AUTHORIZED COMMITTEES
#### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)

   (b) Address (number and street)

   (c) City, State, and ZIP Code

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

Signature of Candidate                                      Date
*Ezell, Walter, Michael, ,*                                 04/07/2021
                          *[Electronically Filed]*

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

# FEC FORM 2
## STATEMENT OF CANDIDACY

1. (a) Name of Candidate (in full)
   BROOKS, RAYMOND, N, ,

(b) Address (number and street)    ☐ Check if address changed
   5202 WASHINGTON AVE

2. Candidate's FEC Identification Number
   H2MS04266

(c) City, State, and ZIP Code
   GULFPORT                          MS      39507

3. Is This Statement    ☒ New (N)    **OR**    ☐ Amended (A)

4. Party Affiliation
   REPUBLICAN PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS       04

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2022___ election(s).
   (year of election)

**NOTE:** This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)
## COMMITTEE TO ELECT RAYMOND N BROOKS

(b) Address (number and street)
   P.O. BOX 7241

(c) City, State, and ZIP Code
   GULFPORT                          MS      39506

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

**NOTE:** This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)

(b) Address (number and street)

(c) City, State, and ZIP Code

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

Signature of Candidate
*BROOKS, RAYMOND, N, ,*

**[Electronically Filed]**

Date
04/30/2021

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

Image# 202104099443158952

# FEC FORM 2
## STATEMENT OF CANDIDACY

---

1. (a) Name of Candidate (in full)
   PALAZZO, STEVEN MCCARTY, , ,

   (b) Address (number and street)        ☐ Check if address changed
   P.O. BOX 4634

   2. Candidate's FEC Identification Number
   H0MS04120

   (c) City, State, and ZIP Code
   BILOXI                   MS       39535

   3. Is This
      Statement   ☒ New
                  (N)   **OR**   ☐ Amended
                                     (A)

4. Party Affiliation
   REPUBLICAN PARTY

5. Office Sought
   House

6. State & District of Candidate
   MS         04

---

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ____2022____ election(s).
                                                                                          (year of election)

   **NOTE:** This designation should be filed with the appropriate office listed in the instructions.

   (a) Name of Committee (in full)
   ## PALAZZO FOR CONGRESS

   (b) Address (number and street)
   Post Office Box 6217

   (c) City, State, and ZIP Code

   Gulfport                         MS         39506

---

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

   **NOTE:** This designation should be filed with the principal campaign committee.

   (a) Name of Committee (in full)
   ## PATRIOT POLITICAL ACTION COMMITTEE

   (b) Address (number and street)
   13155 HIGHWAY 67 SUITE B

   (c) City, State, and ZIP Code

   BILOXI                          MS         39532

---

*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| *PALAZZO, STEVEN MCCARTY, , ,*   *[Electronically Filed]* | 04/09/2021 |

---

**NOTE:** Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)