# U.S. Congressional Districts
## Proposed by the Committee -  December 15, 2021

**Hinds / Madison County Inset**

**Oktibbeha County Inset**

**Jones County Inset**

*1*

*2*

*3*

*4*

**Oktibbeha County Inset**

**Hinds / Madison County Inset**

**Jones County Inset**

N

## District Demographics

| District | Population | Ideal Value | Deviation | BVAP |
|---|---|---|---|---|
| 1 | 740,319 | 740,320 | -1 | 26.32 % |
| 2 | 740,319 | 740,320 | -1 | 61.05 % |
| 3 | 740,320 | 740,320 | 0 | 31.79 % |
| 4 | 740,321 | 740,320 | 1 | 21.71 % |

Election Districts were compiled on a whole block basis by Legislative staff. Base data (roads, cities, and counties) were compiled from 2020 U.S. Census Bureau TIGER Files. Although the information contained on this map is believed to be accurate, the Board of Trustees, State Institutions of Higher Learning/MARIS, the Standing Joint Committee on Reapportionment make no warranties as to the completeness, accuracy, reliability or suitability of the data for any use, or for any conclusions derived from this map.

**Map prepared by MARIS -  12/15/2021**

0    15    30    60 Miles

EXHIBIT
3