**1146**  **541 FEDERAL SUPPLEMENT**

APPENDIX

<u>COURT-ORDERED INTERIM CONGRESSIONAL REDISTRICTING PLAN</u>



EXHIBIT 4