

MISSISSIPPI CONGRESSIONAL DISTRICTS

FINAL JUDGMENT
JANUARY 6, 1984

EXHIBIT 5