# Current Congressional Districts



EXHIBIT 6