**Mississippi Congressional Redistricting Plan**
**United States District Court**
**Southern District of Mississippi**
**December 19, 2011**



EXHIBIT 8