

**Mississippi Secretary of State's Office**

**Elections Division**

**(800) 829-6786**

**www.yallvote.ms**

# 2022 ELECTIONS CALENDAR

This calendar is provided for planning purposes only.  Dates are subject to change. Please refer to the proper citation in the Mississippi Code, the Mississippi Constitution, the federal law and other cited sources for more complete legal requirements of the calendar entries posted below. Contact the Secretary of State's Office for updates or further information.

Mississippi election officials are required by State and Federal law to perform certain duties. This calendar is intended to serve only as an informational tool for election officials and the general public. Omission of any date does not relieve local election officials of their obligations to perform those duties as required by law.

- Calendar entries pertaining to Campaign Finance deadlines are printed in green.

# JANUARY

**1st**  NEW YEAR'S DAY

**3rd**  **Qualifying Period Begins:** First day candidates may qualify for U.S. Congress, Court of Appeals, Chancery Court Judge, Circuit Court Judge, County Court Judge, and MS Levee Commission. (MS Code Ann. § § 23-15-299(3); 23-15-359(3) and (4); 23-15-977(1); General Laws of 1928, Ch. 12.)

**4th**  Legislative Session Begins (MS Const. 1890 §36, MS Code Ann. § 5-1-7)

**11th**  **Voter Roll Maintenance:**  County Election Commissioners meet to conduct voter roll maintenance and purge ineligible voters from SEMS. (MS Code Ann. § 23-15-153(1)(a)

**17th**  DR. MARTIN LUTHER KING JR.'S AND ROBERT E. LEE'S BIRTHDAY

**30th**  **Annual Lobbying Report Due:** A lobbyist's client shall file a report of expenditures with the Secretary of State containing information on all expenditures paid by the lobbyist's client during the preceding twelve (12) calendar months. (MS Code Ann. § 5-8-9(1)). A lobbyist must file a report with the Secretary of State containing information on all expenditures paid or initiated by the lobbyist on behalf of each lobbyist's client during the preceding twelve (12) calendar months, and

1



Amended 1/6/2022

it shall include a cumulative total for the calendar year of all reportable categories. (Miss. Code Ann. § 5-8-11(5)).

**31st**      **Campaign Finance Deadline, 5:00 p.m.**: Annual Campaign Finance reports due in the appropriate office. (MS Code Ann. § 23-15-807(b)(iii))

# FEBRUARY

**1st**      **Qualifying Deadline, 5:00 p.m.:** Court of Appeals Judge, Chancery Court Judge, Circuit Court Judge, County Court Judge, District Attorney (17th District Special Election Only) (General Laws of 2020, Ch. 474, § 8(2)(b)), and MS Levee Commissioners (MS Code Ann. § 23-15-977; General Laws of 1928, Ch. 12.)

**21st**      PRESIDENT'S DAY

**25th**      **Mid-session Lobbying Report Due:** A lobbyist shall file a report with the Secretary of State containing the name of the executive, legislative, or public official or public employee who receives anything of value from the lobbyist or from the lobbyist on behalf of the lobbyist's client, the name of the person receiving the payment, the name of the person making the payment, the amount of the payment and the date of the payment. (Miss. Code Ann. § 5-8-11(6)).

# MARCH

**1st**      **Qualifying Deadline, 5:00 p.m.:** Party Primary and Independent Candidates for U.S. House of Representatives (MS Code Ann. § § 23-15-299(3), 23-15-359(3))

**3rd**      **Candidate List (s) Deadline, 5:00 p.m.:** Political parties provide to MSOS a list, by name, mailing address and office sought, of candidates for U.S. Congress. (MS Code Ann. § 23-15-296)

**9th**      **National Voter Registration Act, Systematic Purging Deadline:** Voters may NOT be purged from the voter roll based upon the confirmation card process within 90 days before the date of the General Election. (52 U.S.C. § 20507(c)(2)(A)). Editorial note: 42 USC 1973gg was editorially reclassified as Section 20507 of Title 52.

# APRIL

**3rd**      SINE DIE: Legislative Session Ends (MS Const. 1890 §36, MS Code Ann. § 5-1-7)

**8th**      **Permanently Disabled Voters List:** Circuit Clerks provide list to the Election Commission to purge ineligible voters. (MS Code Ann. § 23-15-629(3)).

**Absentee Ballot Application** must be available in the Circuit Clerk's Office (MS Code Ann. § 23-15-625(1)).

**13th**      **End of Session Lobbying Report Due:** A lobbyist shall file a report with the Secretary of State containing the name of the executive, legislative, or public official or public employee who receives anything of value from the lobbyist or from the lobbyist on behalf of the lobbyist's client, the name of the person receiving the payment, the name of the person making the payment, the amount of the payment and the date of the payment. (MS Code Ann. § 5-8-11(6)).

| | |
|---|---|
| 18th | **Primary Election Sample Ballot Deadline:** State Executive Committee provides the names of all qualified candidates to MSOS and MSOS publishes sample of official Primary Election Ballot in SEMS. (MS Code Ann. § 23-15-331). |
| 23rd | **UOCAVA Absentee Ballot Deadline**: Circuit Clerks' Offices send absentee ballots for first and second Primary Elections by mail, email, or fax to UOCAVA voters. (MS Code Ann. §§23-15-683; 23-15-691; 23-15-692; and 23-15-699). |
| | **Permanently Disabled Voter List:** Election Commission returns revised list to Circuit Clerk's Office for Primary Election. (MS Code Ann. § 23-15-629 (3)) |
| | **Absentee Ballots** must be available in the Circuit Clerk's Office. An absentee ballot must be mailed to all voters who applied before absentee ballot are available. (MS Code Ann. § 23-15-715(b)) |
| 25th | CONFEDERATE MEMORIAL DAY |
| 28th | **Absentee Ballot Deadline for Permanently Disabled Voters:** Circuit Clerks' Offices mail absentee ballot to voters on the permanently disabled list. (MS Code Ann. § 23-15-629(4)) |

# MAY

| | |
|---|---|
| 2nd | **Voter Registration:** Circuit Clerks' offices MAY remain open from 8 a.m. to 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)). |
| 3rd | **Voter Registration:** Circuit Clerks' offices MAY remain open from 8 a.m. to 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)). |
| | **Voter Roll Maintenance:** County Election Commissioners meet to perform voter roll maintenance and purge ineligible voters from SEMS. (MS Code Ann. § 23-15-153(1)(b)) |
| 4th | **Voter Registration:** Circuit Clerks' offices MAY remain open from 8 a.m. to 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)). |
| 5th | **Voter Registration:** Circuit Clerks' offices MAY remain open from 8 a.m. to 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)). |
| 6th | **Voter Registration:** Circuit Clerks' offices MAY remain open from 8 a.m. to 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)). |
| 7th | **Voter Registration:** Circuit Clerks' offices MUST remain open from 8 a.m. until 12 p.m. (MS Code Ann. § 23-15-37(2)) |
| 9th | **Voter Registration Deadline, 5:00 p.m.** Applicants who register in-person in the Circuit or Municipal Clerk's Office today and those who mail registration applications postmarked no later than today are eligible to vote in the June 7, 2022 General Election. (MS Code Ann. § 23-15-37(2); MS Code Ann. §23-15-47(2)(a) |
| 10th | **Campaign Finance Deadline, 5:00 p.m.:** Periodic Campaign Finance Reports due in the appropriate office for all nonpartisan Judicial candidates (MS Code Ann. § 23-15-807(c)) |
| 24th | **Appointment of Poll Managers:** Deadline by which County Election Officials must appoint poll managers. (MS Code Ann. §23-15-265(1)) |
| 28th | **Absentee Voting, 12:00 p.m.:** Circuit Clerks' offices MUST remain open from 8 a.m. until 12 p.m. (MS Code Ann. § 23-15-653). |

**UOCAVA Voter Registration Deadline:** Circuit Clerks' Offices must be in actual receipt of a completed Federal Postcard Application (FPCA) from a UOCAVA voter. (MS Code Ann. § 23-15-677(2))

**Publication of Notice of Poll Manager Training:** Public notice of the time and location of poll manager training must be posted at the courthouse and published in a newspaper five days before the date of training. (MS Code Ann. §23-15-239(1)(4))

**30th**   MEMORIAL DAY

**31st**   **Primary Election Runoff Voter Registration Deadline:** Applicants who register in-person in the Circuit Clerk's office today and those who mail registration applications post-marked no later than today are eligible to vote in the General Election. (Miss. Code Ann. § 23-15-47)

**Publication of Notice of L&A Testing for Election:** (MS Code Ann. § 23-15-531.6(3)(b))

# JUNE

**2nd**   **Poll Manager Training Deadline:** No poll manager or resolution board member may serve in any election unless he has received training once during the 12 months immediately preceding the election. (MS Code Ann. §23-15-239(1))

**4th**   **In-Person Absentee Voting Deadline, 12:00 p.m.:** Circuit Clerks' offices MUST remain open from 8:00 a.m. until noon (MS Code Ann. § 23-15-653).

**5th**   **L & A Testing Deadline.** (MS Code Ann. § 23-15-531.6(3)(a)).

**7th**   **Primary Election Day (U.S. Congress):** Polls open from 7 a.m. - 7 p.m.  (MS Code Ann. § 23-15-1031; MS Code Ann. § 23-15-541(1))

**Mississippi Levee Commissioners General Election.** Bolivar, Humphreys, Sharkey & Washington counties (General Laws: 1930, Ch. 85; 1968, Ch. 574; 1983, Ch. 317; and 2010, Ch. 438)

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.:** Absentee ballots received by the Circuit Clerk's Office by 7:00 p.m. from only UOCAVA voters by email or fax are timely and must be delivered to the Resolution Board for processing. (MS Code Ann. § 23-15-699(6))

**Postmark deadline:** Absentee ballots returned by mail MUST be postmarked on or before Election Day and received by the Circuit Clerk's Office within five (5) business days. (MS Code Ann. § 23-15-637)

**10th**   **Campaign Finance Deadline, 5:00 p.m.:** Periodic Campaign Finance Reports due no later than 5:00pm in the appropriate office for all nonpartisan Judicial candidates (MS Code Ann. § 23-15-807(c))

**14th**   **Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.:** Circuit Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (MS Code Ann. § 23-15-637(1)(a))

**Voter ID Affidavit Ballot Deadline, 5:00 p.m.:** Last day affidavit voters who cast an affidavit ballot by reason of voter ID may present an acceptable form of photo ID or complete an affidavit

of religious objection in the Circuit Clerk's Office. (MS Const. 1890 §249-A; MS Code Ann. § 23-15-573(3)(d)(i))

**Canvas of Returns and Announcement of Results by County Election Officials:** County officials forward certified county results to state party Executive Committees and MSOS. (MS Code Ann § 23-15-597(1))

**Appointment of Poll Workers Deadline for Primary Runoff Election**. (MS Code Ann § 23-15-265)

15th — **Late Received Absentee Ballots:** The applications and unopened absentee ballot envelopes received by the Circuit Clerks' Office after the applicable deadlines must be stamped with the date and hour of receipt and retained for twenty-two months . (MS Code Ann. §§ 23-15-647, 23-15-645(3))

17th — **Tabulated Statement of Party Vote:** Deadline by which State Executive Committee(s) must declare results, transmit to MSOS tabulated statement of vote, announce names of nominees, and submit names of candidates for Primary Runoff. (MS Code Ann. § 23-15-599)

18th — **Runoff Absentee Voting:** Circuit Clerks' offices MUST remain open from 8:00 a.m. until noon (MS Code Ann. § 23-15-653).

**Publication of Notice of Poll Manager Training for Primary Runoff Election.** (MS Code Ann § 23-15-239(4))**Correct citation is 23-15-239(4)

21st — **Campaign Finance Deadline, 5:00 p.m.:** Pre-Runoff Election Campaign Finance reports due in the appropriate office for all Primary Runoff candidates. All candidates in contested races must submit reports. (MS Code Ann. § § 23-15-805, 23-15-807(b)(i))

**UOCAVA Voter Registration Primary Election Runoff Deadline:** Circuit Clerks' Offices must be in actual receipt of a completed Federal Postcard Application (FPCA) from a UOCAVA voter. (MS Code Ann. § 23-15-677(2))

**Publication of Notice of L&A Testing for Election:** (MS Code Ann. § 23-15-531.6(3)(b))

23rd — **Poll Manager Training Deadline:** Only for poll manager who have not received training once in the 12 months immediately preceding the election. (MS Code Ann. §23-15-239(1))

25th — **Runoff Absentee Voting:** Circuit Clerks' offices MUST remain open from 8:00 a.m. until noon (MS Code Ann. § 23-15-653).

26th — **L & A Testing Deadline.** (MS Code Ann. § 23-15-531.6(3)(a))

28th — **Primary Runoff Election Day (U.S. Congress) (if required):** Polls open from 7am - 7pm. (MS Code Ann. § §  23-15-541(1); 23-15-1031)

**MS Levee District Runoff Election** (if required) (Gen. Laws: 1930, Ch. 85; 1968, Ch. 574; 1983, Ch. 317),  Bolivar, Humphreys, Sharkey, & Washington County

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.:** Absentee ballots received by the Circuit Clerk's Office by 7:00 p.m. from only UOCAVA voters by email or fax are timely and must be delivered to the Resolution Board for processing. (MS Code Ann. § 23-15-699(6))

# JULY

**4th**  INDEPENDENCE DAY

**6th**  **Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.:** Circuit Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (MS Code Ann. § 23-15-637)

**Voter ID Affidavit Ballot Deadline, 5:00 p.m.:** Last day affidavit voters who cast an affidavit ballot by reason of voter ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Circuit Clerk's Office. (MS Const. 1890 §249-A; MS Code Ann. § 23-15-573(d))

**Canvas of Returns and Announcement of Results by County Election Officials**: County officials forward certified county results to state party Executive Committees and MSOS. (MS Code Ann. § 23-15-597(1))

**7th**  **Late Absentee Ballots**: Applications and unopened absentee ballot envelopes must be stamped with the day and hour of receipt upon the envelope and retained for twenty-two months. . (MS Code Ann. § § 23-15-647; 23-15-645(3))

**8th**  **Tabulated Statement of Party Vote:** Deadline by which State Executive Committee(s) must declare results, transmit to MSOS tabulated statement of vote, announce names of nominees, and submit names of candidates for Primary Runoff. (MS Code Ann. § 23-15-599)

**Campaign Finance Deadline, 5:00 p.m.:** Periodic Campaign Finance reports due in the appropriate office for all nonpartisan Judicial candidates. (MS Code Ann. §23-15-807(c))

# AUGUST

**10th**  **First day to Qualify**: Consolidated/Consolidated Line School Board Trustee; Municipal Separate School District Trustee; Special Municipal Separate School District Trustee (Warren/Vicksburg only); County Board of Education, District 1 & 2  (MS Code Ann. §§ 37-7-225, 37-7-211, 37-7711, 37-5-9).

**National Voter Registration Act, Systematic Purging Deadline:** Voters may NOT be purged from the voter roll based upon the confirmation card process within 90 days before the date of the General Election. (52 U.S.C. § 20507(c)(2)(A)).

# SEPTEMBER

**5th**  LABOR DAY

**9th**  **Qualifying Deadline, 5:00 p.m.:** County and County-District Special Election(s) (MS Code Ann. § 23-15-839(1)); Consolidated/Consolidated Line School Board Trustee; Municipal Separate School District Trustee; Special Municipal Separate School District Trustee (Warren/Vicksburg only); County Board of Education, District 1 & 2  (MS Code Ann. §§ 37-7-225, 37-7-211, 37-7-711, 37-5-9).

**Permanently Disabled Voters List:** Circuit Clerks deliver the list of permanently disabled voters to the Election Commission to purge ineligible voters. (MS Code Ann. § 23-15-629(3))

**Absentee Ballot Applications:** Must be available in the Circuit Clerk's Office. MS Code Ann. § 23-15-625(1)

12th **Voter Roll Maintenance:** County Election Commissioners meet to perform voter roll maintenance and purge ineligible voters from the voter roll/SEMS. (MS Code Ann. § 23-15-153 (1)(d)) No systematic purging may occur within 90 days of a federal elections. Voters MAY be purged based upon death, conviction of a disenfranchising crimes, adjudication of incompetence and voluntary request for removal signed by the voter. (52 U.S.C. § 20507(c)(2)(A-B))

14th **General Election Sample Ballot Deadline**: MSOS publishes a sample of the official November General Election Ballot in SEMS. (MS Code Ann. § 23-15-367(3))

24th **Absentee Ballots** must be available in the Circuit Clerks' Offices. An absentee ballot must be mailed to all voters who applied before absentee ballots are available. (MS Code Ann. § 23-15-715(b))

**UOCAVA Absentee Ballot Deadline:** Circuit Clerks' Offices send absentee ballots by mail, email, or fax to UOCAVA voters who previously requested an absentee ballot by application, FPCA or FWAB. (MS Code Ann. §§ 23-15-683, 23-15-691, 23-15-692, 23-15-699)

**Permanently Disabled Voter List:** Election Commission returns revised list to Circuit Clerk's Office for General Election. (MS Code Ann. § 23-15-629(3))

29th **Absentee Ballot Deadline for Permanently Disabled Voters:** Circuit Clerks' Offices mail absentee ballot to voters on the permanently disabled list. (MS Code Ann. § 23-15-629(4))

# OCTOBER

4th **Voter Registration:** Circuit Clerks' offices MAY remain open from 8:00 a.m. until 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)).

5th **Voter Registration:** Circuit Clerks' offices MAY remain open from 8:00 a.m. until 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)).

6th **Voter Registration:** Circuit Clerks' offices MAY remain open from 8:00 a.m. until 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)).

7th **Voter Registration:** Circuit Clerks' offices MAY remain open from 8:00 a.m. until 7 p.m., including the noon hour (MS Code Ann. § 23-15-37(2)).

8th **Voter Registration:** Circuit Clerks' offices MUST remain open from 8:00 a.m. until noon. (Miss Code Ann. § 23-15-37 (2))

10th **Voter Registration Deadline**: Applicants who register in-person in the Circuit or Municipal Clerk's Office today and those who mail registration applications postmarked no later than today are eligible to vote in the November 8, 2022 General Election. (MS Code Ann. §§ 23-15-37(2); 23-15-47(2)(a))

**Campaign Finance Deadline, 5:00 p.m.:** Periodic Campaign Finance reports due in the appropriate office for all nonpartisan Judicial candidates (MS Code Ann. § 23-15-807(c)).

29th **UOCAVA Voter Registration Deadline:** Circuit Clerks' Offices must be in actual receipt of a completed FPCA from a UOCAVA voter. (MS Code Ann. § 23-15-677(2))

|   |   |
|---|---|
|   | **Absentee Voting, 12:00 p.m.:** Circuit Clerks' offices MUST remain open from 8:00 a.m. until noon (MS Code Ann. § 23-15-653) |
|   | **Publication of Notice of Poll Worker Training:** Public notice of the time and location of poll manager training must be posted at the courthouse and published in a newspaper five (5) days before the date of the training. (MS Code Ann. § 23-15-239(4)) |
| **31st** | **General/Special Election Runoff Voter Registration Deadline:** Applicants who register in-person in the Circuit Clerk's office today and those who mail registration applications post-marked no later than today are eligible to vote in the General Election. (Miss. Code Ann. § 23-15-47) |

# NOVEMBER

**1st**  **Campaign Finance Pre-Election Report Deadline, 5:00 p.m.:** All candidates and political committees who have accepted contributions or made expenditures for the General or Special Election must file Pre-Election Reports in the appropriate office. (MS Code Ann. §§ 23-15-805, 23-15-807(b)(i))

**Publication of Notice of L&A Testing for Election:** (MS Code Ann. § 23-15-531.6(3)(b))

**3rd**  **Poll Manager Training Deadline**: Only for poll managers and resolution board members who have not received training once in the 12 months preceding the General Election. (MS Code Ann. § 23-15-239(1))

**5th**  **In-Person Absentee Voting Deadline, 12:00 p.m.:** Circuit Clerks' offices MUST remain open from 8 a.m. until 12 noon. (MS Code Ann. § 23-15-653)

**6th**  **L & A Testing Deadline.** (MS Code Ann. § 23-15-531.6(3)(a))

**8th**  **General Election Day and Regular Special Election Day**. Polls open from 7 a.m. - 7 p.m. (MS Code Ann. § 23-15-541(1))

**UOCAVA Absentee Ballot Deadline, 7:00 p.m.:** Absentee ballots received by the Circuit Clerk's Office by 7:00 p.m. from only UOCAVA voters by email or fax are timely and must be delivered to the Resolution Board for processing. (MS Code Ann. § 23-15-699(6))

**11th**  ARMISTICE DAY (VETERAN'S DAY)

**15th**  **Voter ID Affidavit Ballot Deadline, 5:00 p.m.:** Last day affidavit voters who cast an affidavit ballot by reason of voter ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Circuit Clerk's Office. (MS Const. 1890 §249-A; MS Code Ann. §23-15-573(3)(d)(i))

**Absentee Ballots Returned by Mail Receipt Deadline, 5:00 p.m.:** Circuit Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots to be timely. Ballots returned by mail must be postmarked on or before Election Day. (MS Code Ann § 23-15-637(1)(a))

**16th**  **Late Absentee Ballots**: Applications and unopened absentee ballot envelopes received after the applicable deadline(s) must be stamped with the day and hour of receipt and retained for twenty-two (22) months. (42 U.S.C. § 1973, MS Code Ann. §§ 23-15-647; 23-15-645(3))

Amended 1/6/2022

| | |
|---|---|
| 18th | **Delivery of Returns Deadline**: County Election Commissioners transmit to MSOS their counties General/Special Election returns, including certified recap sheets and statement of the whole number of votes given in the county for each candidate. (MS Code Ann. § 23-15-603(1)) |
| 19th | **Absentee Voting for the General Election Runoff, 12:00 p.m.:** Circuit Clerks' offices MUST remain open from 8 a.m. until 12 p.m. (MS Code Ann. § 23-15-653) |
| | **UOCAVA Voter Registration General Election Runoff Deadline:** Circuit Clerks' Offices must be in actual receipt of a completed Federal Postcard Application (FPCA) from a UOCAVA voter. (MS Code Ann. § 23-15-677(2)) |
| | **Publication of Notice of Poll Manager Training for the General Election Runoff**: Public notice of the time and location of poll manager training must be posted at the courthouse and published in a newspaper five (5) days before the date of the training. (MS Code Ann. § 23-15-239(4)) |
| 21st | **Publication of Notice of L&A Testing for Runoff Election:** (MS Code Ann. § 23-15-531.6(3)(b)) |
| 22nd | **Campaign Finance Pre-Runoff Election Report Deadline, 5:00 p.m.:** All candidates and political committees who have accepted contributions or made expenditures for the Runoff Election must file Pre-Runoff Election Reports in the appropriate office. (MS Code Ann. § 23-15-807(b)(i)) |
| 24th | **Poll Manager Training Deadline for the General Election Runoff**: Only for poll managers and resolution board members who have not received training once in the 12 months preceding the General Election. (MS Code Ann. § 23-15-239(1)) |
| | THANKSGIVING DAY - STATE AND COUNTY OFFICES CLOSED |
| 25th | STATE AND COUNTY OFFICES CLOSED |
| 26th | **In-Person Runoff Election Absentee Voting Deadline, 12:00 p.m.:** Circuit Clerks' offices MUST remain open from 8 a.m. until 12 noon. (MS Code Ann. § 23-15-653) |
| 27th | **L & A Testing Deadline for the General Election Runoff.** (MS Code Ann. § 23-15-531.6(3)(a)) |
| 28th | **Meeting of the SBEC to Determine Election of Court of Appeals, Chancery, and Circuit Judges.** (MS Code Ann. § 23-15-607) |
| 29th | **General Election Runoff Day** (if required) for Court of Appeals, Chancery and Circuit Court Judges; Municipal Separate School Board Trustee and Consolidated/Consolidated Line School Board Trustee. Polls open from 7 a.m. - 7 p.m. (MS Code Ann. § 23-15-541(1)) |
| | **Special Election Runoff Election Day**: Polls open from 7 a.m. - 7 p.m. |
| | **UOCAVA Absentee Ballot Deadline for the General Election Runoff, 7:00 p.m.:** Absentee ballots received by the Circuit Clerk's Office by 7:00 p.m. from only UOCAVA voters by email or fax are timely and must be delivered to the Resolution Board for processing. (MS Code Ann. § 23-15-699(6)) |

# DECEMBER

| | |
|---|---|
| 6th | **Absentee Ballots Returned by Mail Receipt Deadline for the General Election Runoff, 5:00 p.m.:** Circuit Clerks' Offices must be in actual receipt of absentee ballots returned by mail for ballots |

to be timely. Ballots returned by mail must be postmarked on or before Election Day. (MS Code Ann § 23-15-637(1)(a))

**Voter ID Affidavit Ballot Deadline for the General Election Runoff, 5:00 p.m.:** Last day affidavit voters who cast an affidavit ballot by reason of voter ID may present an acceptable form of photo ID or complete an affidavit of religious objection in the Circuit Clerk's Office. (MS Const. 1890 §249-A; MS Code Ann. §23-15-573(3)(d)(i))

**7th**  **Late Absentee Ballots for the General Election Runoff**: Applications and unopened absentee ballot envelopes received after the applicable deadline(s) must be stamped with the day and hour of receipt and retained for twenty-two (22) months. (MS Code Ann. § 23-15-647; 23-15-645(3))

**9th**  **Canvass of Returns and Declaration of Runoff Election Results by County Election Commission(s) Deadline for the General Election Runoff:** County Election Commission(s) transmit to the MSOS their counties' Runoff Election returns, including certified recap sheets and statement of the whole number of votes given in the county for each candidate. MS Code Ann. §23-15-597)

**19th**  **Meeting of the SBEC to Determine Election of Judges for Court of Appeals** (if runoff needed)**.** (MS Code Ann. § 23-15-607)

**25th**  
CHRISTMAS DAY