# 2022
# Candidate
# Qualifying Guide





**Mississippi Secretary of State's Office**

Elections Division

P.O. Box 136

Jackson, MS 39205

601-576-2550

Elections Hotline: 800-829-6786

www.sos.ms.gov

# TABLE OF CONTENTS

ABOUT THIS GUIDE ................................................................................................... 3

2022 ELECTIONS CALENDAR ................................................................................... 4

2022 CANDIDATE QUALIFYING DATES ................................................................. 5

ADDITIONAL QUALIFICATIONS BY OFFICE ......................................................... 6

    FEDERAL OFFICE ................................................................................................ 6

    STATEWIDE OFFICES ......................................................................................... 7

    STATE DISTRICT OFFICES ................................................................................ 7

    STATE LEGISLATURE ........................................................................................ 8

    JUDICIAL OFFICES ............................................................................................. 8

    COUNTY OFFICES ............................................................................................... 9

    COUNTY DISTRICT OFFICES .......................................................................... 10

    MUNICIPAL OFFICES ....................................................................................... 10

    SCHOOL DISTRICT OFFICE ............................................................................. 11

QUALIFYING FOR OFFICE ..................................................................................... 13

    POLITICAL PARTY/PRIMARY ELECTION CANDIDATES ............................ 13

    INDEPENDENT CANDIDATES ......................................................................... 13

WHAT, WHEN, AND WHERE TO QUALIFY FOR OFFICE .................................... 14

    FOR U.S. PRESIDENT: ....................................................................................... 14

    FOR U.S. SENATE AND U.S. REPRESENTATIVE: ......................................... 16

    FOR STATEWIDE, STATE DISTRICT, & LEGISLATIVE OFFICE: ............... 17

    FOR MISSISSIPPI LEVEE DISTRICT COMMISSIONER: ............................... 18

    FOR COUNTY COURT JUDGE: ........................................................................ 20

    FOR COUNTY AND COUNTY DISTRICT OFFICE: ........................................ 21

    FOR COUNTY ELECTION COMMISSIONER: ................................................. 22

    FOR MUNICIPAL OFFICES ............................................................................. 22

    FOR COUNTY SCHOOL BOARD MEMBER, SPECIAL MUNICIPAL SEPARATE SCHOOL DISTRICT TRUSTEE OR CONSOLIDATED/CONSOLIDATED LINE SCHOOL DISTRICT ........................................................................................... 23

STATEMENT OF ECONOMIC INTEREST ............................................................... 25

COMMISSION ON JUDICIAL PERFORMANCE ...................................................... 25

CAMPAIGN FINANCE REPORTING REQUIREMENTS ......................................... 26

LEARNING MORE ABOUT ELECTIONS IN MISSISSIPPI .................................... 29

CONTACT INFORMATION ....................................................................................... 29

## About This Guide

This *Candidate Qualifying Guide* provides essential information primarily for those candidates seeking regularly elected office. Candidates should familiarize themselves with the legal qualifications required to seek and hold office, as well as the qualifying procedures. Please note that not every office listed in this guide is up for election during the calendar year of publishing, to view what offices are elected in which year, please visit our Elections Chart on the Secretary of State's website.

A brief overview of all candidates' qualifications and qualifying forms always may be found on the Secretary of State's website; and candidate qualifying guides from previous election years may be found archived on the website as well.

## For Assistance

 **Mail**
Mississippi Secretary of State's Office
Attn: Elections Division
Post Office Box 136
Jackson, MS 39205-0136

 **Location**
Mississippi Secretary of State's Office
The Heber Ladner Building
401 Mississippi Street
Jackson, MS  39201

 **Phone**
(601) 576-2550
(800) 829-6786

 **Fax**
(601) 576-2545

 **E-mail**
elections@sos.ms.gov

# 2022 ELECTIONS CALENDAR

Primary Election Day ..................................................................Tuesday, June 7, 2022

Primary Runoff Election Day ..................................................Tuesday, June 28, 2022

General/Special Election Day .......................................... Tuesday, November 8, 2022

General/Special Runoff Election Day ........................... Tuesday, November 29, 2022

# 2022 CANDIDATE QUALIFYING DATES

Party Primary and Independent Candidates for U.S. Representative
    Qualifying Period Begins ...........................................................Monday, January 3, 2022
    Qualifying Period Ends ............................................... 5:00 p.m., Tuesday, March 1, 2022

Judicial Candidates
    Qualifying Period Begins ...........................................................Monday, January 3, 2022
    Qualifying Period Ends .......................................... 5:00 p.m., Tuesday, February 1, 2022

District Attorney (17th District Special Election Only[1])
    Qualifying Period Begins ...........................................................Monday, January 3, 2022
    Qualifying Period Ends .......................................... 5:00 p.m., Tuesday, February 1, 2022

School District Offices:
    Qualifying Period Begins ..................................................... Wednesday, August 10, 2022
    Qualifying Deadline ................................................5:00 p.m., Friday, September 9, 2022


County Special Elections
    Qualifying Period Begins................The date the Board of Supervisors directs the Election Commissioners to hold an election to fill the vacancy.
    Qualifying Deadline ................................................5:00 p.m., Friday, September 9, 2022

---

[1] General Laws of 2020, Ch. 474, § 8(2)(b).

# GENERAL QUALIFICATIONS FOR OFFICE

A candidate for judicial, county district or school district office must be a qualified elector (registered voter) of the State of Mississippi and of the district, county or county district of the office for which the candidate seeks election.  *Miss. Const. of 1890, Art. XII, § 250.*

A candidate for U. S. Senate or U. S. House of Representatives must be a resident of the State of Mississippi as of the date of his/her election to office.

All candidates for office must never have been convicted of:

- Bribery, perjury or other infamous crime, being defined as a crime punishable by a minimum of one (1) year confinement in the state penitentiary, unless pardoned for the offense.  *Miss. Const. of 1890, Art. IV, § 44.*

- A felony in a court of this state; or, of a felony in a federal court or of a crime in a court of another state which is a felony under the laws of this state on or after December 8, 1992; excluding, however, a conviction of manslaughter or a violation of the United States Internal Revenue Code or any violation of the tax laws of this state, unless the offense also involved the misuse or abuse of an office or money coming into a candidate's hands by virtue of an office.  *Miss. Const. of 1890, Art. IV, § 44.*

# ADDITIONAL QUALIFICATIONS BY OFFICE

# FEDERAL OFFICE

### *UNITED STATES PRESIDENT AND VICE PRESIDENT*

No person except a natural born citizen, or a citizen of the United States at the time of the Adoption of the Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States. *U.S. Constitution Article II, Section I.*

### *UNITED STATES SENATOR*

Each candidate for Senator shall have attained the age of thirty (30) years, been a citizen of the United States for at least nine (9) years, and, at the time of the election, an inhabitant of the state he/she seeks to represent. *U.S. Const. Art. I § 3, cl. 3.*

### *UNITED STATES REPRESENTATIVE*

Each Congressional district shall be entitled to one (1) representative, who shall have attained the age of twenty-five (25) years, and been seven (7) years a citizen of the United States, and who shall, when elected, be an inhabitant of the state. *Miss. Code Ann. § 23-15-1035.*

# STATEWIDE OFFICES

### *GOVERNOR*

A qualified elector, at least 30 years old, a citizen of the United States 20 years, and a resident of the state five (5) years next preceding the day of election. *Miss. Const. of 1890, Art. V, §117, Art. XII, §250.*

### *LIEUTENANT GOVERNOR*

A qualified elector, at least 30 years old, a citizen of the United States 20 years, and a resident of the state five (5) years next preceding the day of election. *Miss. Const. of 1890, Art. V, §128, Art. XII, §250.*

### *SECRETARY OF STATE, AUDITOR, TREASURER, INSURANCE COMMISSIONER*

A qualified elector, at least 25 years old, and a citizen of the state five (5) years next preceding the day of election.  *Miss. Const. of 1890, Art. V, §§133 and 134, Art. XII, §250; Miss. Code Ann. §83-1-3.*

### *ATTORNEY GENERAL*

A qualified elector, a practicing attorney for five (5) years, at least 26 years old, and a citizen of the state five years.  *Miss. Const. of 1890, Art. VI, §173, Art. XII, §250.*

### *COMMISSIONER OF AGRICULTURE & COMMERCE*

A qualified elector with a general knowledge of agriculture, mining, manufacturing, statistics, and general industries and an experienced and practical agriculturist. Must be a resident of the state for five (5) years immediately preceding the day of election. *Miss. Code Ann. §69-1-1; Miss. Const. of 1890, art. XII, §250*

# STATE DISTRICT OFFICES

### *PUBLIC SERVICE COMMISSIONER*

A qualified elector, at least 25 years old, a resident of the Supreme Court district in which he/she seeks election, and a citizen of the state five (5) years preceding the day of election. *Miss. Code Ann. §77-1-1; Miss. Const. of 1890, Art. VII, §186, Art. XII, §250.*

### *TRANSPORTATION COMMISSIONER*

A qualified elector and a resident of the Supreme Court district in which he/she seeks election for five (5) years immediately preceding the day of the election. *Miss. Code Ann. §65-1-3.*

### *DISTRICT ATTORNEY*

A qualified elector of the district and a practicing attorney admitted to practice before the Supreme Court of Mississippi for two years. Must be a resident of the district for five (5) years immediately preceding the day of the election. *Miss. Code Ann. §25-31-1.*

### *MISSISSIPPI LEVEE DISTRICT COMMISSIONER*

A qualified elector and resident of the respective county and levee district from which he/she seeks election. *Miss. Const. of 1890, Art. XI, §230.* The Mississippi Levee District consists of two (2) members from each of the counties of Bolivar and Washington, and one from each of the counties of Issaquena, Sharkey and a portion of Humphreys. This election year, one (1) member shall be elected from the counties of Bolivar, Issaquena, and Washington. *Chapter 85 of the Laws of 1930.*

# STATE LEGISLATURE

### *SENATE*

A qualified elector of the state four (4) years, at least 25 years old, and an actual resident of the district or territory represented for two (2) years before the election. *Miss. Const. of 1890, Art. IV, §42.*

### *REPRESENTATIVE*

A qualified elector and resident citizen of the state four (4) years, at least 21 years old, and a resident of the district represented for two (2) years before the election. *Miss. Const. of 1890, Art. IV, §41.*

# JUDICIAL OFFICES

### *SUPREME COURT JUSTICE*

A qualified elector of the Supreme Court District in which election is sought, at least thirty (30) years of age, a practicing attorney and a citizen of the state for five (5) years preceding the day of election. *Miss. Const. of 1890, Art. VI, §150.*

### *COURT OF APPEALS JUSTICE*

A qualified elector, at least thirty (30) years of age, a practicing attorney, and a citizen of the state for five (5) years preceding the day of election. *Miss. Const. of 1890, Art. VI, § 150.*

### *CHANCERY COURT JUDGE*

A qualified elector, at least twenty-six (26) years of age, a practicing attorney for five (5) years, and a citizen of the state for five (5) years preceding the day of election.  *Miss. Const. of 1890, Art. VI, § 154.*

### *CIRCUIT COURT JUDGE*

A qualified elector, at least twenty-six (26) years of age, a practicing attorney for five (5) years, and a citizen of the state for five (5) years preceding the day of election.  *Miss. Const. of 1890, Art. VI, § 154.*

### *COUNTY COURT JUDGE*

A qualified elector for and from the county court district, at least 26 years old, a practicing attorney for five years, and a citizen of the state for five years preceding the election. Must be a resident of the county they seek election in for two (2) years on the day before the election. *Miss. Code Ann. §9-9-5*; *Miss. Code Ann. §23-15-300.*

# COUNTY OFFICES

### *SHERIFF*

Not a defaulter to the state or any county or municipality or to the United States and a qualified elector. Must be a resident of the county they seek election in for two (2) years on the day before the election. *Miss. Code Ann. §19-25-3*; *Miss. Const. of 1890, Art. V, §§135 and 138*; *Miss. Code Ann. §23-15-300*

### *CHANCERY CLERK, CIRCUIT CLERK, TAX ASSESSOR/COLLECTOR*

A qualified elector of the county in which he/she seeks election. Must be a resident of the county they seek election in for two (2) years on the day before the election. *Miss. Const. of 1890, Art. V, §§135 and 138*; Art. VI,*§168; ART XII,§250;  Miss. Code Ann. §23-15-300.*

### *COUNTY ATTORNEY*

A resident of the county for at least two (2) years prior to the general election, a qualified elector, and a regular licensed and practicing attorney. *Miss. Code Ann. §19-23-9; Miss. Code Ann. § 23-15-300.*

### *SURVEYOR*

A registered land surveyor and a qualified elector of the county in which he/she seeks election. Must be a resident of the county they seek election in for two (2) years on the day before the election. *Miss. Code Ann. §19-27-1. Miss. Const. of 1890, Art. V §§135 and 138; Art. XII, §250; Miss. Code Ann. §23-15-300.*

### *CORONER*

A resident of the county for at least two (2) years prior to the general election, a qualified elector, at least 21 years of age, possessing a high school diploma or its equivalent, of the county in which he/she seeks election. The minimum education requirement shall not apply to any Coroner holding office on July 1, 1986, who is re-elected in the 1987 general election and thereafter as long as he/she maintains continuous active service. *Miss. Code Ann. §19-21-103; Miss. Const. of 1890, Art. V, §§135 and 138; Art. XII, §250; Miss. Code Ann. § 23-15-300.*

# COUNTY DISTRICT OFFICES

### *SUPERVISOR*

A qualified elector of the county and a resident in the district in which he or she seeks election for at least two years prior to the general election. *Miss. Code Ann. §19-3-3; Miss. Const. of 1890, Art. XII, §250; Miss. Code Ann. § 23-15-300.*

### *COUNTY ELECTION COMMISSIONER*

A qualified elector of the county and a resident in the district in which he or she seeks election for at least two (2) years prior to the general election. *Miss. Code Ann. § 23-15-213; Miss. Code Ann. § 23-15-300.*

### *JUSTICE COURT JUDGE*

A qualified elector and a resident of the county in which he or she seeks election for at least two (2) years prior to the general election, a high school graduate or its equivalent, and completion of a course of training required by law within six months of the beginning of the term of office. *Miss. Code Ann. §9-11-3; Miss. Const. of 1890, Art. VI, §171 and Art. XII, §250; Miss. Code Ann. § 23-15-300.*

### *CONSTABLE*

A qualified elector of the county and a resident in the district in which he or she seeks election for at least two (2) years prior to the general election. *Miss. Const. of 1890, Art. VI, §171 and Art. XII, §250; Miss. Code Ann. § 23-15-300.*

# MUNICIPAL OFFICES

In a Code Charter Municipality, the mayor and members of the board of aldermen shall be qualified electors (registered voters) of the municipality and the aldermen elected from and by wards shall be residents of their respective wards. Both the mayor and members of the board of aldermen shall be residents of the municipality for at least two years prior to the general election; however, this does not apply to municipalities with a population of less

than 1,000. *Miss. Code Ann. § 21-3-9; Miss. Code Ann. § 23-15-300.*

In a Council form of government, the mayor and members of the council shall be qualified electors of the municipality and, the councilmen elected from and by wards shall be residents of their respective wards; however, if the city be divided into less than six wards, the remaining councilmen shall be elected at large. *Miss. Code Ann. §§ 21-7-7, 21-3-9.*

In a Commission form of government, please refer to *Miss. Code Ann. § 21-5-5.*

In a Mayor-Council form of government, please refer to *Miss. Code Ann. § 21-8-21.*

In a Council-Manager plan of government, please refer to *Miss. Code Ann. § 21-9-15.*

# SCHOOL DISTRICT OFFICE

### *COUNTY SCHOOL BOARD MEMBER*

A resident and qualified elector (registered voter) of the district from which election is sought and have a high school diploma or its equivalent.  *Miss. Code Ann. § 37-5-1.*

No person who is a resident of the territory embraced within a municipal separate school district or a special municipal separate school district is eligible to be a member of the county board of education. *Miss. Code Ann. § 37-5-3.*

Each school board member shall be required to complete a basic course of training and education for local school board members conducted by the Mississippi School Boards Association within six (6) months of his selection. In addition, each school board member shall be required to file annually in the office of the school board a certificate of completion of a course of continuing education conducted by the Mississippi School Boards Association. *Miss. Code Ann. § 37-7-306.*

### *CONSOLIDATED/CONSOLIDATED LINE SCHOOL DISTRICT TRUSTEE*

A bona fide resident and qualified elector (registered voter) of the district in which election is sought, and have a high school diploma or its equivalent. *Miss. Const. of 1890, Art. XII, §250; Miss. Code Ann. §§ 37-7-201, 37-7-306.*

Each school board member shall be required to complete a basic course of training and education for local school board members conducted by the Mississippi School Boards Association within six (6) months of his selection. In addition, each school board member shall be required to file annually in the office of the school board a certificate of completion of a course of continuing education conducted by the Mississippi School Boards Association. *Miss. Code Ann. § 37-7-306.*

### *MUNICIPAL SEPARATE SCHOOL DISTRICT TRUSTEE*

A bona fide resident and qualified elector (registered voter) of the district in which election is sought, and have a high school diploma or its equivalent.  *Miss. Const. of 1890, Art. XII, § 250*; *Miss. Code Ann. §§ 37-7-201; 37-7-306.*

Each school board member shall be required to complete a basic course of training and education for local school board members conducted by the Mississippi School Boards Association within six (6) months of his selection. In addition, each school board member shall be required to file annually in the office of the school board a certificate of completion of a course of continuing education conducted by the Mississippi School Boards Association.  *Miss. Code Ann. § 37-7-306*.

### *SPECIAL MUNICIPAL SEPARATE SCHOOL DISTRICT TRUSTEE*

A bona fide resident and qualified elector (registered voter) of the district in which election is sought, and have a high school diploma or its equivalent.  *Miss. Const. of 1890, Art. XII, § 250*; *Miss. Code Ann. §§ 37-7-201, 37-7-306, 37-7-707*

Each school board member shall be required to complete a basic course of training and education for local school board members conducted by the Mississippi School Boards Association within six (6) months of his selection. In addition, each school board member shall be required to file annually in the office of the school board a certificate of completion of a course of continuing education conducted by the Mississippi School Boards Association.  *Miss. Code Ann. § 37-7-306*.

# QUALIFYING FOR OFFICE

Most individuals seeking elected office may choose to qualify as either a political party or independent candidate.  A political party candidate participates in the Primary Election (and possibly the Primary Runoff Election three weeks thereafter), seeking to win a particular political party's nomination for a particular office.  The winning candidates in the Primary Elections (or Primary Runoff Elections) move forward and participate in the November General Election as the respective political parties' nominees for the respective offices.  An independent candidate participates only in the November General Election and, for the purposes of the ballot, has no designated political party affiliation.

*In Mississippi, candidates for special election, judicial office (with the exception of candidates for Justice Court Judge), County School Board, Consolidated/Consolidated Line School District Trustee, Municipal Separate School District Trustee and Special Municipal Separate School District Trustee run as non-partisan candidates and only participate in the November General Election, with no designation of a political party affiliation on the ballot or otherwise*.

## POLITICAL PARTY/PRIMARY ELECTION CANDIDATES

An individual who chooses to seek election as a partisan candidate and therefore participate in a primary election to seek the nomination of a particular political party must file with the proper office a "Qualifying Statement of Intent for a Candidate for Party Nomination," together with the applicable qualifying fee, on or before the qualifying deadline, as is explained further below. Qualifying forms for party candidates are available from the respective political party's state office or on the Secretary of State's website.

### *INDEPENDENT CANDIDATES*

An individual who chooses to seek election as an independent candidate must file with the proper office a "Qualifying Statement of Intent for an Independent Candidate," a qualifying petition, which must be signed by a certain number of qualified electors (registered voters) from the jurisdiction  from which the candidate seeks election, and pay the applicable qualifying fee, on or before the qualifying deadline, as is explained further below.  The number of signatures required on the qualifying petition is dependent upon the specific office sought by the candidate. Each candidate must obtain the certification of the signatures from the Circuit Clerk's Office of the county from where the signatures were collected prior to filing his/her qualifying paperwork with the appropriate office.

Independent candidates should budget sufficient time to ensure the certification of petition signatures by the respective Circuit Clerk's Office well in advance of the qualifying deadline. Qualifying forms for independent candidates are available from the Circuit Clerk's Office or on the Secretary of State's website.

# WHAT, WHEN, AND WHERE TO QUALIFY FOR OFFICE

### *FOR U.S. PRESIDENT*:

*As a Political Party Candidate for the Presidential Preference Primary*:

1) A Statement of Intent for a Candidate for Party Nomination, and

2) Petition, signed by not less than five hundred (500) qualified electors (registered voters) of the state OR not less than one hundred (100) qualified electors (registered voters) of each Congressional district of the state,

    a. All petition signatures must be certified by each Circuit Clerk's Office of the county from where the signatures were collected, and

    b. All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3) Qualifying fee made payable to the respective State Party Executive Committee in the amount of $2,500.00,

4) Filed with the State Party Executive Committee,

5) No later than 5:00 p.m. on the date of the  applicable deadline.

    o If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline. The State Party Executive Committee must be in actual receipt of the candidate's qualifying papers and fee by 5:00 p.m., on the date of the applicable deadline.

* * * * *

*As a Presidential Party Nominee for the General Election*:

1) A Certificate of Nomination by any national convention or like assembly of any party duly organized in Mississippi, signed by the presiding officer and secretary of the convention and by the chairman of the state executive committee, and

2) Qualifying fee made payable to the Secretary of State in the amount of $2,500.00,

3) List of six (6) names and addresses of persons, who shall be qualified electors of Mississippi. Each person listed must execute the following statement which shall be attached to the petition when filed: "I do hereby consent and do hereby agree to serve as elector fore President and Vice President of the United States, if elected to that position, and do herby agree that, if so elected, I shall cast my ballot as such for _____ for President and _____ for Vice President of the United States" (inserting in said blank spaces the respective names of the persons named as nominees for said respective offices in the certificate to which the statement is attached).

4) Filed with the Secretary of State's Office,

5) No later than 5:00 p.m. on the date of the applicable deadline.

   o If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline. The Secretary of State must be in actual receipt of the nomination and fee by 5:00 p.m., on the date of the applicable deadline.

* * * * *

*<u>As an Independent Candidate for the General Election</u>*:

1) A Statement of Intent for an Independent Candidate, and

2) Petition signed by not less than one thousand (1,000) qualified electors (registered voters) of the State of Mississippi.

   a. All petition signatures must be certified by each Circuit Clerk's Office of the county from where the signatures were collected, and

   b. All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3) Qualifying fee made payable to the Secretary of State in the amount of $2,500.00,

4) List of six (6) names and addresses of persons, who shall be qualified voters of Mississippi, equal in number to the number of presidential electors, six (6), to be chosen. Each person listed must execute the following statement which shall be attached to the petition when filed: "I do hereby consent and do hereby agree to serve as elector fore President and Vice President of the United States, if elected to that position, and do herby agree that, if so elected, I shall cast my ballot as such for _____ for President and _____ for Vice President of the United States" (inserting in said blank spaces the respective names of the persons named as nominees for said respective offices in the certificate to which this statement is attached).

5) Filed with the Secretary of State's Office,

6) No later than 5:00 p.m. on the date of the applicable deadline.

o   If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline. The Secretary of State must be in actual receipt of the candidate's qualifying papers and fee by 5:00 p.m., Friday,  on the date of the applicable deadline.

*Miss. Code Ann. §§ 23-15-359, 23-15-785; 23-15-1093 (1972).*

\* \* \* \* \*

## *FOR U.S. SENATE AND U.S. REPRESENTATIVE:*

### *As a Political Party Candidate*:

1)   A Statement of Intent for a Candidate for Party Nomination, and

2)   Qualifying fee made payable to the respective State Party Executive Committee:

    a.   United State Senator: $1,000.00.
    b.   United State Representative: $500.00

3)   Filed with the respective State Party Executive Committee,

4)   No later than 5:00 p.m. on the date of the applicable deadline.

o   If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline. The State Party Executive Committee must be in actual receipt of the Statement of Intent and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

\* \* \* \* \*

### *As an Independent Candidate*:

1)   A Statement of Intent for an Independent Candidate, and

2)   Petition signed by not less than 1,000 qualified electors (registered voters) of the State for the office of United States Senate or not less than 200 qualified electors (registered voters) of the Congressional district for the office of United States Representative,

    a.   All petition signatures must be certified by each Circuit Clerk's Office of the county from where the signatures were collected, and

    b.   All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3) Qualifying fee made payable to the Secretary of State in the amount of
    a.  $1,000.00 for the office of United State Senator, or
    b.  $500.00 for the office of United State Representative.

4) Filed with the Secretary of State's Office,

5) No later than 5:00 p.m. on the date of the applicable deadline.

    o  If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline. The Secretary of State must be in actual receipt of the Statement of Intent, Petition and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

* * * * *

### FOR STATEWIDE, STATE DISTRICT, & LEGISLATIVE OFFICE:

*As a Political Party Candidate*:

1) Qualifying Statement of Intent for a Candidate for Party Nomination, and

2) Qualifying fee made payable to the appropriate State Party:
    a.  Governor: $1,000.00.
    b.  Lieutenant Governor, Secretary of State, Auditor, Treasurer, Insurance Commissioner, Attorney General, and Commissioner of Agriculture & Commerce: $500.00.
    c.  Public Service Commissioner and Transportation Commissioner: $500.00.
    d.  District Attorney: $250.00.
    e.  State Senate and State House of Representatives: $250.00.

3) Filed with the appropriate State Party,

4) No later than 5:00 p.m. on the date of the applicable deadline.  If qualifying by mail, please note, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline, meaning the State Party must be in actual receipt of the Statement of Intent and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

5) Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

6) Required Campaign Finance Disclosure Reports filed with the Secretary of State's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * *

*As an Independent Candidate*:

1) Petition signed by not less than the statutory required number of qualified electors (registered voters) of the State of Mississippi (or district, if applicable), certified by the Circuit Clerks' Offices of the respective counties from which the signatures were collected,
   a. Governor: not less than one thousand (1,000) qualified electors of the State.
   b. Lieutenant Governor, Secretary of State, Auditor, Treasurer, Insurance Commissioner, Attorney General, and Commissioner of Agriculture & Commerce: not less than one thousand (1,000) qualified electors of the State.
   c. Public Service Commissioner and Transportation Commissioner: not less than three hundred (300) qualified electors of the district.
   d. District Attorney: not less than one hundred (100) qualified electors of the district.
   e. State Senate and State House of Representatives: not less than fifty (50) qualified electors of the district.

2) Qualifying Statement of Intent for an Independent Candidate, and

3) Qualifying fee made payable to the Secretary of State:
   a. Governor: $1,000.00.
   b. Lieutenant Governor, Secretary of State, Auditor, Treasurer, Insurance Commissioner, Attorney General, and Commissioner of Agriculture & Commerce: $500.00.
   c. Public Service Commissioner and Transportation Commissioner: $500.00.
   d. District Attorney: $250.00.
   e. State Senate and State House of Representatives: $250.00.

4) Filed with the Secretary of State's Office,

5) No later than 5:00 p.m. on the date of the applicable deadline.  If qualifying by mail, please note, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline, meaning the Secretary of State must be in actual receipt of the Statement of Intent, petition, and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

6) Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

Required Campaign Finance Disclosure Reports filed with the Secretary of State's Office by 5:00 p.m. the date of the applicable deadline(s).

* * * * *

**_FOR MISSISSIPPI LEVEE DISTRICT COMMISSIONER:_**

1) Qualifying Statement of Intent of an Independent Candidate,

2) Petition signed by not less than fifty (50) qualified electors (registered voters) of the county and levee district from which election is sought.

   a. All petition signatures must be certified by the Circuit Clerk's Office of the county from where the signatures were collected, and

   b. All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3) Qualifying fee in the amount of One Hundred Dollars ($100.00), made payable to the Circuit Clerk of the county of the candidate's residence,

4) Filed with the Circuit Clerk's Office in the county and levee district from which election is sought,

5) No later than 5:00 p.m. on the date of the applicable deadline.

   o If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline. The Circuit Clerk's Office must be in actual receipt of the Statement of Intent, Petition, and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

6) Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * *

### FOR SUPREME COURT JUSTICE, COURT OF APPEALS, CHANCERY, OR CIRCUIT COURT JUDGE:

1) Statement of Intent for Judicial Candidate, and

2) Qualifying fee

   a. Supreme Court Justice, in the amount of Two Hundred Dollars ($200.00), made payable to the Secretary of State;
   b. Court of Appeals Judge, in the amount of Two Hundred Dollars ($200.00), made payable to the Secretary of State;
   c. Chancery and Circuit Court Judge, in the amount of One Hundred Dollars ($100.00), made payable to the Secretary of State; and

3) Affidavit/Pledge of Judicial Candidate,
4) Filed with the Secretary of State's office,

5) No later than 5:00 p.m. on the date of the applicable deadline.

   o If qualifying by mail, the date of the applicable deadline is not a post-

mark deadline, but an actual receipt deadline. The Secretary of State's Office must be in actual receipt of the Statement of Intent, Affidavit/Pledge and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

6) Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

7) Written notice of candidacy, including the candidate's mailing address and telephone number, to the Commission on Judicial Performance within ten (10) days after formally announcing candidacy or officially qualifying for election, whichever shall occur first.

8) Campaign Finance Disclosure Reports filed with the Secretary of State's office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * *

### *FOR COUNTY COURT JUDGE:*

1) Qualifying Statement of Intent for Judicial Candidate,

2) Qualifying fee in the amount of Fifteen Dollars ($15.00), made payable to the Circuit Clerk of the county of the candidate's residence, and

3) Affidavit/Pledge of Judicial Candidate,

4) Filed with the Circuit Clerk's Office in the county of the candidate's residence,

5) No later than 5:00 p.m. on the date of the applicable deadline.  If qualifying by mail, please note, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline, meaning the Circuit Clerk's Office must be in actual receipt of the Statement of Intent, Affidavit/Pledge, and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

6) Statement of Economic Interest filed electronically with the Mississippi Ethics Commissioner within fifteen (15) days of qualifying for office.

7) Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * *

### *FOR COUNTY AND COUNTY DISTRICT OFFICE[2]:*

*As a Political Party Candidate*:

1) Qualifying Statement of Intent for a Candidate for Party Nomination, and

2) Qualifying fee made payable in the amount of $100.00 to the appropriate Party.

3) Filed with the Circuit Clerk's Office,

4) No later than 5:00 p.m. on the date of the applicable deadline.  If qualifying by mail, please note, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline, meaning the Circuit Clerk's Office must be in actual receipt of the Statement of Intent and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

5) Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

6) Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * *

*As an Independent Candidate*:

1) Petition signed by not less than the statutory required number of qualified electors (registered voters) of the County (and district if applicable), certified by the Circuit Clerks' Offices of the respective county from which the signatures were collected,
   a. Countywide office: not less than fifty (50) qualified electors of the county.
   b. County district office: not less than fifteen (15) qualified electors of the district.

2) Qualifying Statement of Intent for an Independent Candidate, and

3) Qualifying fee made payable in the amount of $100.00 to the County,

4) Filed with the Circuit Clerk's Office.

5) No later than 5:00 p.m. on the date of the applicable deadline.  If qualifying by mail, please note, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline, meaning the Circuit Clerk's Office must be in actual receipt of the Statement of Intent, petition, and qualifying fee by 5:00 p.m., on the date of the applicable deadline.

---

[2] County and County District Office includes the offices of sheriff, chancery clerk, circuit clerk, tax assessor, tax collector, county attorney, county supervisor, surveyor, coroner, justice court judge and constable. This does not include election commissioner or school district office.

6) Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

7) Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the applicable deadline(s).

* * * * *

### FOR COUNTY ELECTION COMMISSIONER:

1) A Statement of Intent – Candidate for Election Commissioner, and

2) Petition signed by not less than fifty (50) qualified electors (registered voters) of the district from which election is sought,

   a. All petition signatures must be certified by the Circuit Clerk's Office of the county from where the signatures were collected, and

   b. All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3) Filed with the **Chancery Clerk's Office**,

4) No later than 5:00 p.m. on the date of the applicable deadline.

   o If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline.  The Secretary of State must be in actual receipt of the Statement of Intent and Petition by 5:00 p.m. on the date of the applicable deadline.

5) Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the date of the applicable deadline (s).

* * * * *

### FOR MUNICIPAL OFFICES

*Political Party Candidates*

1) Qualifying Statement of Intent for a Candidate for Party Nomination, and

2) Qualifying fee in the amount of ten dollars ($10.00) made payable to the appropriate Municipal Party Executive Committee,

3) Filed with the Municipal Clerk's Office in the candidate's city of residence,

4)  No later than 5:00 p.m. on the date of the applicable deadline.  NOTE:  The qualifying date is an actual receipt deadline and cannot be extended under any circumstance.

5)  Statement of Economic Interest, within fifteen (15) days of qualifying, with the Mississippi Ethics Commission, 660 North Street, Suite #100-C, Jackson, MS 39202; (601) 359-1285.

6)  Required Campaign Finance Disclosure Reports filed with the Municipal Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * * *

*As an Independent Candidate:*

1)  Qualifying Statement of Intent for an Independent Candidate, and

2)  Qualifying Petition, signed by not less than the following number of qualified electors (registered voters), certified by the Municipal Clerk of the municipality from where the signatures were collected by the candidate:

3)  Filed with the Municipal Clerk's office in the candidate's city of residence,

4)   No later than 5:00 p.m. on the date of the applicable deadline.  NOTE:  The qualifying date is an actual receipt deadline and cannot be extended under any circumstance.

5)  Statement of Economic Interest, within fifteen (15) days of qualifying, with the Mississippi Ethics Commission, 660 North Street, Suite #100-C, Jackson, MS 39202; (601) 359-1285.

6)  Required Campaign Finance Disclosure Reports filed with the Municipal Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * * *

### FOR COUNTY SCHOOL BOARD MEMBER, SPECIAL MUNICIPAL SEPARATE SCHOOL DISTRICT TRUSTEE OR CONSOLIDATED/CONSOLIDATED LINE SCHOOL DISTRICT TRUSTEE:

1)  Qualifying Statement of Intent, and

2)  Petition signed by not less than fifty (50) qualified electors (registered voters) of the district from which election is sought,

    a.  If there are less than one hundred (100) qualified electors (registered voters) of the district from which election is sought, the qualifying petition must be signed by not less than twenty percent (20.0%) of the qualified electors of the district,

    b.  All petition signatures must be certified by the Circuit Clerk's Office of the county from where the signatures were collected, and

      c.  All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3)  Filed with the Circuit Clerk's Office,

4)  No more than ninety (90) days nor later than 5:00 p.m. on the sixtieth (60th) day before the election.

      o  If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline.  The Circuit Clerk's Office must be in actual receipt of the Qualifying Statement of Intent and Petition by 5:00 p.m., on the date of the applicable deadline.

5)  Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

6)  Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

* * * * *

### *FOR MUNICIPAL SEPARATE SCHOOL DISTRICT TRUSTEE:*

1)  Qualifying Statement of Intent,

2)  Petition, with Affidavit,  signed by not less than fifty (50) qualified electors (registered voters) of the district from which election is sought

      a.  If there are less than one hundred (100) qualified electors (registered voters) of the district from which election is sought, the qualifying petition must be signed by not less than twenty percent (20.0%) of the qualified electors of the district,

      b.  All petition signatures must be certified by the Circuit Clerk's Office of the county from where the signatures were collected, and

      c.  All "header" information must be completed on each petition page prior to obtaining voters' signatures.

3)  Filed with the Circuit Clerk's Office,

4)  No more than ninety (90) days nor later than 5:00 p.m. on the sixtieth (60th) day before the election.

      o  If qualifying by mail, the date of the applicable deadline is not a post-mark deadline, but an actual receipt deadline.  The Circuit Clerk's Office must be in actual receipt of the Qualifying Statement of Intent and Petition by 5:00 p.m., on the date of the applicable deadline.

5)  Statement of Economic Interest filed electronically with the Mississippi Ethics Commission within fifteen (15) days of qualifying for office.

6)  Required Campaign Finance Disclosure Reports filed with the Circuit Clerk's Office by 5:00 p.m. on the date of the applicable deadline(s).

# STATEMENT OF ECONOMIC INTEREST

All elected officials (excluding federal office holders, levee commissioners and election commissioners), appointed officials and candidates seeking office are required to electronically file a Statement of Economic Interest with the Mississippi Ethics Commission. Candidates for elected office must file within fifteen (15) days of qualifying. Persons appointed to office must file within thirty (30) days of appointment. Incumbents must file each and every year on or before May 1st.

Additional information may be obtained from the Mississippi Ethics Commission:

| Physical Address | Postal Mailing Address |
|---|---|
| 600 North Street, Suite 100-C | Post Office Box 22746 |
| Jackson, Mississippi  39202 | Jackson, Mississippi 39225-2746 |

Telephone:  (601) 359-1285
Facsimile:  (601) 359-1292
info@ethics.state.ms.us; www.ethics.ms.gov

# COMMISSION ON JUDICIAL PERFORMANCE

Candidates for Supreme Court and Court of Appeals are required to forward written notice of such candidacy, together with an appropriate mailing address and telephone number, to the Commission on Judicial Performance within ten (10) days of formally announcing and/or officially qualifying for election or re-election to any judicial office.

The Commission will forward all candidates copies of: Canon 5 of the Code of Judicial Conduct, summaries of any previous opinions issued by the Special Committee, Special Committees organized for prior elections, or the Supreme Court of Mississippi, which relate in any way to campaign conduct and practices; and a form acknowledgment, which each candidate shall promptly return to the Commission. *Code of Judicial Conduct of Mississippi Judicial Conduct, Canon 5*.

Additional information may be obtained directly from Judicial Performance:

Mississippi Commission on Judicial Performance
660 North Street, Suite 104
Jackson, MS 39202
Telephone: (601) 359-1273
Facsimile: (601) 359-6277
mailbox@judicialperformance.ms.gov; www.judicialperformance.ms.gov

# CAMPAIGN FINANCE REPORTING REQUIREMENTS

Excluding candidates for federal office, Mississippi law requires all candidates for elective office to file campaign finance disclosure reports.[3] Under the law, one is a candidate if he/she has filed qualifying papers or has spent or received *over $200 in the aggregate* in furtherance of an election campaign. Following the qualifying deadline, all persons who have filed qualifying papers are candidates under the law, even if they have not received or spent any money whatsoever in furtherance of a campaign. Forms necessary for compliance with these laws are available from the Secretary of State's Office or the Circuit Clerk's Office. Campaign Finance reporting forms also may be downloaded from the Secretary of State's website.

*What information must be reported?*

All Reports of Receipts and Disbursements filed under state law must be complete and include:
- Name, address, contact information, the office sought and political party affiliation, if any, of the candidate,
- The total amount of contributions received during the reporting period, both itemized and non-itemized, and an aggregate year-to-date total of all contributions,
- The total amount of disbursements made during the reporting period, both itemized and non-itemized, and an aggregate year-to-date total of all disbursements, and
- The total amount of cash on hand to date.

*Itemized Contributions*

A contribution must be included within the itemized total of contributions on the "Report of Receipts and Disbursements" and separately reported on the "Itemized Receipts" attachment to the report if the year-to-date aggregate total of the contribution(s) received from a particular person, business or entity exceeds $200.00. A contribution separately itemized on the "Itemized Receipts" must identify the contribution by contributor type, contributor name and address, date(s) and amount(s) for the reporting period and aggregate year-to-date total, and the occupation or employer of the contributor, if applicable.

*Itemized Disbursements*

A disbursement must be included within the itemized total of disbursements on the "Report of Receipts and Disbursements" and separately reported on the "Itemized Disbursements" attachment to the report if the year-to-date aggregate total of the disbursement(s) made to a particular person, business or entity exceeds $200.00. A disbursement separately itemized on the "Itemized Disbursements" must be identified by the recipient's name and address, the date(s) and amount(s) for the reporting period and aggregate year-to-date total, and purpose of the disbursement. *Miss. Code Ann. § 23-15-807(d)(ii)(iii).*

---

[3] Candidates for federal office are not required to file campaign finance reports in Mississippi. Federal candidates should verify reporting requirements with the Federal Election Commission (FEC) by visiting their website at www.fec.gov or calling 1(800)424-9530.

<u>*Non-Itemized Contributions and Disbursements*</u>

Contributions and disbursements with year-to-date aggregate totals equal to or less than $200.00 in a calendar year are  not itemized.  However, these amounts are included in the totals of all contributions and of all disbursements for the reporting period on the "Report of Receipts and Disbursements."

### *When are reports due?*

Reports are due in the appropriate office no later than 5:00 p.m. on the deadline.  If a deadline falls on a weekend or legal holiday, the report is due at 5:00 p.m. on the first working day preceding the weekend or legal holiday.  Statutory deadlines are provided on the front of each reporting form and on the schedule following hereafter.

The appropriate office must be in <u>actual receipt</u> of the report by 5:00 p.m. on the deadline. It is the responsibility of the candidate to make sure the report is delivered on time. *Miss. Code Ann. § 23-15-807(e).*

### *Where to Report?*

Candidates for **Statewide Office, State District Office, Legislative Office, Supreme Court Justice ,  Court of Appeals Judge, Chancery Court Judge, and Circuit Court Judge** file with the Secretary of State's Office.

Candidates for **County Court Judge** file with the Circuit Clerk's Office.

Candidates for **County and County District Office** file with the Circuit Clerk's Office.

Candidates for **Municipal Office** file with the Municipal Clerk's Office.

Candidates of **any School District Office** file with the Circuit Clerk's Office.

### *What types of reports must a candidate file this year?*

Candidates for **Court of Appeals, Chancery Court, and Circuit Court Judge** must file the following campaign finance reports on the following deadlines:

- January 31, 2022 (2021 Annual Report), due if any money was raised or spent in 2021, or if candidate previously ran for office and did not file a Termination Report.
- May 10, 2022 Periodic Report, for the period beginning January 1, 2022 through April 30, 2022.
- June 10, 2022 Periodic Report, for the period beginning May 1, 2022 through May 31, 2022.
- July 8, 2022 Periodic Report, for the period beginning June 1, 2022 through June 30, 2022.
- October 10, 2022 Periodic Report, for the period beginning July 1, 2022 through September 30, 2022.
- November 1, 2022 Pre-Election Report (if opposed), for the period beginning October 1, 2022 through October 29, 2022.

- November 22, 2022 Pre-Runoff Election Report, for the period beginning October 30, 2022 through November 19, 2022 (for only those candidates and political committees supporting or opposing those candidates whose names will appear on a Runoff Election ballot on November 29, 2022)
- January 10, 2023 Periodic Report, for the period beginning October 1, 2022 through December 31, 2022.

Candidates for **School District Office** must file the following campaign finance reports on the following deadlines:

- January 31, 2022 (2021 Annual Report), due if any money was raised or spent in 2021, or if candidate previously ran for office and did not file a Termination Report.
- November 1, 2022 Pre-Election Report, for the period beginning January 1, 2022 through October 29, 2022
- November 22, 2022 Pre-Runoff Election Report, for the period beginning October 30, 2022 through November 19, 2022 (for only those candidates whose names will appear on a Runoff Election ballot on  November 29, 2022).
- 2022 Annual Report due no later than January 31, 2023, for the period beginning on January 1, 2022 through December 31, 2022.

A candidate should simply check (√) the type of report being submitted on his/her form. A candidate may submit a Termination Report at the same time as another scheduled report by placing a check in the blank preceding <u>both</u> the scheduled report and the Termination Report. Candidates and political committees are required to continue to file campaign finance disclosure reports in accordance with the applicable statutory schedule, which changes from year to year, unless and until a Termination Report is filed with the appropriate office.  A Termination Report may only be filed, however, if the candidate or political committee no longer accepts contributions or makes expenditures and has no outstanding debts.

Campaign finance forms are available on the Secretary of State's website.  Please refer to the separately published ***Campaign Finance Guide*** for more detailed information pertaining to the campaign finance disclosure and reporting requirements.

# <u>Learning More about Elections in Mississippi</u>

For further information about Mississippi elections, visit our website at www.sos.ms.gov. At that location, you will find additional publications and resources for both the candidate as well as the voter.

This qualifying guide has been produced as an aid and a convenience for candidates who wish to qualify for elected office in 2020.  Candidates should be aware changes in state law enacted or court decisions made after the printing of this guide may affect deadlines or other substantive provisions of election law.  Accordingly, candidates should review all current election and campaign finance disclosure laws.

This guide does not provide information for candidates seeking to qualify for any specially called election in 2020.  Candidates interested in qualifying for a specially called election should contact their Circuit Clerk's Office or the Secretary of State's Office for additional information.

# <u>CONTACT INFORMATION</u>

**Mississippi Secretary of State's Office**
**Attn: Elections Division**
**Post Office Box 136**
**Jackson, Mississippi 39205**

| | |
|---|---|
| **Elections Call Center** | **(601) 576-2550** |
| **Elections Hotline** | **(800) 829-6786** |
| **Elections Fax** | **(601) 576-2545** |
| **Mississippi Ethics Commission** | **(601) 359-1285** |
| **Mississippi Comm. on Judicial Performance** | **(601) 359-1273** |
| **Mississippi Attorney General's Office** | **(601) 359-3680** |



**Mississippi Secretary of State's Office**
Elections Division
P.O. Box 136
Jackson, MS 39205
601-576-2550
Elections Hotline: 800-829-6786
www.sos.ms.gov