IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON, MISSISSIPPI

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HAYLEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and, MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| and | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON and ROBERT NORVEL | INTERVENORS |

CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

THE MISSISSIPPI SECRETARY OF STATE'S JOINDER IN THE
MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE'S MEMORANDUM
OF AUTHORITES IN SUPPORT OF THE
MOTION TO VACATE INJUNCTION AND FOR OTHER RELIEF

Mississippi Secretary of State Michael Watson joins in the Mississippi Republican Party Executive Committee's memorandum of authorities in support of the pending motion to vacate injunction and for other relief filed this day (Dkt. 156). Consistent with this Court's direction to avoid repetition of argument, 2/2/22 Tr. 46-47, the Secretary of State adopts and incorporates the arguments and grounds for relief set forth in the Committee's memorandum.

04049032

Dated: February 14, 2022

                                              Respectfully submitted,

                                              **MICHAEL WATSON,**
                                                **Secretary of State of Mississippi**

                                              By: */s/ William Trey Jones, III*

OF COUNSEL:
William Trey Jones, III, MSB No. 99185
Matthew W. Allen, MSB No. 101605
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902
tjones@brunini.com
mwallen@brunini.com

**ATTORNEY FOR MICHAEL WATSON,**
 **SECRETARY OF STATE OF MISSISSIPPI**

04049032

# CERTIFICATE OF SERVICE

I, William Trey Jones, III hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: February 14, 2022

/s/ William Trey Jones, III

04049032