IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
and GENE WALKER                                                                                                    PLAINTIFFS

V.                                                                            CIVIL ACTION NO. 3:01-CV-855WS

ERIC CLARK, Secretary of State of Mississippi;
MIKE MOORE, Attorney General for the State
of Mississippi; RONNIE MUSGROVE, Governor
of Mississippi; MISSISSIPPI REPUBLICAN
EXECUTIVE COMMITTEE; and MISSISSIPPI
DEMOCRATIC EXECUTIVE COMMITTEE                                                                DEFENDANTS

**PLAINTIFFS' JOINDER IN THE MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE'S MEMORANDUM OF AUTHORITIES IN SUPPORT OF THE MOTION TO VACATE INJUNCTION AND FOR OTHER RELIEF**

COME NOW, the Plaintiffs and file herewith their Joinder in the Memorandum of Authorities of the Mississippi Republic Executive Committee in Support of Motion to Vacate Injunction and for Other Relief [Doc. 156]. The Plaintiffs hereby adopt and incorporate the arguments and grounds for relief set forth in said Memorandum.

This, the 15th day of February, 2022.

        Respectfully submitted,

        **JOHN ROBERT SMITH, SHIRLEY HALL
        and GENE WALKER**

By:   */s/ Arthur F. Jernigan, Jr.*
        Arthur F. Jernigan, Jr.
        Their Attorney

OF COUNSEL:

ARTHUR F. JERNIGAN, JR. (MSB #3092)
JERNIGAN COPELAND ATTORNEYS, PLLC
Post Office Box 2249
Madison, Mississippi 39130-2249
Telephone:   (601) 427-0021
Facsimile:    (601) 427-0051

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      This, the 15th day of February, 2022.

                                           */s/ Arthur F. Jernigan, Jr.*
                                           Arthur F. Jernigan, Jr.