# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JOHN ROBERT SMITH, SHIRLEY HALL**
**AND GENE WALKER**                                                                  **PLAINTIFFS**

**VS.**                                                 **Civil Action No. 3:01-cv-855-HTW-DCB-EGJ**

**DELBERT HOSEMANN, Secretary of State of**
**Mississippi; JIM HOOD, Attorney General for the State of**
**Mississippi; HALEY BARBOUR,**
**Governor of the State of Mississippi; MISSISSIPPI**
**REPUBLICAN EXECUTIVE COMMITTEE; and**
**MISSISSIPPI DEMOCRATIC EXECUTIVE**
**COMMITTEE**                                                                        **DEFENDANTS**

**and**

**BEATRICE BRANCH, RIMS BARBER,**
**L.C. DORSEY, DAVID RULE,**
**JAMES WOODWARD, JOSEPH P. HUDSON,**
**and ROBERT NORVEL**
**INTERVENORS**

## CONSOLIDATED WITH

**KELVIN BUCK, ET AL.**                                                              **PLAINTIFFS**

**VS.**                                                       **Civil Action No. 3:11-cv-717-HTW-LGI**

**HALEY BARBOUR, ET AL.**                                                            **DEFENDANTS**

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Ahmad R. Smith, Esq. hereby enters his appearance as counsel for the Defendant Mississippi Democratic Executive Committee in the above-styled and -numbered cause.

>AHMAD R. SMITH, ESQ.
>A.R. SMITH LAW, PLLC
>Post Office Box 16392
>Jackson, Mississippi 39236
>ahmad@arsmithlaw.com
>769.208.6679 (Telephone)
>601.594.5901 (Facsimile)

Service of all pleadings, papers, documents, and evidence required to be served in this action should be served on the undersigned appearing counsel.

RESPECTFULLY SUBMITTED, on this, the 18th day of February, 2022.

>*s/ Ahmad R. Smith, Esq.*_____
>Ahmad R. Smith, Esq. (MSB No. 104595)
>A.R. SMITH LAW, PLLC
>P.O. Box 16392
>Jackson, Mississippi 39236
>769.208.6679 (Telephone)
>601.594.5901 (Facsimile)

**CERTFICATE OF SERVICE**

I, Ahmad R. Smith, do hereby certify that on this date, February 18, 2022, I have electronically filed the foregoing Entry of Appearance with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

ON THIS, the 18th day of February, 2022.

By: */s/ Ahmad R. Smith*_____
Ahmad R. Smith, Esq. (MSB No. 104595)
A.R. SMITH LAW, PLLC
P.O. Box 16392
Jackson, Mississippi 39236
769.208.6679 (Telephone)
601.594.5901 (Facsimile)