# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | PLAINTIFFS |
| VS. | Civil Action No. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |

And

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS

## CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | Civil Action No. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

## SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL

On Friday, February 18, 2022, Samuel L. Begley moved to withdraw as counsel of record for Defendant Mississippi Democratic Executive Committee. [Document 160].

Immediately afterwards, Ahmad R. Smith, Esq. (MSB No. 104595) entered his appearance as counsel for Defendant Mississippi Democratic Executive Committee. [Document 161].

It is Mr. Begley's understanding from an earlier conversation with Party Chairman Tyree Irving and a conversation with Ahmad R. Smith on Friday, that Mr. Smith would be substituting Mr. Begley as counsel for the Party Executive Committee and that Mr. Begley thus would be relieved from representation and have no further responsibilities regarding this case, subject, of course, to the Court granting Mr. Begley's motion to release him as counsel of record.

Respectfully Submitted, this the 21st day of February, 2022.

*/s/ Samuel L. Begley, Esq.*
SAMUEL L. BEGLEY, ESQ.
Counsel of record for Defendant
Mississippi Democratic Executive
Committee

## CERTIFICATE OF SERVICE

I, Samuel L. Begley, Counsel of record for Defendant Mississippi Democratic Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with CM/ECF.

I further certify that I sent notification of such filing to the following persons via email:

    Tyree Irving, Chairman
    tirving@mississippidemocrats.org

    Anitra Eubanks, Executive Director
    aeubanks@mississippidemocrats.org

    Mississippi Democratic Party
    811 E. River Pl. Ste 102
    Jackson MS 39202

This the 21st day of February, 2022.

                                          */s/ Samuel L. Begley, Esq.*
                                          SAMUEL L. BEGLEY, ESQ.