User:
Plan Name: **MS CD 2020 Current Plan Report**
Plan Type: **Congress**

## Travel Contiguity

Sunday, February 20, 2022                                                                                                          9:13 PM

| Name | Combined % | Drive % | Walk % | Max Drive Distance | Max Drive Time | Max Walk Distance |
|---|---|---|---|---|---|---|
| 1 | | 96.4% | | 199.96 | | |
| 2 | | 98.2% | | 259.50 | | |
| 3 | | 97.8% | | 327.42 | | |
| 4 | | 97.7% | | 172.52 | | |

EXHIBIT "3"

# Travel Contiguity

MS CD 2020 Current Plan Rep

| | |
|---|---|
| Name | 1 |
| Combined % | .0% |
| Drive % | 96.4% |
| Walk % | .0% |
| Max Drive Distance | 199.96 |
| Max Drive Time | 0.00 |
| Max Walk Distance | .00 |



# Travel Contiguity

MS CD 2020 Current Plan Rep

| | |
|---|---|
| **Name** | 2 |
| **Combined %** | .0% |
| **Drive %** | 98.2% |
| **Walk %** | .0% |
| **Max Drive Distance** | 259.50 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |



# Travel Contiguity

MS CD 2020 Current Plan Rep

| | |
|---|---|
| **Name** | 3 |
| **Combined %** | .0% |
| **Drive %** | 97.8% |
| **Walk %** | .0% |
| **Max Drive Distance** | 327.42 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |





## Travel Contiguity

MS CD 2020 Current Plan Rep

| | |
|---|---|
| **Name** | 4 |
| **Combined %** | .0% |
| **Drive %** | 97.7% |
| **Walk %** | .0% |
| **Max Drive Distance** | 172.52 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |



User: **Tony Fairfax**
Plan Name: **MS CD HB384 Plan**
Plan Type: **Congressional Districts**

## Travel Contiguity

Sunday, February 20, 2022                                                                                                                7:39 PM

| Name | Combined % | Drive % | Walk % | Max Drive Distance | Max Drive Time | Max Walk Distance |
|---|---|---|---|---|---|---|
| 01 |  | 96.3% |  | 196.14 |  |  |
| 02 |  | 98.2% |  | 323.48 |  |  |
| 03 |  | 98.0% |  | 238.37 |  |  |
| 04 |  | 97.6% |  | 163.23 |  |  |

# Travel Contiguity

MS CD HB384 Plan

| | |
|---|---|
| **Name** | 01 |
| **Combined %** | .0% |
| **Drive %** | 96.3% |
| **Walk %** | .0% |
| **Max Drive Distance** | 196.14 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |




# Travel Contiguity

MS CD HB384 Plan

| | |
|---|---|
| **Name** | 02 |
| **Combined %** | .0% |
| **Drive %** | 98.2% |
| **Walk %** | .0% |
| **Max Drive Distance** | 323.48 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |




# Travel Contiguity

MS CD HB384 Plan

| | |
|---|---|
| Name | 03 |
| Combined % | .0% |
| Drive % | 98.0% |
| Walk % | .0% |
| Max Drive Distance | 238.37 |
| Max Drive Time | 0.00 |
| Max Walk Distance | .00 |




# Travel Contiguity

MS CD HB384 Plan

| | |
|---|---|
| **Name** | 04 |
| **Combined %** | .0% |
| **Drive %** | 97.6% |
| **Walk %** | .0% |
| **Max Drive Distance** | 163.23 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |




User: **Tony Fairfax**
Plan Name: **MS CD 2020 Plan A1 Final Rpt**
Plan Type: **SC Congressional Districts**

## Travel Contiguity

Monday, February 21, 2022											12:54 AM

| Name | Combined % | Drive % | Walk % | Max Drive Distance | Max Drive Time | Max Walk Distance |
|------|-----------|---------|--------|--------------------|----------------|-------------------|
| 1    |           | 96.2%   |        | 196.14             |                |                   |
| 2    |           | 97.9%   |        | 258.67             |                |                   |
| 3    |           | 98.3%   |        | 305.63             |                |                   |
| 4    |           | 97.6%   |        | 163.23             |                |                   |

## Travel Contiguity

MS CD 2020 Plan A1 Final Rpt

| | |
|---|---|
| **Name** | 1 |
| **Combined %** | .0% |
| **Drive %** | 96.2% |
| **Walk %** | .0% |
| **Max Drive Distance** | 196.14 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |




# Travel Contiguity

MS CD 2020 Plan A1 Final Rpt

| | |
|---|---|
| **Name** | 2 |
| **Combined %** | .0% |
| **Drive %** | 97.9% |
| **Walk %** | .0% |
| **Max Drive Distance** | 258.67 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |



# Travel Contiguity

MS CD 2020 Plan A1 Final Rpt

| | |
|---|---|
| **Name** | 3 |
| **Combined %** | .0% |
| **Drive %** | 98.3% |
| **Walk %** | .0% |
| **Max Drive Distance** | 305.63 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |



# Travel Contiguity

MS CD 2020 Plan A1 Final Rpt

| | |
|---|---|
| **Name** | 4 |
| **Combined %** | .0% |
| **Drive %** | 97.6% |
| **Walk %** | .0% |
| **Max Drive Distance** | 163.23 |
| **Max Drive Time** | 0.00 |
| **Max Walk Distance** | .00 |


