# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOHN ROBERT SMITH, SHIRLEY HALL**
**AND GENE WALKER**                                              **PLAINTIFFS**

**VS.**                                          **Civil Action No. 3:01-cv-855-HTW-DCB-EGJ**

**DELBERT HOSEMANN, Secretary of State of**
**Mississippi; JIM HOOD, Attorney General for the State of**
**Mississippi; HALEY BARBOUR,**
**Governor of the State of Mississippi; MISSISSIPPI**
**REPUBLICAN EXECUTIVE COMMITTEE; and**
**MISSISSIPPI DEMOCRATIC EXECUTIVE**
**COMMITTEE**                                                  **DEFENDANTS**

**and**

**BEATRICE BRANCH, RIMS BARBER,**
**L.C. DORSEY, DAVID RULE,**
**JAMES WOODWARD, JOSEPH P. HUDSON,**
**and ROBERT NORVEL**
**INTERVENORS**

## CONSOLIDATED WITH

**KELVIN BUCK, ET AL.**                                                   **PLAINTIFFS**

**VS.**                                          **Civil Action No. 3:11-cv-717-HTW-LRA**

**HALEY BARBOUR, ET AL.**                                            **DEFENDANTS**

## DECLARATION OF
## KAREEM CRAYTON

**STATE OF MARYLAND**

**COUNTY OF** __LAUREL__

My name is Kareem Crayton, and I make this Declaration pursuant to 28 U. S. C. Section 1746 as follows:

1. I am above the age of eighteen, of sound mind, and fully competent to make this Declaration.

2. I am an adult resident citizen of the State of Maryland, and I have an A. B. Degree (Magna Cum Laude) from Harvard University and a J.D./Ph.D. Degree in law and political science from Stanford University I have performed statistical and data analysis concerning voting patterns and trends by population groups including racial groups and the effects of socieo-economic factors on voter turnout patterns and voting behaviors by population groups including racial groups. A true copy of my Curriculum Vitae is attached as Exhibit "1" and incorporated herein.

3. I have analyzed the current demographic data, voting data, and election returns for the current Second Congressional District ("CD2"), the district proposed by House Bill ("H.B. 384"), and the district proposed by the Mississippi State Conference of the National Association for the Advancement of Colored People ("NAACP"). I have prepared a report containing my opinion and conclusions from that analysis. My report and opinions are attached as Exhibit "2" and incorporated herein.

4. I have personal knowledge of the facts contained in my Declaration.

5. All of the facts and matters contained in my Declaration and Exhibits 1 and 2 attached to my Declaration are true and correct.

WITNESS MY SIGNATURE, this the 22nd day of February, 2022.

_____
KAREEM CRAYTON, JD Ph.D.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 22nd day of February, 2022.

_____
KAREEM CRAYTON, JD Ph.D.