# KAREEM U. CRAYTON

e-mail: kareem@crimcardconsulting.com
phone: (334)245-9763

EXHIBIT "1"

## LEADERSHIP EXPERIENCE

Jul. 2008 – present
**Crimcard Consulting Services, LLC – Montgomery, AL**
*Founder & Managing Partner*

Offers data analysis and guidance to entities desiring insights on law and social science issues. Details found at (http://kareemcrayton.com/crimcard.html). Projects include advising on structural reform, redistricting guidance (e.g., advisor to VA Citizens Redistricting Commission and City of Birmingham, AL), litigation strategy (e.g., consultant on *George v. Haslam,* challenging counting rule applied to TN ballot measure), expert witness service (redistricting and civil rights cases), and amicus advocacy (coordinated team of social scientists in the U.S. Supreme Court case *Shelby County v. Holder* and on behalf of PA Senate Democrats showing effects of Voter ID law in *Applewhite v. Commonwealth of Pennsylvania).*

Jan. 2018 – Mar. 2020
**Southern Coalition for Social Justice – Durham, NC**
*Interim Executive Director*

Guided transition from founding Executive Director. Managed and recruited a staff of approximately 15-20 employees and contractors, including lawyers, researchers, organizers, and new senior leadership. Raised approximately $1.5 million in new funds from foundations and individual donors, expanding the budget by approximately 25%. Developed vision for the organization's second decade in collaboration with board and staff.

Jan. 2017 – Jan. 2018
**Alabama House of Representatives – Montgomery, AL**
*Chief of Staff & Special Counsel to House Democratic Caucus*

Assisted in the inaugural term for House Minority Leader Anthony Daniels. Managed staff of approximately 8-10 employees and contractors. Developed legislative research, floor management, and communications strategy for the team and membership. Crafted new plan for fundraising and staffing infrastructure for House Caucus. Established plan and identified/recruited talent for an inaugural statewide caucus policy conference for experts, members, and civic stakeholders. Led team to review and advise members on multiple state policies (tax, health care, budget, education) linked to pending legislation, including a redistricting process to remedy a constitutional violation found by the U.S. Supreme Court.

Feb. 2013 – present
**Foundation for Society, Law and Art in South Africa**
*Founding Board Member & General Counsel*

Established organization to secure the long-term viability of a world-class art collection housed in the Constitutional Court of South Africa. Specific tasks included drafting organizational materials and developing internal protocols for managing donor relationships and engaging foreign partners. The Foundation has

completed approximately half of its goal is to complete a 2 million USD campaign to establish a sustaining endowment for the viability of this collection.

## RESEARCH EXPERIENCE

Jan. 2016 –  **Vanderbilt University Law School – Nashville, TN**
Jan. 2017   *Visiting Professor of Law*
Taught courses on Constitutional Law & Election Law.

Aug. 2014 –  **University of Alabama School of Law – Tuscaloosa, AL**
Dec. 2014   *Visiting Professor of Law*
Taught four-week upper level course on voting rights litigation.

Jul. 2010 –  **University of North Carolina School of Law – Chapel Hill, NC**
Jul. 2015   *Associate Professor of Law*
Taught Law & Social Science, Comparative Constitutional Law, Voting Rights, and Legislation. Served as faculty consultant/advisor in UNC's Institute for African American Studies. Presented comparative research in Canada, Australia, South Africa and Indonesia. Led selection of scholarly articles as special editor for *Journal of Civil Rights & Economic Development*.

Jul. 2005 –  **University of Southern California School of Law – Los Angeles, CA**
Jul. 2010   *Assistant/Associate Professor of Law & Political Science*
Taught Voting Rights, Civil Procedure, Constitutional Law, Comparative Constitutionalism, and American Politics (undergraduate). Served on university's strategic planning committee. Content and Policy Director for first of its kind innovative online educational simulation for redistricting called ***The Redistricting Game*** (www.theredistrictinggame.org). Special editor for scholarship featured in Voting Rights Act edition of *USC Review of Law & Social Justice*.

Jul. 2005 –  **Harvard University – Cambridge, MA**
Jul. 2009   *Visiting Scholar/Affiliated Faculty, Department of Government*
Collaborated with Department of Government scholars on research; attended interdisciplinary colloquia throughout the university, including the Department of History, Radcliffe Institute, and the Department of African American Studies.

## EDUCATION

Aug. 1995 –  **Stanford University – Palo Alto, CA**
Jun. 2002   JD/PhD (Political Science)
Dissertation: "What's New About the New South?" Teaching and research assistant in Law, African & African American Studies, and Political Science Departments. Served as graduate student representative on University Provost Search Committee, Faculty Appointment Committee. Awarded NSF Graduate Fellowship and Lane Family Graduate Fellowship. Law Clerk in Republic of South Africa and U.S. Court of Appeals for the DC Circuit.

Aug. 1992 –  **Harvard University – Cambridge, MA**
Jun. 1995   A.B. (Government, magna cum laude)

        Honors Thesis: "Race, Remedies, and Redistricting: An Empirical Study of Politics and Race in the New South." Co-Founded Harvard Association Cultivating Inter-American Democracy and Charter Member of Harvard's Mediation Service. Awarded Harvard College Scholarship and Advanced Placement Scholarship, with Distinction.

## SELECTED PUBLICATIONS

*Regulation By Charter: Judicial Review of Elections in South Africa*, in YAP PIN JO, ED. JUDICIAL REGULATION OF ELECTION LAW (2016)

*Legislative Politics & the Politics of Legislating*, 14 ELECTION LAW JOURNAL (2015)

*Three Chapters of the American Civil Rights Movement* in TRIUMPHS AND TRAGEDIES OF THE MODERN PRESIDENCY, MAXMILLIAN ANGERHOLZER III, JAMES KITFIELD, CHRIS LU, & NORM ORNSTEIN, eds. (2015)

*Unteachable: Shelby County, Canonical Apostasies, and Ways Forward for Voting Rights,* 67 SMU L. REV. 3 (with Terry Smith) (2014), *reprinted in* 31 CIVIL RIGHTS LITIGATION AND ATTORNEYS FEES ANNUAL HANDBOOK (2015)

*The 1965 Voting Rights Act: Defeating Jim Crow* in TRIUMPHS AND TRAGEDIES OF THE MODERN CONGRESS, MAXMILLIAN ANGERHOLZER III, JAMES KITFIELD, CHRIS LU, & NORM ORNSTEIN, eds. (2014)

*Five Justices, Section 4 & Three Ways Forward in Voting Rights,* 9 DUKE J. OF CONST. LAW & PUB. POL. 113 (with Jane Junn) (2013)

*Gender Unbound? Making Sense of Female Candidates in American Politics,* 80 GEO. WASH. L. REV. 101 (2013)

*Sword, Shield, & Compass: The Uses and Misuses of Racially Polarized Voting in Voting Rights Enforcement,* 64 RUTGERS L. REV. 973 (2012)

*The Changing Face of the Congressional Black Caucus,* 19 S. CAL. INTERDISCIPLINARY L. J. 43 (2010)

*You May Not Get There With Me: Barack Obama and the Black Political Establishment* in BARACK OBAMA AND BLACK POLITICAL EMPOWERMENT, MANNING MARABLE & KRISTEN CLARKE eds. (Palgrave Press, 2009)

*Beat 'Em or Join 'Em?: White Voters and Black Candidates in Majority-Minority Districts*, 58 SYRACUSE L. REV. 547 (2007)

## SELECTED MEDIA & PUBLIC APPEARANCES

Panelist, "Redistricting and the Partisanship at Play," *Political Rewind Special Edition* Georgia Public Radio (December 27, 2019)

Moderator, Criminal Justice Reform Panel on MCC Theater musical *The Wrong Man* (November 16, 2019)

Panelist, Hometown Debate on NC Voter ID Constitutional Amendment *Spectrum News* (October 5, 2018)

Interview, PBS News Hour, "50 Years on, Does the Voting Rights Act Offer Adequate Protection?" (August 6, 2015)

Op-Ed, "The Confederate Flag Has Become a Trademark for Racism, Despite Its Historic Appeal" Room for Debate, *New York Times* (June 19, 2015)

Interview, PBS News Hour "Was the Supreme Court Ruling a Setback for Voting Rights?" (April 21, 2014)

Op-Ed, "Court Ignores Reality" *USA Today* (June 26, 2013)

Op-Ed, "What Powell v. McCormack Teaches Us About Contemporary Race and Politics" *SCOTUS Blog* (February 24, 2010)

Op-Ed, "The Court's NAMUDNO Decision: Judging the Costs and Efficiency of Preclearance" *Findlaw* (May 26, 2009)

Op-Eds, "Dust Up: The Final Stretch" (Week of election) *LA Times* (October 6-10, 2008)

## PROFESSIONAL AFFILIATIONS

Member of the Bars of Maryland, District of Columbia, Alabama and U.S. Supreme Court

Member of American Political Science Association, Southern Political Science Association, and American Bar Association