**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 24 2022

BY_____ARTHUR JOHNSTON_____DEPUTY

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER                                                      **PLAINTIFFS**

VS.                                              Civil Action No. 3:01-cv-855-HTW-DCB-EGR

DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE                                                            **DEFENDANTS**

and

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS

**CONSOLIDATED WITH**

KELVIN BUCK, ET AL.                                                  **PLAINTIFFS**

VS.                                              Civil Action No. 3:11-cv-717-HTW-LRA

HALEY BARBOUR, ET AL.                                                **DEFENDANTS**

**ORAL ARGUMENT REQUESTED**

## NOTICE OF CONVENTIONAL FILING

COME NOW the plaintiffs, Kelvin Buck, Thomas Plunkett, Jeanette Self, Christopher Taylor, James Crowell, Clarence Magee, and Hollis Watkins, on behalf of themselves and all others similarly situated ("the Buck plaintiffs"), and hereby give notice to all parties that the you tube recording of the floor debate in the Mississippi State House of Representatives on H.B. 384 and the you tube recording of the floor debate in the Mississippi State Senate on H.B. 384 cannot be filed electronically. Notice is also given that the Buck plaintiffs have attached and filed a thumb drive containing the you tube recording of the floor debate in the Mississippi State House of Representatives on H.B. 384 as Exhibit 1. Notice is also given that the Buck plaintiffs have attached and filed a thumb drive containing the you tube recording of the floor debate in the Mississippi State Senate on H.B. 384 as Exhibit 2. This document has been manually served on all parties.

This the 24th day of February, 2022.

RESPECTFULLY SUBMITTED,
**KELVIN BUCK, ET AL., on Behalf of Themselves and All Others Similarly Situated,**
**PLAINTIFFS**

CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MISSISSIPPI 39083
TELEPHONE: (601) 894-4323
FACSIMILE: (601) 894-1451
e-mail: crhode@bellsouth.net

JOHN L. WALKER, ESQ., MSB # 6883

2

WALKER LAW GROUP, PC
1410 LIVINGSTON LANE, SUITE A
POST OFFICE BOX 22849
JACKSON, MISSISSIPPI 39225-2849
TELEPHONE: (601) 948-4589
FACSIMILE: (601) 354-2507
e-mail: jwalker@walkergrouppc.com

E. CARLOS TANNER, III, ESQ.
MSB NO. 102713
TANNER & ASSOCIATES, LLC
POST OFFICE BOX 3709
JACKSON, MISSISSIPPI 39207
TELEPHONE: (601) 460-1745
FACSIMILE: (662) 796-3509
e-mail: carlos.tanner@thetannerlawfirm.com

COUNSEL FOR PLAINTIFFS
KELVIN BUCK, ET AL., on Behalf of
Themselves and All Others Similarly Situated

## CERTIFICATE OF SERVICE

I, Carroll Rhodes, one of the attorneys for the Buck plaintiffs do hereby certify that I have

caused to be hand delivered the original of the foregoing with the Clerk of the Court  and a true

and correct copy of the foregoing to all counsel of record listed below:

Ahmad R. Smith   (601) 960-8600
210 E. Capitol St., Ste 2200
Jackson, MS 39201-2375

Arthur F. Jernigan, Jr.  (601) 427-0048
Jernigan Copeland & Anderson
587 Highland Colony Pkwy
Ridgeland, MS 39157-8784

Charles E. Cowan (601) 968-5514
Wise Carter Child & Caraway
401 E. Capitol St., Ste 600
Jackson, MS 39201-2609

John G. Jones (601) 326-7771
Griffin Jones Law Firm PLLC
1040 Carlisle St.
Jackson, MS 39202

Justin L. Matheny (601) 359-3825
Walter Sillers Bldg.
550 High St.
Jackson, MS 39205-0220

Michael B. Wallace (601) 968-5500
Wise Carter Child & Caraway
401 E. Capitol St. Building, Suite 600
Jackson, MS 39201

William Trey Jones, III (601) 948-3101
Brunini, Grantham, Grower & Hewes, PLLC
190 East Capitol St., Suite 100
Jackson, MS 39201

This the 24th day of February, 2022.

_____
CARROLL RHODES

4