IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER                                                                                   PLAINTIFFS

VS.                                                              Civil Action No. 3:01-cv-855-HTW-DCB-EGJ

DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE                                                                                         DEFENDANTS

and

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS

CONSOLIDATED WITH

KELVIN BUCK, ET AL.                                                                            PLAINTIFFS

VS.                                                              Civil Action No. 3:11-cv-717-HTW-LGI

HALEY BARBOUR, ET AL.                                                                    DEFENDANTS

**DEFENDANT'S JOINDER IN THE MEMORANDUM OF AUTHORITIES OF THE PLAINTIFFS, KELVIN BUCK, ET AL. OPPOSING THE MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE'S MOTION TO VACATE INJUNCTION AND FOR OTHER RELIEF**

COMES NOW, Defendant Mississippi Democratic Executive Committee and files herewith its Joinder in the Memorandum of Authorities filed this day by Plaintiffs, Kelvin Buck, Thomas Plunkett, Jeanette Self, Christopher Taylor, James Crowell, Clarence Magee, and Hollis Watkins opposing the Mississippi Republican Party Executive Committee's Motion to Vacate Injunction and for Other Relief [Doc. 163]. The Defendant hereby adopts and incorporates the arguments and grounds for relief set forth therein.

This, the 24th day of February, 2022.

Respectfully submitted,

**MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE**

By: */s/ Ahmad R. Smith*
    Ahmad R. Smith

COUNSEL FOR THE DEFENDANT

OF COUNSEL:

Ahmad R. Smith, Esq. (MSB No. 104595)
A.R. SMITH LAW, PLLC
P.O. Box 16392
Jackson, Mississippi 39236
769.208.6679 (Telephone)
601.594.5901 (Facsimile)

## **CERTFICATE OF SERVICE**

I, Ahmad R. Smith, do hereby certify that on this date, February 24, 2022, I have electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

ON THIS, the 24th day of February, 2022.

By: */s/ Ahmad R. Smith*_____
Ahmad R. Smith, Esq. (MSB No. 104595)
A.R. SMITH LAW, PLLC
P.O. Box 16392
Jackson, Mississippi 39236
769.208.6679 (Telephone)
601.594.5901 (Facsimile)