IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **JOHN ROBERT SMITH, et al.** *Plaintiffs*, v. **DELBERT HOSEMAN, et al.,** *Defendants* and **BEATRICE BRANCH, et al.,** *Intervenors* | **3:01-cv-855-HTW-DCB** |
| **KELVIN BUCK, et al.,** *Plaintiffs*, v. **HALEY BARBOUR, et al.,** *Defendants*. | **3:11-cv-717-HTW-LRA** |

**APPEARANCE OF COUNSEL FOR *AMICI CURIAE* NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC., MISSISSIPPI STATE CONFERENCE OF THE NAACP, ONE VOICE, AND BLACK VOTERS MATTER CAPACITY BUILDING INSTITUTE**

To: The clerk of the court and all parties of record

I am admitted and otherwise authorized to practice in this Court, and I appear in this case as counsel for:

> The NAACP Legal Defense and Educational Fund, Inc.
> The Mississippi State Conference NAACP
> One Voice
> Black Voters Matter Capacity Building Institute

Dated: February 24, 2022          Respectfully submitted,

/s/ Fred L. Banks, Jr.
Fred L. Banks, Jr. (Bar No. 1733)
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS  39211-6391
Telephone: (601) 360-9356
Facsimile: (601) 360-9777
fred.banks@phelps.com

**CERTIFICATE OF SERVICE**

I, Fred L. Banks, Jr., do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

SO CERTIFIED, this the 24th day of February, 2022.

                                                */s/ Fred L. Banks, Jr.*
                                                Fred L. Banks, Jr.