### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **JOHN ROBERT SMITH, et al.** *Plaintiffs*, v. **DELBERT HOSEMAN, et al.,** *Defendants* and **BEATRICE BRANCH, et al.,** *Intervenors* | 3:01-cv-855-HTW-DCB |
| **KELVIN BUCK, et al.,** *Plaintiffs*, v. **HALEY BARBOUR, et al.,** *Defendants*. | 3:11-cv-717-HTW-LRA |

## **DECLARATION OF TECHNICAL DIFFICULTIES**

Please take notice that Fred L. Banks, Jr. was unable to file his entry of appearance, motion for leave to file as *amici curiae*, and proposed brief of *amici curiae* on February 24, 2022, due to technical difficulties. The Court's briefing schedule in the matter did not set a deadline for *amicus* briefs, but *amici* intended to file their motion for leave and proposed brief on February 24, 2022, which was the deadline for the parties' response briefs to the motion to vacate the injunction filed by The Mississippi Republican Party Executive Committee. *See* Minute Entry (Feb. 2, 2022). The reason that the entry of appearance, motion for leave to file, and proposed brief of *amici curiae* were not filed on February 24, 2022, and the good faith efforts that were made to file on that date, are set forth below.

Prior to February 24, 2022, my Southern District of Mississippi ECF account had not been linked to my Pacer NextGen account. In the afternoon of February 24, we requested that the accounts be linked, and we understood that they were. At that time, my login and password

showed that my e-filing privileges with the Court were activated. After business hours, however, my login and password did not show that my e-filing credentials were activated. The PACER system showed that my e-filing registration request with this Court had been both processed and approved, but in the e-filing status report, it showed that e-filing was "Not Available" for my account. We left a voicemail with the clerk's office, which was closed until 8:00 am this morning, and spent several hours attempting to resolve the problem without success. When the Clerk's Office opened this morning, my e-filing credentials were restored and the documents were filed.

The documents were sent to counsel by e-mail before midnight on February 24, 2022 in an effort to ensure they were received on February 24, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

 /s/Fred L. Banks, Jr.
Fred L. Banks, Jr. (Bar No. 1733)
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS   39211-6391
Phone: (601) 360-9356
Fax: (601) 360-9777
E-mail: fred.banks@phelps.com

*Attorney for amici curiae*

Dated:   February 25, 2022