# EXHIBIT A

**EXHIBIT A to Application for Admission Pro Hac Vice of Jessica L. Ellsworth**

**(C) All other courts before which I have been admitted to practice:**

| Jurisdiction | Period of Admission |
|---|---|
| U.S. Supreme Court | 2/21/2006 - Current |
| U.S. Court of Appeals for the District of Columbia Circuit | 06/20/2005 - Current |
| U.S. Court of Appeals for the First Circuit | 10/29/2008 - Current |
| U.S. Court of Appeals for the Second Circuit | 1/16/2009 - Current |
| U.S. Court of Appeals for the Third Circuit | 11/05/2007 - Current |
| U.S. Court of Appeals for the Fourth Circuit | 04/29/2002 - Current |
| U.S. Court of Appeals for the Fifth Circuit | 12/22/2014 - Current |
| U.S. Court of Appeals for the Sixth Circuit | 12/11/2002 - Current |
| U.S. Court of Appeals for the Seventh Circuit | 01/08/2015 - Current |
| U.S. Court of Appeals for the Eighth Circuit | 08/03/2011 - Current |
| U.S. Court of Appeals for the Ninth Circuit | 05/22/2008 - Current |
| U.S. Court of Appeals for the Tenth Circuit | 07/26/2010 - Current |
| U.S. Court of Appeals for the Eleventh Circuit | 06/11/2010 - Current |
| U.S. Court of Appeals for the Federal Circuit | 11/19/2004 - Current |
| U.S. District Court for the Eastern District of Virginia | 12/03/2001 - Current |
| U.S. District Court for the District of Columbia | 11/05/2012 – Current |