## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER                                                   **PLAINTIFFS**


VS.                                              **Civil Action No. 3:01-cv-855-HTW-DCB**


DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE                                                          **DEFENDANTS**


and


BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS


### CONSOLIDATED WITH


KELVIN BUCK, ET AL.                                                **PLAINTIFFS**


VS.                                              **Civil Action No. 3:11-cv-717-HTW-LRA**


HALEY BARBOUR, ET AL.                                              **DEFENDANTS**

**THE MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE'S JOINDER IN THE GOVERNOR'S AND THE ATTORNEY GENERAL'S RESPONSE IN OPPOSITION TO THE MOTION OF THE NAACP DEFENSE FUND, ET AL. FOR LEAVE TO FILE BRIEF *AMICI CURIAE* OPPOSING VACATUR OF THE INJUNCTION**

COMES NOW the Mississippi Republican Executive Committee and hereby joins the Governor's and the Attorney General's Response in Opposition to the Motion of the NAACP Defense Fund, et al. for Leave to File Brief *Amici Curiae* Opposing Vacatur of the Injunction.  The Committee hereby adopts and incorporates the arguments set forth in said memorandum.

RESPECTFULLY SUBMITTED, this the 28th day of February, 2022.

**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE**

By:    */s/ Michael B. Wallace*
        MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 28th day of February, 2022.

*/s/ Michael B. Wallace*
MICHAEL B. WALLACE
