IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, et al.<br>*Plaintiffs*,<br><br>v.<br><br>DELBERT HOSEMAN, et al.,<br>*Defendants*<br><br>and<br><br>BEATRICE BRANCH, et al.,<br>*Intervenors* | 3:01-cv-855-HTW-DCB |
| KELVIN BUCK, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>HALEY BARBOUR, et al.,<br>*Defendants*. | 3:11-cv-717-HTW-LRA |

## NOTICE OF AMENDED EXPERT REPORT

The proposed *Amici Curiae* NAACP Legal Defense and Education Fund, Inc., Mississippi State Conference of the NAACP, One Voice, and Black Voters Matter Capacity Building Institute ("*Amici*") respectfully submit this notice of filing of an amended expert report of Dr. Baodong Liu, previously attached as Exhibit 2 to *Amici*'s Motion for Leave (Dkt. No. 169-2). The amended report corrects minor errors in the dataset used to perform Dr. Liu's analysis. The correction slightly modifies the results reported in Table 5 of the report but does not alter the report's conclusions or the arguments in *Amici's* proposed brief.

Respectfully submitted,

March 4, 2022

*/s/ Fred L. Banks, Jr.*
Fred L. Banks, Jr. (Bar No. 1733)
Phelps Dunbar LLP
4270 I-55 North

        Jackson, MS 39211-6391
        Telephone: (601) 360-9356
        Facsimile: (601) 360-9777
        fred.banks@phelps.com

        Leah Aden *(pro hac pending)*
        Stuart Naifeh *(pro hac pending)*
        Amir Badat *(pro hac pending)*
        NAACP Legal Defense and Educational Fund, Inc.
        40 Rector Street, 5th Floor
        New York, NY 10006
        Telephone: (212) 965-2200
        Facsimile: (212) 226-7592
        laden@naacpldf.org
        snaifeh@naacpldf.org
        abadat@naacpldf.org

        Deuel Ross *(pro hac pending)*
        NAACP Legal Defense and Educational Fund, Inc.
        700 14th Street NW, Suite 600
        Washington, DC 20005
        Telephone: (202) 682-1300
        Facsimile: (202) 682-1312
        dross@naacpldf.org

        Jessica L. Ellsworth *(pro hac pending)*
        HOGAN LOVELLS US LLP
        555 Thirteenth St. NW
        Washington, DC 20005
        Telephone: (202) 637-5600
        Facsimile: (202) 637-5910
        jessica.ellsworth@hoganlovells.com

## **CERTIFICATE OF SERVICE**

    I, Fred L. Banks, Jr., do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

    SO CERTIFIED, this the 4th day of March, 2022.

                                          */s/ Fred L. Banks, Jr.*
                                          Fred L. Banks, Jr.