# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | **PLAINTIFFS** |
| VS. | Civil Action No. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | **DEFENDANTS** |

And

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL               **INTERVENORS**

### CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | **PLAINTIFFS** |
| VS. | Civil Action No. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | **DEFENDANTS** |

## ORDER

This matter has come before the Court on the motion of Samuel L. Begley, Esq. to release him as counsel of record for the Defendant Mississippi Democratic Executive Committee. The Court has considered the motion and the premises therein and, finding it to be meritorious, hereby grants it.

Accordingly, it is hereby ordered that Samuel L. Begley, Esq. is released as counsel of record for the Defendant Mississippi Democratic Executive Committee.

It is further ordered that Mr. Begley shall notify Chairman Tyree Irving, and Executive Director Anitra Eubanks that this order has been entered.

ORDERED this the 4th day of April, 2022.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE