# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOHN ROBERT SMITH, SHIRLEY HALL**
**AND GENE WALKER**                                                              **PLAINTIFFS**

**VS.**                                             **Civil Action No. 3:01-cv-855-HTW-DCB-EGJ**

**DELBERT HOSEMANN, Secretary of State of**
**Mississippi; JIM HOOD, Attorney General for the State of**
**Mississippi; HALEY BARBOUR,**
**Governor of the State of Mississippi; MISSISSIPPI**
**REPUBLICAN EXECUTIVE COMMITTEE; and**
**MISSISSIPPI DEMOCRATIC EXECUTIVE**
**COMMITTEE**                                                                   **DEFENDANTS**

**and**

**BEATRICE BRANCH, RIMS BARBER,**
**L.C. DORSEY, DAVID RULE,**
**JAMES WOODWARD, JOSEPH P. HUDSON,**
**and ROBERT NORVEL**
**INTERVENORS**

## CONSOLIDATED WITH

**KELVIN BUCK, ET AL.**                                                              **PLAINTIFFS**

**VS.**                                                **Civil Action No. 3:11-cv-717-HTW-LRA**

**HALEY BARBOUR, ET AL.**                                                        **DEFENDANTS**

1

**AUTHORITIES SUPPORTING ARGUMENT MADE ON FRIDAY, APRIL 8,2022 THAT IF THE INJUNCTION IS DISSOLVED, THE BUCK PLAINTIFFS WOULD BE SUBJECT TO A DEFENSE OF ISSUE PRECLUSION (COLLATERAL ESTOPPEL) IF THEY FILE A NEW COMPLAINT ASSERTING A CLAIM THAT H. B. 384 IS A RACIALLY UNCONSTITUTIONAL GERRYMANDER**

Judge Wingate inquired, during oral argument for the Buck plaintiffs on Friday, April 8, 2022, whether there was any authority supporting the argument that if the Court's injunction is dissolved, the Buck plaintiffs would be subject to a defense of issue preclusion if they file a new complaint asserting the same claim that they assert in the present case that H. B. 384 is a racially unconstitutional gerrymander. I informed the Court that I did not have the authority then, but I could provide the authority by Monday, April 11, 2022.

The authorities for the Buck plaintiffs' argument are listed below:

a. *Elgin Nat'l Watch Co, v. Barrett*, 213 F.2d 776 (5th Cir. 1954); and

b. *Duffy & McGovern Accommodation Servs. v. QCI Marine Offshore, Inc.*, 448 F.3d 825 (5th Cir. 2006).

Since the Buck plaintiffs informed the Court that they would be providing the authority for their argument made on the 8th day of April,2022, they are not making any additional argument herein.

This the 11th day of April,2022.

        **RESPECTFULLY SUBMITTED,**
        **KELVIN BUCK, ET AL., on Behalf of Themselves**
        **and All Others Similarly Situated,**

        **PLAINTIFF**

        By:   */s/ Carroll Rhodes*
               CARROLL RHODES

CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
HAZLEHURST, MISSISSIPPI 39083
TELEPHONE: (601) 894-4323
FACSIMILE: (601) 894-1451
e-mail: crhode@bellsouth.net

JOHN L. WALKER, ESQ., MSB # 6883
WALKER LAW GROUP, PC
1410 LIVINGSTON LANE, SUITE A
POST OFFICE BOX 22849
JACKSON, MISSISSIPPI 39225-2849
TELEPHONE: (601) 948-4589
FACSIMILE: (601) 354-2507
e-mail: jwalker@walkergrouppc.com

E. CARLOS TANNER, III, ESQ.
MSB NO. 102713
TANNER & ASSOCIATES, LLC
POST OFFICE BOX 3709
JACKSON, MISSISSIPPI 39207
TELEPHONE: (601) 460-1745
FACSIMILE: (662) 796-3509
e-mail: carlos.tanner@thetannerlawfirm.com

COUNSEL FOR PLAINTIFFS
KELVIN BUCK, ET AL., on Behalf of
Themselves and All Others Similarly Situated

## **CERTIFICATE OF SERVICE**

I, Carroll Rhodes, one of the attorneys for the Buck plaintiffs do hereby certify that I have filed, using the Court's NextGen/Pacer filing system, and the Clerk of Court sent electronic notification to all counsel of record including:

Ahmad R. Smith, Esq.
210 E. Capitol St., Ste 2200
Jackson, MS 39201-2375

Arthur F. Jernigan, Jr., Esq.
Jernigan Copeland & Anderson
587 Highland Colony Pkwy
Ridgeland, MS 39157-8784

Charles E. Cowan, Esq.
Wise Carter Child & Caraway
401 E. Capitol St., Ste 600
Jackson, MS 39201-2609

John G. Jones, Esq.
Griffin Jones Law Firm PLLC
1040 Carlisle St.
Jackson, MS 39202

Justin L. Matheny, Esq.
Walter Sillers Bldg.
550 High St.
Jackson, MS 39205-0220

Michael B. Wallace, Esq.
Wise Carter Child & Caraway
401 E. Capitol St. Building, Suite 600
Jackson, MS 39201

William Trey Jones, III, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
190 East Capitol St., Suite 100
Jackson, MS 39201

Amir Badat, Esq.
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006

This the 11th day of April, 2022.

                                              */s/ Carroll Rhodes*
                                              CARROLL RHODES