# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL, AND GENE WALKER | PLAINTIFFS |
| VS. | Civil Action No. 3:01-cv-855-HTW-DCB-EGR |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| and | |
| BEATRICE BRANCH, RIMS BARBER, L. C. DORSEY, DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

## CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | Civil Action No. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

---

**PLAINTIFFS', KELVIN BUCK'S, THOMAS PLUNKETT'S, JEANETTE SELF'S, CHRISTOPHER TAYLOR'S, JAMES CROWELL'S, CLARENCE MAGEE'S, AND HOLLIS WATKINS', MOTION TO AMEND THE MEMORANDUM OPINION AND ORDER ENTERED BY THE COURT ON MAY 23, 2022 [DOC. NO. 192]**

---

COME NOW the Plaintiffs, Kelvin Buck, Thomas Plunkett, Jeanette Self, Christopher

Taylor, James Crowell, Clarence Magee, and Hollis Watkins ("the Buck Plaintiffs"), and, pursuant to Fed. R. Civ. P. 59(e), move the Court to amend its Memorandum Opinion and Order entered on May 23, 2022, [Doc. No. 192], on grounds that the Court needs to rectify its own mistakes and correct manifest errors of law.

WHEREFORE, PREMISES CONSIDERED, the Buck Plaintiffs move the Court, pursuant to Fed. R. Civ. P. 59(e), to amend the Court's Memorandum Opinion and Order entered on May 23, 2022, [Doc. No. 192].

The Buck Plaintiffs will file a separate memorandum of authorities in support of their motion, and they request such other equitable and general relief to which they may be entitled.

This the 8th day of June, 2022.

        **RESPECTFULLY SUBMITTED,**
        **KELVIN BUCK, ET AL.,**
        **PLAINTIFFS**

    By:    */s/ Carroll Rhodes*
            CARROLL RHODES

            CARROLL RHODES, ESQ.,  MSB # 5314
            LAW OFFICES OF CARROLL RHODES
            POST OFFICE BOX 588
            HAZLEHURST, MISSISSIPPI 39083
            TELEPHONE: (601) 894-4323
            FACSIMILE: (601) 894-1451
            E-Mail: crhode@bellsouth.net

            JOHN L. WALKER, ESQ., MSB # 6883
            WALKER LAW GROUP, PC
            1410 LIVINGSTON LANE, SUITE A
            POST OFFICE BOX 22849
            JACKSON, MISSISSIPPI 39225-2849
            TELEPHONE: (601) 948-4589

FACSIMILE: (601) 354-2507
E-Mail: jwalker@walkergrouppc.com

E. CARLOS TANNER, III, ESQ.
MSB NO. 102713
TANNER & ASSOCIATES, LLC
POST OFFICE BOX 3709
JACKSON, MISSISSIPPI 39207
TELEPHONE: (601) 460-1745
FACSIMILE: (662) 796-3509
E-Mail: carlos.tanner@thetannerlawfirm.com

COUNSEL FOR PLAINTIFFS
KELVIN BUCK, ET AL.

## CERTIFICATE OF SERVICE

I, Carroll Rhodes, one of the attorneys for the Buck plaintiffs do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the PACER/ECF system which sent notification of such filing to all counsel of record.

This the 8th day of June, 2022.

/s/ Carroll Rhodes
CARROLL RHODES