IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | PLAINTIFFS |
| VS. | Civil Action No. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HALEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |

and

| | |
|---|---|
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON, and ROBERT NORVEL | INTERVENORS |

CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | Civil Action No. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

## MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO CORRECT FINDINGS OF FACT AND MAKE ADDITIONAL FINDINGS OF FACT

For the reasons set forth in their separate combined memorandum brief being filed concurrently herewith, The Mississippi Republican Executive Committee opposes Plaintiffs' motion to correct findings of fact and make additional findings of fact under Fed. R. Civ. P. 52 [Dkt. #193] and respectfully requests this Court deny that motion.

RESPECTFULLY SUBMITTED, this the 16th day of June, 2022.

                                                MISSISSIPPI REPUBLICAN
                                                EXECUTIVE COMMITTEE

                              By:    */s/ Michael B. Wallace*
                                      MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

## CERTIFICATE OF SERVICE

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 16th day of June, 2022.

                                                */s/ Michael B. Wallace*
                                                MICHAEL B. WALLACE