# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

JOHN ROBERT SMITH, SHIRLEY HALL
AND GENE WALKER                                                                    PLAINTIFFS

VS.                                                            Civil Action No. 3:01-cv-855-HTW-DCB

DELBERT HOSEMANN, Secretary of State of
Mississippi; JIM HOOD, Attorney General for the State of
Mississippi; HALEY BARBOUR,
Governor of the State of Mississippi; MISSISSIPPI
REPUBLICAN EXECUTIVE COMMITTEE; and
MISSISSIPPI DEMOCRATIC EXECUTIVE
COMMITTEE                                                                           DEFENDANTS

and

BEATRICE BRANCH, RIMS BARBER,
L.C. DORSEY, DAVID RULE,
JAMES WOODWARD, JOSEPH P. HUDSON,
and ROBERT NORVEL
INTERVENORS

### CONSOLIDATED WITH

KELVIN BUCK, ET AL.                                                                 PLAINTIFFS

VS.                                                            Civil Action No. 3:11-cv-717-HTW-LRA

HALEY BARBOUR, ET AL.                                                               DEFENDANTS

### MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE MEMORANDUM OPINON AND ORDER

For the reasons set forth in their separate combined memorandum brief being filed concurrently herewith, The Mississippi Republican Executive Committee opposes Plaintiffs' motion to amend the Court's opinion and order under Fed. R. Civ. P. 59 [Dkt. #195] and respectfully requests this Court deny that motion.

RESPECTFULLY SUBMITTED, this the 16th day of June, 2022.

                                                     MISSISSIPPI REPUBLICAN
                                                   EXECUTIVE COMMITTEE

                                   By:     */s/ Michael B. Wallace*
                                                             MICHAEL B. WALLACE

**OF COUNSEL:**

Michael B. Wallace (MSB #6904)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
Post Office Box 651
Jackson, Mississippi 39205-0651
Ph: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com

2

3

## CERTIFICATE OF SERVICE

I, Michael B. Wallace, one of the attorneys for the Mississippi Republican Party Executive Committee, do hereby certify that I have this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record with ECF.

**SO CERTIFIED**, this the 16th day of June, 2022.

                                                  */s/ Michael B. Wallace*
                                                  MICHAEL B. WALLACE