IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN ROBERT SMITH, ET AL.**                                        **PLAINTIFFS**

**VS.**                       **CIVIL ACTION NO. 3:01cv855-HTW-EGJ-DCB**

**ERIC CLARK, Secretary of State of Mississippi;**
**ET AL.**                                                                           **DEFENDANTS**

Consolidated with

**KELVIN BUCK, ET AL.**                                              **PLAINTIFFS**

**VS.**

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, ET AL.**                 **DEFENDANTS**

---

**THE GOVERNOR'S AND THE ATTORNEY GENERAL'S
JOINDER IN THE RESPONSE OF THE MISSISSIPPI
REPUBLICAN PARTY EXECUTIVE COMMITTEE TO PLAINTIFFS'
MOTION TO CORRECT FINDINGS OF FACT AND
MAKE ADDITIONAL FINDINGS OF FACT**

---

The Governor and the Attorney General, sued here in their official capacities,* join in the Mississippi Republican Executive Committee's response to the *Buck* plaintiffs' motion to correct findings of fact and make additional findings of fact, Dkt. 197, and hereby adopt and incorporate the arguments set forth in the MREC's response and supporting memorandum.

Dated: June 16, 2022

---

* Governor Tate Reeves and Attorney General Lynn Fitch are automatically substituted for their predecessors-in-office as defendant parties. *See* Fed. R. Civ. P. 25(d).

1

        Respectfully submitted,

        LYNN FITCH
          Attorney General

By:    Justin L. Matheny (Bar No. 100754)
         Deputy Solicitor General
      MISSISSIPPI ATTORNEY GENERAL'S OFFICE
      P.O. Box 220
      Jackson, MS 39205-0220
      Telephone: (601) 359-3680
      justin.matheny@ago.ms.gov

      *Counsel for Defendants*
      *Governor Tate Reeves and*
      *Attorney General Lynn Fitch*