IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN ROBERT SMITH, ET AL.**  **PLAINTIFFS**

**VS.**  **CIVIL ACTION NO. 3:01cv855-HTW-EGJ-DCB**

**ERIC CLARK, Secretary of State of Mississippi;**
**ET AL.**  **DEFENDANTS**

Consolidated with

**KELVIN BUCK, ET AL.**  **PLAINTIFFS**

**VS.**

**HALEY BARBOUR, in his official capacity as**
**Governor of the State of Mississippi, ET AL.**  **DEFENDANTS**

---

**THE GOVERNOR'S AND THE ATTORNEY GENERAL'S
JOINDER IN THE RESPONSE OF THE MISSISSIPPI REPUBLICAN
PARTY EXECUTIVE COMMITTEE TO PLAINTIFFS' MOTION TO AMEND**

---

The Governor and the Attorney General, sued here in their official capacities,* join in the Mississippi Republican Executive Committee's response to the *Buck* plaintiffs' motion to amend, Dkt. 198, and hereby adopt and incorporate the arguments set forth in the MREC's response and supporting memorandum.

Dated: June 16, 2022

---

\* Governor Tate Reeves and Attorney General Lynn Fitch are automatically substituted for their predecessors-in-office as defendant parties. *See* Fed. R. Civ. P. 25(d).

1

2

        Respectfully submitted,

        LYNN FITCH
          Attorney General

By:   Justin L. Matheny (Bar No. 100754)
         Deputy Solicitor General
     MISSISSIPPI ATTORNEY GENERAL'S OFFICE
     P.O. Box 220
     Jackson, MS 39205-0220
     Telephone: (601) 359-3680
     justin.matheny@ago.ms.gov

*Counsel for Defendants*
*Governor Tate Reeves and*
*Attorney General Lynn Fitch*