# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON, MISSISSIPPI

| | |
|---|---|
| JOHN ROBERT SMITH, SHIRLEY HALL AND GENE WALKER | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:01-cv-855-HTW-DCB |
| DELBERT HOSEMANN, Secretary of State of Mississippi; JIM HOOD, Attorney General for the State of Mississippi; HAYLEY BARBOUR, Governor of the State of Mississippi; MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and, MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE | DEFENDANTS |
| and | |
| BEATRICE BRANCH, RIMS BARBER, L.C. DORSEY, DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON and ROBERT NORVEL | INTERVENORS |

## CONSOLIDATED WITH

| | |
|---|---|
| KELVIN BUCK, ET AL. | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:11-cv-717-HTW-LRA |
| HALEY BARBOUR, ET AL. | DEFENDANTS |

### THE SECRETARY OF STATE'S JOINDER IN THE MISSISSIPPI REPUBLICAN PARTY EXECUTIVE COMMITTEE'S RESPONSE TO PLAINTIFFS' MOTION TO CORRECT FINDINGS OF FACT AND MAKE ADDITIONAL FINDINGS OF FACT

Mississippi Secretary of State Michael Watson joins in the Mississippi Republican Party Executive Committee's ("MREC") response to the Buck plaintiffs' motion to correct findings of fact and make additional findings of fact, Doc. 197, and hereby adopts and incorporates the arguments set forth in the MREC's response and supporting memorandum.

Dated: June 17, 2022

04129644

                    Respectfully submitted,

                    **MICHAEL WATSON,**
                      **Secretary of State of Mississippi**

                    By: */s/ William Trey Jones, III*

OF COUNSEL:
William Trey Jones, III, MSB No. 99185
Matthew W. Allen, MSB No. 101605
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902
tjones@brunini.com
mwallen@brunini.com

***ATTORNEY FOR MICHAEL WATSON,***
 ***SECRETARY OF STATE OF MISSISSIPPI***

04129644

## **CERTIFICATE OF SERVICE**

      I, William Trey Jones, III hereby certify that I electronically filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

      Dated: June 17, 2022

                                                            */s/ William Trey Jones, III*

04129644