

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**JOHN ROBERT SMITH, SHIRLEY HALL,**
**and GENE WALKER**                                                          **PLAINTIFFS**

**VS.**                                 Civil Action No. 3:01-cv-855-HTW-DCB-EGJ

**MICHAEL WATSON[1], Secretary of State of Mississippi;**
**LYNN FITCH[2], Attorney General for the State of Mississippi;**
**TATE REEVES[3], Governor of the State of Mississippi;**
**MISSISSIPPI REPUBLICAN EXECUTIVE COMMITTEE; and**
**MISSISSIPPI DEMOCRATIC EXECUTIVE COMMITTEE**             **DEFENDANTS**

**and**

**BEATRICE BRANCH, RIMS BARBER, L. C. DORSEY,**
**DAVID RULE, JAMES WOODWARD, JOSEPH P. HUDSON,**
**and ROBERT NORVEL**                                                       **INTERVENORS**

### CONSOLIDATED WITH

**KELVIN BUCK, THOMAS PLUNKETT,**
**JEANETTE SELF, CHRISTOPHER TAYLOR,**
**JAMES CROWELL, CLARENCE MAGEE, and**
**HOLLIS WATKINS, on behalf of themselves**
**and all others similarly situated**                                        **PLAINTIFFS**

**VS.**                                 **CIVIL ACTION NO.  3-11-cv-717-HTW-LRA**

**TATE REEVES, in his official capacity as Governor**

---

[1]Michael Watson is the successor in office to Delbert Hosemann who was a party in his official capacity.  Michael Watson is automatically substituted for Hosemann pursuant to Fed. R. Civ. P. 25(d).

[2]Lynn Fitch is the successor in office to Jim Hood who was a party in his official capacity.  Lynn Fitch is automatically substituted for Hood pursuant to Fed. R. Civ. P. 25(d).

[3]Tate Reeves is the successor in office to Haley Barbour who was a partyd in his official capacity.  Tate Reeves is automatically substituted for Barbour pursuant to Fed. R. Civ. P. 25(d).

of the State of Mississippi, **LYNN FITCH** in her official
capacity as Attorney General of the State of Mississippi,
and **MICHAEL WATSON**, in his official capacity as
Secretary of State of the State of Mississippi, as members
of the State Board of Election Commissioners; **THE MISSISSIPPI
REPUBLICAN PARTY EXECUTIVE COMMITTEE;
THE MISSISSIPPI DEMOCRATIC PARTY EXECUTIVE
COMMITTEE; and ELIJAH WILLIAMS**, in his official
capacity as Chairman of the Tunica County, Mississippi
Board of Election Commissioners, on behalf of himself
and all others similarly situated                                    **DEFENDANTS**

## <u>NOTICE OF APPEAL</u>

COME NOW the plaintiffs in Civil Action No. 3:11-cv-717, Kelvin Buck, Thomas Plunkett,

Jeanette Self, Christopher Taylor, James Crowell, Clarence Magee, and Hollis Watkins ("the Buck

plaintiffs"), and, pursuant to 28 U. S. C. §§ 1253, 2101(b), and 2284 and U. S. Sup. Ct. R. 18 and

29, appeal to the United States Supreme Court from the (final) Memorandum Opinion and Order

entered by the three-judge district court for the Southern District of Mississippi on July 25, 2022,

[Doc. No. 206], the Memorandum Opinion and Order entered by the three-judge district court on

July 25, 2022, [Doc. No. 205], and the Memorandum Opinion and Order entered by the three-judge

district court on May 23, 2022. [Doc. No. 192], granting the defendants' Rule 60(b)(5) motion to

vacate, in its entirety, the final judgment entered on December 30, 2011 implementing the

congressional redistricting plan and denying the Buck plaintiffs' motion to amend the final judgment

entered on December 30, 2011 instead of vacating it in its entirety.

This the 22nd day of September, 2022.

Respectfully submitted,
KELVIN BUCK, THOMAS PLUNKETT,
JEANETTE SELF, CHRISTOPHER TAYLOR,
JAMES CROWELL, CLARENCE MAGEE, and

HOLLIS WATKINS,
PLAINTIFFS

*/s/ Carroll Rhodes*
CARROLL RHODES, ESQ., MSB # 5314
LAW OFFICES OF CARROLL RHODES
POST OFFICE BOX 588
119 DOWNING STREET
HAZLEHURST, MS 39083
TELEPHONE: (601) 894-4323
FACSIMILE: (601) 894-1464
E-MAIL: crhode@bellsouth.net

JOHN L. WALKER, ESQ., MSB # 6883
WALKER LAW GROUP, PC
1410 LIVINGSTON LANE, SUITE A
POST OFFICE BOX 22849
JACKSON, MISSISSIPPI 39225
TELEPHONE: (601) 948-4589
FACSIMILE: (601) 354-2507
E-Mail: jwalker@walkergrouppc.com

E. CARLOS TANNER, III, ESQ., MSB # 102713
TANNER & ASSOCIATES, LLC
POST OFFICE BOX 3709
JACKSON, MISSISSIPPI 39207
TELEPHONE: (601) 460-1745
FACSIMILE: (662) 769-3509
E-Mail: carlos.tanner@thetannerlawfirm.com

COUNSEL FOR THE PLAINTIFFS
KELVIN BUCK, ET AL.

## CERTIFICATE OF SERVICE

I, Carroll Rhodes, one of the attorneys for the Buck plaintiffs, hereby certify that I have this day electronically filed the foregoing Pleading with the Clerk of the Court using the PACER CM/ECF system which sent notification of such filing to the following counsel and that I mailed, by the United States Mail, First-Class postage prepaid, a true and correct copy of the above and foregoing:

JUSTIN L. MATHENY, ESQ. - MSB NO. 100754
Deputy Solicitor General
Mississippi Attorney General's Office
P. O. Box 220
Jackson, MS 39205-0220
Telephone: (601) 359-3680
justin.matheny@ago.ms.gov
Counsel for Defendants Governor Tate Reeves and
Attorney General Lynn Fitch

ARTHUR F. JERNIGAN, JR., ESQ. - MSB NO. 3092
Jernigan Copeland PLLC
970 Ebenezer Blvd.
Madison, MS 39110
Telephone: (601) 427-0021
Fax: (601) 427-0051
ajernigan@jcalawfirm.com
Counsel for Plaintiffs Robert Smith and Gene Walker
(Plaintiff Shirley Hall is now deceased)

WILLIAM TREY JONES, III, ESQ. - MSB NO. 99185
MATTHEW W. ALLEN, ESQ. - MSB NO. 101605
Brunini, Grantham, Grower & Hewes, PLLC
190 East Capitol Street, Suite 100
Jackson, MS 39205
Telephone: (601) 948-3101
Telecopier: (601) 960-6902
tjones@brunini.com
mwallen@brunini.com
Counsel for Defendant Secretary of State of Mississippi
Michael Watson

MICHAEL B. WALLACE, ESQ. - MSB NO. 6904
CHARLES E. COWAN, ESQ. - MSB NO. 104478
Wise Carter Child & Caraway, P.A.

4

P. O. Box 651
Jackson, MS 39205-0651
Telephone: (601) 968-5500
Fax: (601) 968-5519
mbw@wisecarter.com
cec@wisecarter.com
Counsel for Defendant Mississippi Republican Party Executive Committee

AHMAD R. SMITH, ESQ. - MSB NO. 104595
A. R. SMITH LAW, PLLC
P. O. Box 16392
Jackson, MS 39236
Telephone: (769) 208-6679
ahmad@arsmithlaw.com
Counsel for Defendant Mississippi Democratic Party Executive Committee

ROBERT B. McDUFF, ESQ.
Law Office of Robert McDuff/MS Center for Justice
767 North Congress Street
Jackson, MS 39202-3009
Telephone: (601) 259-8484
Fax: (601) 969-0804
rbm@mcdufflaw.com
Counsel for Intervenors Beatrice Branch, Rims Barber, L. C. Dorsey,
David Rule, James Woodward, Joseph P. Hudson, and Robert Norvel

FRED L. BANKS, JR., ESQ. - MSB NO. 1733
Phelps Dunbar LLP
4270 I-55 North
Jackson, MS 39211-6391
Telephone: (601) 360-9356
Facsimile: (601) 360-9777
fred.banks@phelps.com
Counsel for Amicus Curiae

LEAH ADEN, ESQ. (PRO-HAC VICE FORTHCOMING)
STUART NAIFEH, ESQ. (PRO-HAC VICE FORTHCOMING)
AMIR BADAT, ESQ. (PRO-HAC VICE FORTHCOMING)
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

5

laden@naacpldf.org
snaifeh@naacpldf.org
abadat@naacpldf.org
Counsel for Amicus Curiae

This the 22nd day of September, 2022.


/s/ Carroll Rhodes
CARROLL RHODES

6