**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

September 22, 2022

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200, Zip 39401

JACKSON & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Office of the Clerk
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

      Re:    Notice of Appeal
              Smith, et al v. Clark, et al
              3:01-cv-855-HTW-DCB- EGJ

Dear Intake Clerk:

    Our Court is enclosing a certified copy of the above referenced Notice of Appeal filed in our Court September 22, 2022, along with a certified copy of our Docket Sheet and the attorneys check in the amount of $300.00 filing fee.

    Please let us know if you need additional information.

                                Yours very truly,
                                Arthur Johnston, Clerk

                                Connie Overby
                                Deputy Clerk

Enclosures